# EXHIBIT 2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

- - - - - - - - - - - - - - - -

JOHN SPOTTISWOOD and NANCY  )          CERTIFIED COPY

MIYASAKI,                    )

      Plaintiffs,           )   CASE NO.

V.                          )   CV-17-00209-MEJ

UNITED STATES OF AMERICA,    )

      Defendant.            )

- - - - - - - - - - - - - - - -

DEPOSITION OF JOHN SPOTTISWOOD

MONDAY, DECEMBER 11, 2017

BEHMKE REPORTING AND VIDEO SERVICES, INC.

BY: CHRISTINE L. JORDAN, CSR NO. 12262, RPR, CCRR

160 SPEAR STREET, SUITE 300

SAN FRANCISCO, CALIFORNIA 94105

(415) 597-5600



1               UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3               SAN FRANCISCO DIVISION

4

5  - - - - - - - - - - - - - - -    CERTIFIED COPY

6  JOHN SPOTTISWOOD and NANCY  )

7  MIYASAKI,              )

8        Plaintiffs,    )  CASE NO.

9  V.                 )  CV-17-00209-MEJ

10  UNITED STATES OF AMERICA,  )

11        Defendant.     )

12  - - - - - - - - - - - - - - -

13

14

15

16         DEPOSITION OF JOHN SPOTTISWOOD

17          MONDAY, DECEMBER 11, 2017

18

19

20

21       BEHMKE REPORTING AND VIDEO SERVICES, INC.

22    BY: CHRISTINE L. JORDAN, CSR NO. 12262, RPR, CCRR

23              160 SPEAR STREET, SUITE 300

24           SAN FRANCISCO, CALIFORNIA 94105

25                 (415) 597-5600

1

1

2

3

4

5

6

7

8          Deposition of JOHN SPOTTISWOOD, taken on

9     behalf of DEFENDANT, at 450 Golden Gate Avenue,

10    11th Floor, San Francisco, California, commencing

11    at 9:03 A.M., MONDAY, DECEMBER 11, 2017, before

12    Christine L. Jordan, Certified Shorthand Reporter

13    No. 12262, pursuant to Notice.

14

15

16

17

18

19

20

21

22

23

24

25

2

```
 1   APPEARANCES OF COUNSEL:

 2   FOR THE PLAINTIFF:

 3       LAW OFFICE OF DOUGLAS GREENBERG

 4       BY:  DOUGLAS GREENBERG, ATTORNEY AT LAW

 5       201 Spear Street

 6       Suite 1100

 7       San Francisco, California 94105

 8       Telephone: (415) 287-9990

 9       Email: dg@douglasgreenberg.com

10

11   FOR THE DEFENDANT:

12       UNITED STATES ATTORNEY'S OFFICE

13       BY:  CYNTHIA STIER, ASSISTANT U.S. ATTORNEY

14       450 Golden Gate Avenue

15       11th Floor

16       San Francisco, California 94102-3495

17       Telephone: (415) 436-7000

18       Email: cynthia.stier@usdoj.gov

19

20

21

22

23

24

25
```

```
 1                              INDEX

 2   MONDAY, DECEMBER 11, 2017

 3   JOHN SPOTTISWOOD                              PAGE

 4      Examination by MS. STIER                      6

 5

 6                       -oOo-

 7

 8

 9

10

11        QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER:

12                    PAGE    LINE

13                    None

14

15

16

17

18

19

20

21

22

23

24

25
```

4

1                        EXHIBITS

2                   JOHN SPOTTISWOOD

3    Number              Description              Page

4    Exhibit 1    Letter from John Spottiswood

5                 - 6 pages                         41

6

7    Exhibit 2    Letter from John Spottiswood

8                 - 14 pages                        42

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

5

```
 1              MONDAY, DECEMBER 11, 2017; 9:03 A.M.

 2

 3                      JOHN SPOTTISWOOD,

 4     having been first duly sworn, testified as follows:

 5              THE WITNESS:  Yes.

 6                      EXAMINATION

 7     BY MS. STIER:

 8        Q.  I'd first like to -- can you state your name.

 9        A.  John Spottiswood.

10        Q.  Okay.  And your address?

11        A.  201 Rockridge Road, San Carlos, nine --

12        Q.  And how --

13        A.  Sorry.

14            94070.

15        Q.  How long have you lived at that address?

16        A.  Since 1999, July.

17        Q.  Okay.  And do you know -- can you tell me all

18     the email addresses you used from January 2013 through

19     the end of 2013?

20        A.  Probably.  By "used" do you mean had some access

21     to, like my wife's email would be if I ever searched in

22     it or just ones that I personally might have put on a --

23     like --

24        Q.  That you may have used.

25        A.  -- given to Intuit --
```

6

1          Q.   That you may have used --

2          A.   Yeah.

3          Q.   -- to give to Intuit when you were attempting to

4     file that 2012 return.

5          A.   Yes, I can.

6          Q.   What are those?

7          A.   So "jspottiswood@gmail.com."

8               "John@inflection.com."

9               And then there's a forwarding email address that

10    I use that goes to my most current business address

11    called "jspottiswood@mba1994hbs.edu."

12         Q.   And in -- during the 2013 calendar year, what

13    were the -- what were your phone numbers?

14         A.   (415) 806-8995 and (650) 654-5590.

15         Q.   I'd first like to talk about a letter that you

16    submitted to the IRS around April 27, 2015.

17              These are kind of out of order.  This is yours.

18              So is this -- can you identify this letter?  Is

19    this a letter you sent to the IRS?

20         A.   Yes, it looks like a letter I sent, yes.

21         Q.   Did you send it on or about -- I guess it was

22    before April 27, 2015?

23         A.   Yeah, that sounds about right.

24         Q.   Okay.  And so in that --

25               (Phone interruption.)

                                                          7

```
 1   BY MS. STIER:
 2       Q.  -- the second paragraph there --
 3       A.  Yeah.
 4       Q.  -- are you talking about the fees that you're
 5   appealing?
 6       A.  Yes.
 7       Q.  There's the failure to file penalty --
 8       A.  Yeah.
 9       Q.  -- failure to pay, and penalty for insufficient
10   funds?
11       A.  Right.
12       Q.  Okay.  Has that third penalty been resolved?
13       A.  I think --
14       Q.  Or is that an issue in this lawsuit?
15       A.  I think it was paid.  It wasn't resolved.
16           MR. GREENBERG:  Yeah, I'm not aware that it --
17   that it was an issue or -- I'm not -- I'm looking at his
18   transcript now.
19           MS. STIER:  I'm just asking if it's, like, at
20   issue in this lawsuit.
21           THE WITNESS:  I think it's related to it.
22           Do you know what that . . .
23           I can explain that.
24           MR. GREENBERG:  I'm only seeing a -- so --
25           THE WITNESS:  So what happened --
```

1          MR. GREENBERG:  -- there's no individual funds

2    penalty.  If anything, there would be an estimated tax

3    penalty which, at least based on this transcript, which,

4    you know, is over a year old at this point -- but the

5    amount is only about $478.  So I'm not sure that there

6    is an insufficient funds penalty.

7          So, no, we're not challenging that.

8          MS. STIER:  I'm assuming you're not challenging

9    it because it's not in the complaint when I add up --

10         MR. GREENBERG:  Yeah, yeah.

11         MS. STIER:  -- the amounts.

12   BY MS. STIER:

13    Q.  We're only talking about the failure to file and

14   the failure to pay a penalty.

15    A.  That's fine.

16    Q.  Is that right?

17         MR. GREENBERG:  Yeah, yeah.

18         THE WITNESS:  Did I get charged it?  Because --

19   BY MS. STIER:

20    Q.  I understand what happened.

21    A.  Okay.

22    Q.  I think that you paid twice.

23    A.  Right.

24    Q.  And there were insufficient funds because you

25   didn't realize you paid the first time.  I understand

9

1    that.  I just want to understand if it's in this

2    lawsuit.

3        A.  It's not a severe penalty.

4        Q.  Yes.

5            MR. GREENBERG:  That was on the 2013 year.  No,

6    no.  That was a different year.

7            MS. STIER:  I just wanted to make sure.

8            MR. GREENBERG:  Okay.  I think it was confused

9    about the different years.

10           MS. STIER:  Okay.

11   BY MS. STIER:

12       Q.  And so according to this letter -- let's see --

13   is the -- the issue is about the -- the effort to try

14   to -- the attempt to file the 2012 federal income tax

15   return?

16       A.  That's right.

17       Q.  Okay.  And the primary reason that you state in

18   this letter that it was -- that you have this debate

19   about whether it was timely filed was that you had

20   believed that you had filed and paid the taxes?

21       A.  Right.

22       Q.  Okay.  And the reason that you believe that you

23   had filed the taxes -- can you tell me why that is?

24       A.  Yeah.  Because I -- so for the first year I

25   used -- well, the first year at least in a long time I

1    used TurboTax to file my taxes.  And when I went through

2    the process, I got to the end and it -- it, you know,

3    asked me to provide my payment information and then hit

4    "submit."

5         And it gave me the choice after that of whether

6    I wanted to also e-file my state taxes, which I chose

7    not to.  But when I hit "submit," it said "Your return

8    is being processed" or -- I don't remember exactly what

9    the screen said.  But the way I interpreted it was just

10   the same way when I take it to the post office and put

11   it in certified and send it, that it's taken care of.

12   So I thought it was paid.

13        Then I took my state tax; I printed that out.  I

14   took that to the post office and mailed it like normal.

15   And I thought I was done.  And then, you know, a year

16   later I went back in and paid taxes on the new version

17   of TurboTax and never in -- to my recollection got any

18   sort of notification either from the IRS or from Intuit

19   that my taxes hadn't been properly paid until I

20   ultimately resolved the issue over a year later.

21        MR. GREENBERG:  Just to clarify:  This was

22   the -- this was the -- my understanding is this was the

23   at-home version of TurboTax.

24        THE WITNESS:  Yeah.

25        MR. GREENBERG:  So it's two different versions.

1   There's the website version and then the home version

2   which you install on your home computer, laptop,

3   whatever.  This is the latter, the home, you know,

4   installed version.

5        MS. STIER:  Okay.

6   BY MS. STIER:

7        Q.  And so from what you just said, you did not file

8   your state taxes through TurboTax?

9        A.  No.

10       Q.  Why didn't you file through TurboTax?

11       A.  Honestly, it seems cheap, given the total amount

12  of taxes involved, but it was like a $50 add-on to file

13  my state taxes.  And I thought, "I'll print them and

14  take" -- it felt annoying to me it would cost me a

15  dollar to mail it and 50 bucks to file electronically;

16  whereas, the federal return is included in the cost of

17  buying the TurboTax.  So there's no reason not to file

18  the federal return electronically.

19       MR. GREENBERG:  And I'll have to review my file.

20  I'm learning about this now.  I assumed it was being --

21       MS. STIER:  Right.  My understanding was that he

22  used TurboTax to file the state ones too and there was

23  no problem.  I thought that's what you alleged.

24       MR. GREENBERG:  Right.  That was my assumption.

25       THE WITNESS:  I mean, I didn't file it through

12

1    them.  I completed it through them, and then you have a

2    choice of whether you want to e-file it or whether you

3    want to send it in.  And I sent it in.

4            But I believe that I -- I'm virtually certain

5    that I paid for it -- paid for it electronically.  But

6    that's something -- once you're above a certain amount

7    of dollars for state tax, you have to pay for it

8    electronically.  But then I filed it --

9    BY MS. STIER:

10       Q.  So I want to make sure that you understand that

11   you are under oath.

12       A.  Yeah.

13       Q.  So if I ask you a question and you're not sure,

14   I don't want you to guess at all.

15       A.  Okay.

16       Q.  Right?  So what you need to -- what you need to

17   do is if you don't know --

18       A.  Yeah.

19       Q.  -- then you have to go and -- and refer to

20   something else in order to give an honest answer, that's

21   fine.  Because I'm going to --

22       A.  I get it.  I get it.

23       Q.  -- listen to what you say.  And I'm not saying I

24   don't think you're telling the truth --

25       A.  Yeah.

13

1      Q.  -- but I don't want to go off on a tangent.

2      A.  I'm virtually certain that I filed my --

3      Q.  Okay.

4      A.  -- I sent my tax return to the state with paper.

5  I'm not 100 percent sure of that, but I'm highly

6  confident of that.

7          But then I paid for it -- I think the State of

8  California requires you to pay electronically if the

9  amount you owe is over a certain amount.  So I paid for

10  it through the FTB website.  So I paid electronically,

11  but I filed it via the mail; whereas, the federal return

12  I filed the -- attempted to file the TurboTax --

13      Q.  And so when you --

14      A.  -- through e-file.

15      Q.  When you file the state return, did you -- how

16  do you know that the payment was made?  Did you check?

17      A.  Not until this whole -- not until probably

18  January-ish of 2015 when this issue came up.

19      Q.  Okay.

20      A.  I went back and looked and said my state return

21  payment went out, but my federal return didn't -- my

22  federal payment didn't.

23      Q.  So is it your testimony --

24      A.  Yeah.

25      Q.  -- then, that between April 2013 and

14

1    January 2015, you never looked at your bank account to

2    determine whether or not that state tax payment had been

3    made?

4         A.   So I don't want to say for sure January two

5    thousand --

6              MR. GREENBERG:  Wait a minute.

7              THE WITNESS:  Okay.

8              MR. GREENBERG:  Let's clarify.

9              Are you saying did he ever look at his bank

10   account or look at his bank account with specific

11   intention of --

12             MS. STIER:  My question was if he looked at his

13   bank account to determine whether or not that state tax

14   return had been made.  Until I --

15             MR. GREENBERG:  Did you look at the bank account

16   with specific intention of seeing, okay, was that debit

17   taken out of there?

18             THE WITNESS:  Until I -- until I realized that

19   my federal return for 2012 had not been filed or paid, I

20   never looked at our savings account, which is what we

21   had attempted to have the money pulled from, to see

22   whether or not either the state or the federal funds had

23   been withdrawn.  But then subsequently I went back and

24   looked at April of 2013 to see that, and I noticed that

25   the state funds had been pulled out but the federal

15

1    funds had not.

2    BY MS. STIER:

3        Q.  And to the best of your recollection, you first

4    made that inquiry or first looked at those -- that bank

5    account --

6        A.  Either December of 2014 or January of 2015.

7    Sometime in, like, a 60-day window there.  I can't

8    remember exactly when.

9        Q.  Okay.  And did you -- in your family, who is

10   it -- is it you or your wife or someone else that

11   maintains the finances, including looking at the bank

12   account, paying bills?

13       A.  So it's a bit of a challenge.  I pretty much

14   handle our investments, and my wife pretty much handles

15   our bills.  So when it comes to the bank account, it's

16   mostly my wife.  Now, I will periodically go in and look

17   at the bank account for certain things; certainly taxes

18   if it comes up like this because I manage the taxes.

19           But in this particular account, which I stated

20   in a couple of these letters, because we had made this

21   money in this particular year, we made a decision to

22   remodel our home.  And so we left a chunk of money in

23   the savings account from which to make payments over the

24   course of 18 months or whatever to do the remodel.

25           And so there was a big chunk of money in there.

1    Normally we don't keep more than, you know, 10- or

2    $20,000 in our bank account.  But because we knew we had

3    a bunch of -- of larger upcoming expenses related to the

4    house, we had a big chunk in there.  So if it had gotten

5    low, I think my wife would have been nervous about it.

6    But the fact that it was high, she didn't pay any

7    attention to it.

8        Q.  Okay.  And so did you -- was your wife aware of

9    the filing of your state tax return and the amount of

10   taxes that were owed?

11       A.  I doubt it.  I knew she knew that we owed a lot

12   of taxes, but I don't think she knew -- I don't sit down

13   with her and say, "Here's exactly what we're paying for

14   state and federal taxes."

15       Q.  Was your wife -- do you know if your wife was

16   aware that the -- the state taxes were to be taken out

17   of your savings account at Bank of America?

18       A.  I'm pretty sure she would have thought that

19   because we didn't have enough money in our saving -- in

20   our checking account to cover it that said --

21           MR. GREENBERG:  Well --

22           MS. STIER:  Don't speculate.

23           THE WITNESS:  I'm speculating.  I don't know if

24   she was aware or not.

25           MR. GREENBERG:  Yeah, you don't know.

1    BY MS. STIER:

2        Q.  Do you know whether you had any conversation

3    with your wife to explain to her that the taxes were

4    going to be paid out of the savings account at Bank of

5    America?

6        A.  I do not recall.  I believe I would have asked

7    her --

8            MR. GREENBERG:  That's fine.

9            THE WITNESS:  Yeah.  Okay.

10    BY MS. STIER:

11        Q.  You do not recall?

12        A.  I do not recall.

13            MS. STIER:  Okay.  And so I'm going to have to

14    depose her.

15    BY MS. STIER:

16        Q.  So the -- who between you and your wife would

17    have had the responsibility to look back at the -- to

18    look at the Bank of America savings account to determine

19    whether the taxes had been paid?

20        A.  I'll be honest with you.  We've never in the

21    history of paying taxes ever looked to see whether a

22    check has cleared.  We've just paid, and it's always

23    cleared and I never thought of it.  I don't know if you

24    guys think of it, but it never occurred to me.  So I

25    don't think she would think of it as her responsibility,

18

1    but I've never looked at it either.

2        Q.   Okay.  And have you ever used TurboTax before?

3        A.   I don't recall.  I have not used it for many

4    years since our taxes became complicated.  I have used a

5    tax accountant.  At least -- I don't recall how many

6    years, but multiple years prior to 2012.  The only

7    reason that I used TurboTax in 2012 was because we had a

8    very complex transaction at our work.  I was talking to

9    our CFO, and I said, "Who do you use for your taxes?"

10   Because I wasn't particularly happy with my tax

11   accountant.

12            And he said, "I do my own through TurboTax."

13            And I said, "Really?  Would you kind of guide me

14   through the process?"

15            And he said, "Sure."

16            So I worked with Jeremy Wood, who was CFO, to do

17   my taxes on my own.  It was the first time in years I

18   had done it.  I don't know whether I had used TurboTax

19   prior to that.

20       Q.   Is it fair to say prior to April 2013 for the

21   ten years prior you didn't use TurboTax to file your

22   returns?

23       A.   I do not know.  I would say that, to the best of

24   my knowledge, I've never -- I've never used TurboTax in

25   a way that I would electronically file my federal tax

19

1    returns before this year.

2        Q.  Okay.  Have you ever used TurboTax since then?

3        A.  Yes.

4        Q.  Okay.

5        A.  I used it in two thousand -- I think I used it

6    every year since then for my personal taxes.

7        Q.  Is that for your federal return?

8        A.  Uh-huh.  And I've also used it for my state

9    return, but not -- I don't think I did for the first few

10   years.

11       Q.  Okay.  And when you used it --

12           TurboTax?

13       A.  Yeah.

14       Q.  -- subsequently, do you recall getting a message

15   from TurboTax --

16           MR. GREENBERG:  Wait a minute.  That's not

17   relevant to this issue.

18   BY MS. STIER:

19       Q.  -- after --

20           MR. GREENBERG:  This isn't relevant to 2012.

21           MS. STIER:  I understand.  You could say that.

22   What I really want to ask him is if you -- can I just

23   ask him the question?

24           MR. GREENBERG:  Well, what is the question?

25           MS. STIER:  Okay.

20

```
 1    BY MS. STIER:
 2        Q.  So the question is:  Subsequent to this -- this
 3    presumably --
 4        A.  Yeah.
 5        Q.  -- first time that you used TurboTax in April of
 6    2013, you've used it subsequently?
 7        A.  Yes.
 8        Q.  When you used it subsequently, have you received
 9    notification from TurboTax that the return has been
10    successfully filed?
11            MR. GREENBERG:  Wait a minute.  I don't know the
12    answer to this question, and I don't want to know the
13    answer to this question because the only real issue
14    would be did he receive -- the only relevant period
15    would be whether he received any kind of notification
16    from TurboTax for any tax year up until the time that he
17    filed his 2012 tax return.  So --
18            MS. STIER:  I'm going to ask that -- we can go
19    off the record for a minute.
20            MR. GREENBERG:  Sure.  That's fine.
21            (Off the record from 9:21 a.m. to 9:22 a.m.)
22            MS. STIER:  Back on the record.
23            THE WITNESS:  There's kind of two pieces there.
24    Definitely prior to 2012 and including 2012 I do not
25    recall ever receiving any kind of email from TurboTax.
```

```
 1   Although, again, I didn't use it for a number of years

 2   prior.  But in -- at least in 2016, I did receive email

 3   confirmation that my TurboTax return had been

 4   successfully filed.

 5        MS. STIER:  Okay.

 6        THE WITNESS:  And every year since then, by the

 7   way, I've gone back and monitored --

 8        MR. GREENBERG:  Wait.  Just to be clear --

 9        THE WITNESS:  Yeah.

10        MR. GREENBERG:  -- you mean for the 2016 return,

11   which you received in 2017, or you mean in 2016, the

12   year you received that for -- do you have any --

13        THE WITNESS:  When I filed --

14        MR. GREENBERG:  If you don't --

15        THE WITNESS:  When I filed -- after filing my

16   2016 return, via TurboTax --

17        MR. GREENBERG:  Right.

18        THE WITNESS:  -- at some point I got an email

19   saying "Your return has been successfully filed."

20        MS. STIER:  Okay.

21        MR. GREENBERG:  That would have been in 2017?

22        THE WITNESS:  Yeah.

23        MR. GREENBERG:  Yeah.

24        THE WITNESS:  Yeah, that's right.

25        MR. GREENBERG:  Okay.
```

1    BY MS. STIER:

2        Q.   And so then -- and going back, did you file your

3    federal and state 2013 taxes using TurboTax?

4        A.   To the best of my knowledge, I did.

5        Q.   Okay.

6        A.   I'm 99 percent certain of that.  But I can't --

7    I -- yeah.

8        Q.   Okay.  Because I thought that you had said that

9    you, to the best of your recollection --

10       A.   Yeah.

11       Q.   -- that you filed and --

12       A.   Oh, you said state and -- so I'm -- yes.  I'm

13   virtually -- to the best of my recollection, I filed my

14   federal return in 2013 with TurboTax.  And I'm not sure

15   what I -- I certainly processed my state return with

16   TurboTax.  I'm virtually -- again, I'm -- to the best of

17   my recommendation, I processed my state return with

18   TurboTax.  But I think it's quite likely I sent it in

19   between -- again, because I didn't want to pay the 40

20   bucks or whatever the state fee was to e-file it.

21       Q.   So you're talking about your 2013 tax returns?

22       A.   That would have been in 2014.  Right.

23       Q.   '14?

24           MR. GREENBERG:  Those weren't filed until later.

25           THE WITNESS:  Was it October?  Did I do a

23

1    deferred . . .

2         MR. GREENBERG:  Hold on a second.  Let me just

3    double-check.

4         THE WITNESS:  Sometimes I ask for an extension.

5         MS. STIER:  This is what I want to ask him.

6         THE WITNESS:  Okay.

7    BY MS. STIER:

8    Q.  So for the two thousand -- when you attempted to

9    file your 2013 federal income tax return --

10   A.  Yeah.

11   Q.  -- you were using TurboTax?

12   A.  To the best of my recollection.

13   Q.  Okay.  At that time, how did -- did the 2013

14   federal income tax return -- was it accepted for filing

15   through TurboTax?

16   A.  I don't know.  I don't recall.

17   Q.  Okay.

18   A.  I mean, I -- I didn't --

19        MR. GREENBERG:  That's --

20        THE WITNESS:  I didn't experience any reason to

21   believe that it hadn't.  But at that point I also

22   thought my 2012 return had been properly filed and

23   received.

24   BY MS. STIER:

25   Q.  At some point do you recall that the IRS

24

```
 1   contacted you about filing your 2013 federal tax
 2   return --
 3       A.   Yes.
 4       Q.   -- and to notify you that the 2012 --
 5       A.   Yes.
 6       Q.   -- had not been filed?
 7       A.   Yes.
 8       Q.   Okay.
 9            MR. GREENBERG:  Wait.  Wait.  That's confusing.
10   Sorry.  One more time.
11            THE WITNESS:  Well, I got a notification --
12            MR. GREENBERG:  Wait.  Stop.
13            THE WITNESS:  Okay.
14            MR. GREENBERG:  Sorry.  One more time.
15   BY MS. STIER:
16       Q.   Did the IRS -- let's start from the beginning.
17            MR. GREENBERG:  Yeah.
18   BY MS. STIER:
19       Q.   You attempted to file your 2013 federal income
20   tax return using TurboTax, right?
21       A.   Yes.
22       Q.   And you --
23       A.   To the best of my recollection.
24       Q.   And you attempted to file that using TurboTax
25   timely before April 15, 2014, correct?
```

1          A.   Unless I -- unless I sent in payment and

2     deferred.   I have deferred my taxes in some years

3     because of LLC, K-1s --

4          MR. GREENBERG:   If you're not sure --

5     BY MS. STIER:

6          Q.   I'm talking about the filing, not the payment.

7          A.   The filing would have been -- well, so you file,

8     then you defer.   Is that how it works?   I'm not sure.   I

9     either -- on April 15th of 2014, I would have either --

10         MR. GREENBERG:   Wait.   Wait.   You're speculating

11    again.   If you're not totally sure, just say, "I'm not

12    really sure," which is . . .

13         THE WITNESS:   I'm not really sure.

14         But I believe that I used TurboTax at some point

15    in 2015 -- or 2014 for my 2013 taxes in a manner that

16    would have complied with the IRS, whether that was

17    through a deferral in October 15th or prior to

18    April 15th.

19    BY MS. STIER:

20         Q.   But to the best of your recollection, did you

21    receive any notification from TurboTax concerning the

22    filing of that 2013 tax return as to whether or not it

23    had been filed?

24         A.   I do not.

25         Q.   You don't recall?

26

1        A.   I don't recall, yeah.

2        Q.   Okay.  All right.

3             And the first notice that you recall that the --

4    your 2012 federal tax return had not been filed with the

5    IRS was either in late December -- December of 2014 or

6    January 2015?

7        A.   I believe -- and we don't have a photocopy of

8    this.  I was -- I believe that I was notified sometime

9    in November of 2014 because I subsequently recall the

10   first thing I did was to call the IRS.  I believe that

11   that was in December, because I believe I was on break

12   with my kids.  So it would have been sometime in late

13   December that I had an initial call with the IRS to try

14   to understand what had happened.

15       Q.   And so I just want to make sure --

16       A.   Yeah.

17       Q.   -- that you're being accurate, because did you

18   just say that your first notice was November 2014 or

19   December 2014?

20       A.   To the best of my recollection, it would have

21   probably been sometime in November.  I think late-ish

22   November.  But I'm not a hundred percent sure.

23            MR. GREENBERG:  I was looking at the -- we were

24   discussing this.  I was looking at his transcript.  The

25   first -- typically on -- if a notice goes out, it should

27

1   appear on that transcript.  And they always do a great

2   job with those transcripts in adding everything.  But

3   the first notice that shows up is February of 2015 which

4   is a balance due notice.

5       John was saying that he received possibly some

6   other notice a couple months prior to that which

7   triggered his filing.  I don't have a copy of that.  It

8   doesn't appear on the transcripts.

9   BY MS. STIER:

10      Q.  And I'm just asking you what you recollect.

11      A.  My recollection is I received something in

12  November, and then I had a phone call with the IRS in

13  December.  Then subsequently I paid on the 7th of

14  January.

15      Q.  Okay.  And then going back to Exhibit 1, that

16  letter that you sent to the IRS on April 27, 2015.

17      A.  Yep.

18      Q.  You also state that the secondary reason for the

19  late filing and payment had to do with your

20  father-in-law's illness.

21      A.  That's correct.

22      Q.  Okay.  And so can you tell me how that relates

23  to the filing of the return.

24      Then I'm going to ask you afterwards --

25      A.  Yeah.

28

1    Q.  -- if that relates to the payment or filing or

2    both.

3    A.  So the -- "relates" is probably the right word

4    for it.

5        So my father-in-law's illness -- I don't know --

6    I can't say with certainty that my wife would have

7    noticed anything about our savings account had my

8    father-in-law not been ill.  But due to that illness and

9    resulting retirement and then this process of -- led to

10   this process of selling his -- his dental practice to

11   his son, which was kind of a big family affair, my wife

12   was pretty distracted.

13       And so I don't know.  That's the reason I

14   brought it up, was just another factor in the -- in the

15   relationship.  It would have -- that's it.

16   Q.  And so -- and I mean no disrespect.

17   A.  Yeah, I totally get it.

18   Q.  I don't mean any disrespect.

19   A.  Yeah.

20   Q.  But during this period of time, you were also

21   doing a remodel, correct?

22   A.  Yes.

23   Q.  And was your wife taking care of the payments

24   for that remodeling?

25   A.  Yes.  She writes all the checks.

29

1        Q.   Okay.   And so during this period of time, the
2   remodeling went on?
3        A.   Yes.
4        Q.   Okay.   And you state in that letter that, while
5   your father-in-law's illness did not directly impact the
6   rejection of the return, you believe it contributed to
7   your wife's not noticing that the funds were not
8   withdrawn.   Is that accurate?
9        A.   Again, I don't know if she would have noticed
10  anyway.   I think the odds are honestly kind of low.   But
11  they're even lower given that distraction.   But --
12       Q.   And --
13       A.   Yeah, that's it.
14       Q.   And once again, with no disrespect.
15       A.   Yeah.
16       Q.   But your wife was making the payments for the
17  remodeling out of that savings account?
18       A.   She was transferring money out of the savings
19  account into the checking account on a periodic basis so
20  that she could write checks for the remodeling, yeah.   I
21  think, had the funds got low again, she would have been
22  likely to notice.   But the funds being high, I just
23  don't think it ever occurred to her.
24       Q.   And in the complaint, paragraph 15 of this
25  complaint --

30

1    A.   Yeah.

2    Q.   -- it states [as read]:

3            "Because of abnormally high bank

4         account balances and abnormally high

5         taxes, they" --

6    A.   Yeah.

7    Q.   -- "they did not notice" --

8    A.   Yep.

9    Q.   -- "the IRS automatic debit had not occurred."

10        Can you explain to me what that means?

11   A.   So because we had, like -- I mean, in the

12   history of our lives, we never had a million dollars in

13   our bank account, or whatever amount.  I think we had a

14   little over that because we were doing a remodel that

15   was going to cost, like, 5-, $600,000.  Plus we had some

16   big tax payments that I knew we had.

17        So when the money came in, instead of, like,

18   putting it all into, you know, some other account --

19   investment account, we put a lot of it into our bank

20   account.  Historically, you know, we would have had,

21   like -- we keep, like, 20,000 in our bank account.  So

22   if I had $500,000 in there in order to pay taxes and all

23   of a sudden, you know, three months later there's still

24   $500,000 in there, my wife probably would have said,

25   "Why do we have $500,000 in our bank account?"

31

```
 1            Because we had over a million dollars in our
 2    account to pay for these upcoming remodel expenses.  I
 3    think she just didn't notice that these taxes -- she
 4    didn't -- I don't think she -- necessarily she knew
 5    whether I was keeping extra money in there because maybe
 6    the remodel might go over, and we wanted to be safe and,
 7    you know.
 8        Q.  I asked you not to speculate.
 9        A.  Yeah.  So I don't want to speculate.
10            MR. GREENBERG:  Just to add context too, your
11    paragraph talks about the business that was sold in
12    2012, which I believe was, like, bought by ancestry.com.
13            THE WITNESS:  Yes.
14            MR. GREENBERG:  Yeah.
15    BY MS. STIER:
16        Q.  That was my next question.  The abnormally high
17    balance in your bank account --
18        A.  Yeah.
19        Q.  -- that was in your savings account, correct?
20        A.  Yes.
21        Q.  Okay.  So it was -- how much over a million was
22    it?
23        A.  I'd be speculating.  1.3.
24        Q.  Just a little over a million?
25        A.  Yeah.  Yeah.
```

1      Q.  And that money was from the sale of your

2  business?

3      A.  Yes.

4      Q.  Okay.  There were -- were there any loans for

5  the remodel?

6      A.  No.

7      Q.  Okay.  In this letter, Exhibit 1, over here you

8  state -- right here.  And we just talked about this a

9  little while ago.

10      You found out in November 2014 when the IRS

11  notified you that they couldn't process the 2013 return

12  because 2012 had not been completed?

13      A.  That was my understanding at the time.

14      Q.  Okay.  Did you draft this letter?

15      A.  Yes.

16      Q.  Did you do it by yourself?

17      A.  I did.

18      Q.  Did you rely upon any documents or anything to

19  write that?

20      How did you come up with that in November?

21      A.  Yeah, I -- I had letters from the IRS -- not

22  letters per se but, like, notifications.  I can't

23  remember what it was.  But they indicated that my 2012

24  return had not been completed and that they were --

25  therefore could not process my 2013 return.

33

1          But I don't remember whether -- like, it's
2    possible -- I wouldn't bet my life that that was exactly
3    right, that phrasing.  But fundamentally I realized that
4    my 2012 taxes had not been processed due -- because of a
5    letter I -- or a notification that I received from the
6    IRS.
7         Q.   Okay.  And so can you testify today whether that
8    was just based on memory or you were looking at
9    something to come up with November 2014?
10             MR. GREENBERG:  It's not --
11             THE WITNESS:  Probably --
12             MR. GREENBERG:  If you can't totally remember,
13   that's fine.
14             THE WITNESS:  I was --
15             MS. STIER:  That's what I asked.
16             MR. GREENBERG:  Yeah.
17             THE WITNESS:  I would say it's based on -- it
18   could have been based on memory or I could have had the
19   actual piece of paper in front of me.  I don't recall.
20   BY MS. STIER:
21        Q.   Okay.  But I guess to say it would have been
22   your notification even if it was based on memory and you
23   weren't looking at it --
24        A.   Yes.
25        Q.   -- when you were drafting that letter --

34

 1        A.   Yes.

 2        Q.   -- that was based on something that you actually

 3   received in writing from the IRS, correct?

 4             Would that be accurate?

 5        A.   I don't recall.  I believe that -- I can't

 6   imagine how else I would have learned about it.

 7        Q.   Okay.

 8        A.   So I believe that's the case.  I believe I got a

 9   notification.

10        Q.   And so in the complaint it says that you found

11   out on January 7, 2015.  Do you know what you looked at

12   or what you relied upon?

13             MR. GREENBERG:  Right.  Well, I -- I drafted the

14   complaint.

15             MS. STIER:  I want to ask him the question.

16             THE WITNESS:  Okay.

17             MS. STIER:  And then I'll -- you can.

18             MR. GREENBERG:  All right.

19             THE WITNESS:  Sorry, you were saying?

20   BY MS. STIER:

21        Q.   I'm just asking why the discrepancy in

22   paragraph 16.  It says that you found out on

23   January 7th.  Do you know what happened on that date and

24   why the discrepancy between these two?

25        A.   Yeah, no, so -- yeah.  So what happened was, as

35

1    I described before, to the best of my recollection, I

2    got notification in November in some way, shape, or form

3    that my 2012 return had not been processed.

4        I called the IRS at least maybe twice during the

5    Christmas break which -- taking a long time, but I

6    ultimately talked to somebody.  I think even at that

7    time, maybe later, because I had to call back multiple

8    times, I might have gone through, like, a phone-based

9    discovery process to see whether they could just abate

10   the penalties.

11       And -- and ultimately when that didn't happen I

12   realized, okay, I don't want to pay the penalties

13   because I don't feel like I should based on my discovery

14   of my own discovery of what happened.  So I made the

15   decision to pay the taxes and pay the interest because I

16   felt like, hey, if I didn't pay, then I at least should

17   pay for the interest because whatever.

18       So I paid for the taxes and I paid for the

19   interest.  And I wrote that check in January and sent it

20   along with my -- a paper copy of my return.

21       Q.  Okay.

22       A.  By that point I had seen -- gone back into

23   TurboTax because I had to do that in order to print the

24   return and saw that it said "not accepted" and realized

25   that it was my -- a mis- -- it wasn't a mistyping.  It

36

1    was the wrong -- entering the wrong, by one digit,

2    social security number for my youngest son, yeah.

3        Q.   Dependent.

4             In this letter on Exhibit 1, you state here

5    [as read]:

6                  "Intuit may have informed me in

7               fine print that I needed to log back

8               in to make sure that my return had

9               not -- had not been rejected."

10       A.   "My return had not been rejected."

11            Oh, yeah, to make sure that it had not been

12   rejected.  That's speculation.  I'm not a lawyer.  But

13   that -- I'm just -- all I'm saying is that --

14       Q.   Hold on one second.

15       A.   Okay.  Yeah.

16       Q.   [As read]:

17                  "But, if so, I did not read this

18               fine print."

19            Okay.  What do you mean by that?  Was -- did you

20   go back and look at something from Intuit, or is this --

21   or is this --

22       A.   Yeah.  So when I ultimately went back in January

23   and tried to -- logged in to my return and then went to,

24   like, the final screen -- I don't know how it works

25   exactly -- something came up that said that it had been

37

1    rejected due to this particular error and that -- I

2    searched on Google for that.  And then it said it was

3    related to a misentered social security number or

4    whatever that's . . .

5          So there was no -- I never saw -- and on that

6    screen there was nothing.  But what I don't have -- I

7    never took, like, a screenshot of the screen that said,

8    prior to that, that your tax return -- like, I put in

9    all my information; I hit go; it says we're processing

10   your return.  I didn't, like, study that screen.

11         I just -- it's a little bit like when I mail my

12   return off, I just assumed it was good.  So all I was

13   trying to say at the end of that letter was I don't

14   exactly know in detail what was on that screen.

15     Q.  Okay.  When did you first log back in to your

16   TurboTax account to find out that the return had not

17   been accepted for filing?

18     A.  To the best of my knowledge, that was in

19   December of 2014 --

20     Q.  Okay.

21     A.  -- after I had received notification.  Could

22   have been November.

23     Q.  Okay.

24         MR. GREENBERG:  To be clear:  Obviously, when

25   you say "log back in to" his account, you mean, like,

1    log back in to the TurboTax program, right?

2            THE WITNESS:  Yes.  It's not an account.

3            MR. GREENBERG:  That's a question for her.

4            THE WITNESS:  Yeah.  I went -- the first time

5    that I went back into the 2012 TurboTax program to the

6    best of my knowledge.

7    BY MS. STIER:

8        Q.  Okay.  And to the best of your recollection

9    today, did you go back into the TurboTax program to find

10   out this information shortly after you were notified

11   that the return had not been accepted for filing?

12       A.  Yes.

13       Q.  Like, do you know how long it was afterwards?

14   Same day?

15       A.  No, it probably wasn't the same day.  But it was

16   definitely within a week or two.  I shouldn't say

17   definitely.  To the best of my recollection, it would

18   have been within a week or two.

19       Q.  Okay.

20       A.  Like, I was pretty shocked to get the

21   notification that my tax return -- taxes had not been

22   paid.

23       Q.  Okay.

24       A.  First time I went into the bank account to make

25   sure that the money had not been withdrawn, so there was

1    some other due diligence that I did before I actually

2    logged back in to Turbo -- I don't know if it's called

3    "logged back in," but went back in to the tax program

4    for 2012.

5        Q.  Were you the one who looked back into the bank

6    account to determine whether the 2012 taxes had been

7    paid?

8        A.  Yes.

9        Q.  Okay.  And do you remember, was that a

10   complicated process?

11       A.  I mean, it's -- sometimes I forget what our

12   passwords are because I don't go into our bank account

13   that often.  But it's not super complicated.  I know how

14   to print PDFs of the account summaries and so forth.

15       Q.  Right.  So you would just look at the April 2013

16   and May 2013 bank statements to see if the money --

17       A.  Yeah.  I think I looked at March too.  I didn't

18   know exactly when I filed my return, but exactly.

19       Q.  Okay.

20       A.  I just went back and looked at, like, three

21   months worth of statements to see whether there was a

22   $395,000 withdrawal.  And there had not been.

23       Q.  Okay.  So in this letter, Exhibit 1, you state

24   that you -- in this first paragraph it says that, you

25   know [as read]:

```
 1              "I certainly wish I had checked
 2          back on Intuit's site 48 hours later
 3          to make sure that my return had
 4          successfully filed, but it never
 5          occurred to me to do so."
 6     A.   Right.
 7     Q.   Okay.  Where did you come up with that
 8  48-hour --
 9     A.   I don't know.  I think I just assumed that it
10  probably would have been rejected within 48 hours.  And
11  I would have -- if I'd logged in 48 hours later, I would
12  have known that it was rejected.  But I don't know that.
13     Q.   Do you know today why you said two days later?
14     A.   No.
15     Q.   Okay.
16     A.   It's just an estimate.  I could have said 72
17  hours.
18     Q.   You just don't recall why you said that?
19     A.   I don't recall.
20     Q.   Okay.
21          (Reporter interrupts.)
22          MS. STIER:  At the end of this we'll mark them.
23          (Discussion held off the record.)
24          MS. STIER:  This is Number 1.
25          (Exhibit 1 was marked for identification.)
```

41

1           MS. STIER:  And this is Number 2.

2           (Exhibit 2 was marked for identification.)

3   BY MS. STIER:

4       Q.  This is Number 2, the request.

5       A.  Okay.

6       Q.  So I'm now -- now I'm going to ask you questions

7   about this.

8       A.  Yeah.

9       Q.  And I'm going to go into possible questions

10  concerning that "48 hour" statement --

11      A.  Okay.

12      Q.  -- statement that you made --

13      A.  Okay.

14      Q.  -- so you know where we're headed.

15      A.  Okay.

16          MR. GREENBERG:  Again, if it's speculation, just

17  say, "I'd have to speculate."

18          MS. STIER:  No, I'm not asking him to speculate.

19          THE WITNESS:  Okay.

20          MS. STIER:  It doesn't help anybody.

21  BY MS. STIER:

22      Q.  So if you can turn -- is this a letter that you

23  wrote to the Internal Revenue Service?

24      A.  I'm pretty sure it is.

25      Q.  Okay.  So look and see if your signature is on

BEHMKE REPORTING AND VIDEO SERVICES, INC.
(415) 597-5600

1    it.

2        A.   Sure.

3        Q.   I don't know why it's like that.

4        A.   Yeah.  Yep.

5        Q.   That's your signature?

6        A.   Yeah, that's my signature.

7        Q.   Okay.  And so it has some attachments to it.

8        A.   Okay.

9        Q.   And the first attachment on -- I want to point

10   out to you is marked on the top as page 11 of 16.

11       A.   Okay.

12       Q.   And is that the screenshot from the TurboTax

13   software that you looked at in either November or

14   December of 2014?

15       A.   So I didn't take this screenshot, to the best of

16   my recollection, when I went in in December or November

17   of 2014.  But I believe that I was able to still-print

18   this out at a later date when I wanted to create this

19   letter.  So somehow it was still available.

20       Q.   But I'm saying -- I guess my question is this:

21   When you first investigated this --

22       A.   Yeah.

23       Q.   -- and went back into the software, is this what

24   you saw, this page 11 of 16?

25       A.   To the best of my recollection, it is, yeah.

43

1   Q. Is this your handwriting?

2   A. Yes. For sure.

3   Q. "I found the computer that my 2012 TurboTax

4 software and" --

5   A. -- "investigated the issue."

6   So I was wondering about that. When you asked

7 had I looked into this like a day later or two days

8 later, I was trying to remember whether -- because I

9 change computers at work periodically. But I definitely

10 kept the computer that my TurboTax software was on, but

11 I think I might have had to go find it and remember the

12 password and stuff. So it could have taken a few days.

13   Q. So if you look at that --

14   A. Yeah.

15   Q. -- on the top, it says "Sunday, 9:51 p.m."

16   A. Yeah.

17   Q. Okay.

18   A. I believe -- as I said, I believe that I printed

19 this kind of when --

20   Q. Forget the printing.

21   A. Speculation.

22   Q. Forget the printing.

23   A. Okay.

24   Q. I want to ask you about this 48-hour period.

25   A. Okay. Okay.

44

1          MR. GREENBERG:  Wait.

2          THE WITNESS:  But to be clear --

3    BY MS. STIER:

4      Q.  It says "Send" --

5      A.  And, again, this may not be helpful, but this is

6    from my computer.

7      Q.  I understand.

8      A.  It's not anything related to this screen or when

9    this screen was -- yeah.  Anyway.  You understand.

10   Okay.

11     Q.  And so -- well, I'm not sure I do understand.

12     A.  Okay.

13     Q.  So Sunday, 9:51.  Do you know whether that was

14   when the return was --

15     A.  It's not.  So Sunday, 9:51 -- what this is is --

16   this stuff up here is the Mac operating system.  This is

17   my TurboTax software brought up within it.  So the time

18   that I took this screenshot was on a Sunday at 9:51 p.m.

19   But that's not when this message was -- this message was

20   probably originally there -- again, I don't know when.

21   But completely unrelated to the time at the top of the

22   screen.

23     Q.  Okay.

24          MR. GREENBERG:  You would have hit the "print

25   screen" button, and that would have taken a capture of

45

1    the entire screen which shows the time.

2    BY MS. STIER:

3        Q.  So can I ask you to go back to this.  Do you

4    still have this?

5        A.  I seriously doubt it, but I --

6            MR. GREENBERG:  You could try to find those.

7            THE WITNESS:  I can look.  Oh, you mean the

8    screenshot or you mean the computer?

9    BY MS. STIER:

10       Q.  So that you can tell me what date this is.  It

11   only says Sunday, 9:51.

12       A.  I seriously doubt it.  My guess would be --

13           MR. GREENBERG:  Don't guess.

14           THE WITNESS:  I won't guess.

15   BY MS. STIER:

16       Q.  Can you make an effort?

17       A.  I don't know how we'd do that, but I can get you

18   the screen.

19           MS. STIER:  I just want to know what date it is.

20           MR. GREENBERG:  If he has the image file.

21           THE WITNESS:  Correct.

22           MR. GREENBERG:  The metadata or whatever the

23   hell you call it that the -- you know, would show a

24   created date and all that stuff.

25           THE WITNESS:  Yeah.  If I have it.

1          MS. STIER:  If you can without --

2          THE WITNESS:  Yeah, I can try it.

3          MR. GREENBERG:  If there's a change in the file,

4   we'll do that.

5          THE WITNESS:  I may be able to do that, yeah.

6   BY MS. STIER:

7       Q.  So for -- for the 2012 return --

8       A.  Yes.

9       Q.  -- it was due on April 15th.  This is a calendar

10  for 2015 --

11      A.  Yeah.

12      Q.  -- for April.

13      A.  Yeah.

14      Q.  Do you know what day you submitted it to

15  TurboTax?

16      A.  I do not.  I might be able to find that out too.

17         MR. GREENBERG:  That's fine.  That's --

18         THE WITNESS:  I want to say it was Friday, the

19  12th, but it could have been Monday, the 15th.

20         MS. STIER:  I don't want you to speculate.

21         MR. GREENBERG:  Just say "I don't remember" if

22  you don't remember.

23         THE WITNESS:  I don't remember.

24         MR. GREENBERG:  Computer records of that.

25         THE WITNESS:  Yeah.

1          MR. GREENBERG:  So . . .

2    BY MS. STIER:

3        Q.  And so this Exhibit 2, the first notice you

4    looked at, was -- or this is -- this notice that we're

5    talking about, page 11 of 16 --

6        A.  Yeah.

7        Q.  -- is Sunday, 9:51 p.m.

8        A.  That is the time that I took the screenshot.

9        Q.  Looked at it?

10       A.  Yeah.

11       Q.  And that probably would have been in November or

12   December of 2014?

13       A.  Yeah.  Exactly.

14       Q.  Okay.  The next one I'd like you to look at is a

15   screenshot that is on page 13 of 16.

16       A.  It's this one.

17       Q.  And is that the next one you looked at?

18       A.  Yeah.

19       Q.  Because it's 9:53 p.m., two minutes later.

20       A.  Yeah.  I think I was going back through them and

21   printing them to attach to this letter.

22       Q.  Okay.  And is this your handwriting on the

23   left-hand side?

24       A.  Yes.

25       Q.  And so this is where you --

1      A.   This is in -- yeah.   This is me sending the
2   payment via Express.

3      Q.   Okay.

4      A.   Yeah.

5           MS. STIER:   I'm going to go off the record for
6   one minute.

7           (Off the record from 9:55 a.m. to 9:57 a.m.)
8   BY MS. STIER:

9      Q.   So there's a third screenshot in this exhibit.
10  There was one at 9:51 and 9:54, and there was one for
11  9:53, I think.   So one in between the two on page 13 of
12  16.

13     A.   Yes.   Yeah, that's where we were, yep.

14     Q.   Okay.   And so is that your -- wasn't this the
15  one we just looked at?

16     A.   Yeah.

17          MR. GREENBERG:   I think the 9:54 is the one we
18  haven't done yet.

19  BY MS. STIER:

20     Q.   So page 13 of 16, that's your handwriting?

21     A.   Yes.

22     Q.   And that's at 9:53 p.m.?

23     A.   Yep.

24     Q.   And that's when you looked at -- or you looked
25  at this was, to the best of your recollection today,

49

BEHMKE REPORTING AND VIDEO SERVICES, INC.
(415) 597-5600

1    either November or December of 2014?

2        A.   That's correct.  That's correct.

3        Q.   Okay.  And so there's another one for 9:54?

4        A.   Yes.  That was the first one, I think.

5        Q.   So that's on page 9 of 16?

6        A.   Yes.

7        Q.   And is that your handwriting on the --

8        A.   Yes.

9        Q.   -- left side?

10            It says [as read]:

11                "When I was notified in 2014 that

12             my 2012 taxes had not been filed, I

13             logged back in to TurboTax and found

14             this error."

15        A.   Right.

16        Q.   Okay.  And to the best of your recollection,

17   that was in November or December of 2014?

18        A.   So that is true.  But I just want to be clear

19   that I -- that I -- when I originally went back in and

20   found these three screens, I internalized, and I said,

21   "Oh, my God, that's what happened."

22            But I don't think I took the screenshots then

23   because I wasn't thinking -- I think the screenshots --

24   speculation, but I think they were when I was writing

25   the letter in April or whatever.

1      Q.   Okay.   Understood.   Understood.

2      A.   Yeah.

3      Q.   So when you went back and looked at the

4   screenshots --

5      A.   Yeah.

6      Q.   -- you realized that your return had not been

7   processed?

8      A.   That's correct.

9      Q.   Okay.   And I realize that you had been notified

10  or -- you know, by the IRS beforehand, or you believe

11  you had been notified --

12     A.   Yeah.

13     Q.   -- by the IRS beforehand.

14     A.   Yeah.   Could have been a few days or a week.

15  Again, I don't know exact numbers of days, but I had

16  been notified.

17     Q.   Well, you do give a couple dates about when your

18  notice was.   One was November, another was

19  December 2014, one is January 7, 2015, and then I just

20  heard February.

21     A.   I never gave that one.

22          MR. GREENBERG:   January was me.   That was my

23  drafting of the complaint.

24          MS. STIER:   Okay.

25          THE WITNESS:   Yeah.

51

1          MR. GREENBERG:  And it's on or about.

2          THE WITNESS:  And I think it was November, but I

3    don't know for sure.  All I know is I started having --

4    I paid it on January 7th, and I think I had a couple of

5    calls with the IRS in December.  But I don't know

6    exactly when I got notification from the IRS.

7    BY MS. STIER:

8          Q.  Okay.  So is it -- do you know --

9          A.  Yeah.

10         Q.  -- whether you were notified prior to looking

11   back at these -- going back into the software?

12         A.  Yes.  I was --

13         MR. GREENBERG:  Wait.  Wait.

14         THE WITNESS:  I was notified prior to that.

15         MS. STIER:  Yes.

16         MR. GREENBERG:  You said --

17         THE WITNESS:  By the IRS.

18         MR. GREENBERG:  You say notified.  Again --

19         MS. STIER:  By the IRS.

20         MR. GREENBERG:  Yeah.  Yeah.  Yeah.

21         THE WITNESS:  Again, I only looked at the

22   software because some notification indicated to me that

23   my 2012 return had not been processed.

24   BY MS. STIER:

25         Q.  Okay.  And when you looked at the software and

52

1    saw these screenshots --

2        A.   Yeah.

3        Q.   -- you knew that the return had not been

4    processed --

5        A.   Right.

6        Q.   -- and made it clear?

7        A.   Yeah.

8        Q.   And you knew why it had not been processed --

9        A.   That's correct.

10       Q.   -- and made it clear?

11       A.   Exactly right.

12       Q.   Okay.  And so these are interrogatory responses.

13   We're on 3.

14            MR. GREENBERG:  Which are not signed, which are

15   drafts, and which I drafted before any of this, which he

16   has not signed.

17            MS. STIER:  Okay.

18            MR. GREENBERG:  Yeah.

19   BY MS. STIER:

20       Q.   So let me ask you the question here.

21       A.   Okay.

22            MS. STIER:  Well, I mean, is he going to sign

23   these?

24            MR. GREENBERG:  I might have to revise these

25   based on some of the -- I may have to go back and review

53

1  these based on some of the responses here.  Like the --

2  for instance, the -- the fact that the state returns

3  weren't e-filed.  That, for instance, may change my

4  responses to some of these.

5       MS. STIER:  So I just -- I mean, I rely upon

6  these being under penalty of perjury by the taxpayer.

7       MR. GREENBERG:  Right.  I totally get that.  And

8  they aren't signed, and they're in draft.  The ones I

9  emailed to you, they had the draft watermark.  That

10  doesn't have that.  But I -- anyway, these are drafts.

11  He hasn't signed these yet.

12  BY MS. STIER:

13     Q.  All right.  So I don't want to mislead you.  So

14  I guess they're drafted.  And I have copies of them over

15  there.  And so I just want to ask you some questions,

16  then you can read the response that's here.

17     A.  Okay.  Where are they?

18     Q.  They're over there, I think.

19       MR. GREENBERG:  Oh.  These are -- yeah, but I've

20  got them on my computer.

21       THE WITNESS:  If you read them to me, I can

22  probably . . .

23  BY MS. STIER:

24     Q.  I can have you --

25     A.  Yeah.

```
 1        Q.   So in this interrogatory, I asked you what
 2   did --
 3        A.   When?
 4        Q.   [As read]:
 5             "When did TurboTax first notify
 6          you that the 2012 Form 1040 had not
 7          been timely filed?"
 8        And the response in the draft response is "To
 9   Plaintiff's" -- to your knowledge, Mr. Spottiswood --
10        A.   Yes.
11        Q.   -- TurboTax never notified you in -- of the
12   e-filing rejection in any meaningful sense.
13        A.   [As read]:
14             "In order to check the status of
15          the e-filing, Plaintiff as a user was
16          required to reenter the program and
17          navigate to the appropriate e-filing
18          section to check the status of the
19          submitted e-filing.  To Plaintiff's
20          knowledge, no email, phone SMS, text,
21          or similar message was sent to he or
22          spouse to notify him of the e-filing
23          rejection."
24        That's correct.
25        Q.   Is that correct?
```

55

1      A.   Yeah.

2      Q.   So I want to ask you now:  Do you know -- can

3  you testify today under penalty of perjury --

4      A.   Yeah.

5      Q.   -- whether you were notified by email by

6  TurboTax?

7      A.   All I can testify under penalty of perjury is

8  that I personally did not -- am not aware, had never saw

9  any email from -- I am not aware of and never saw any

10  email from TurboTax alerting me to anything related to

11  my 2012 return.  Email is a tricky thing.  But for me

12  personally, I never saw an email from TurboTax, and I've

13  searched.

14      MR. GREENBERG:  And the reason you're couching

15  it as phrased, because you're like -- there's a

16  possibility it could have gone in your spam; basically,

17  what you're saying is, "I can't totally 100 percent say

18  it didn't go in a spam folder," something like that?

19      THE WITNESS:  I can say with certainty there's

20  no way I ever opened an email from TurboTax that alerted

21  me to that.  And I don't believe I ever received one.  I

22  never saw it.  And I've searched.

23  BY MS. STIER:

24      Q.   And you've searched -- do you still have that

25  computer?

1      A.   I don't know if I still have that computer.   I
2  mean, email -- the email --
3      Q.   Have you searched your emails?
4      A.   I don't have access to the inflection.com email
5  anymore.  And so I do have access to my Gmail, but I'm
6  not sure if I could search the inflection.com email
7  system.  I would have to go back to that company and
8  find out whether they would enable me to search their,
9  like -- I don't even know if they keep ex-employee
10  records for a long period of time.
11      Q.   Right.  So my question is going to be that --
12  you could have used that inflection.com email address?
13      A.   I don't believe that I would have.  But it is
14  possible that I would have used my
15  "jspottiswood@mba1994hbs.edu" and that that might have
16  forwarded to my --
17      Q.   I'm not asking you to speculate.
18      A.   I don't know.
19      Q.   I'm asking you to answer my question.
20      A.   I don't know.  Yeah.
21      Q.   I'm trying --
22      A.   Is it possible?
23      Q.   I'm trying to be fair to you.
24      A.   Yeah, I get it.
25      Q.   Okay.

57

1          A.  I think it's -- go ahead.

2          Q.  So you could have used that email address,

3     inflection.com?

4          A.  It's highly unlikely, but, yes, I could have.

5          Q.  Okay.

6          A.  The reason I say it's highly unlikely, because I

7     generally -- because I leave jobs every few years that

8     I -- typically, when I sign up for things, I don't sign

9     up with my work email.  So it would be -- it would have

10    definitely been a very unusual exception.  But it's

11    possible.

12         Q.  And have you had any discussions about a lawsuit

13    with TurboTax arising or, you know, in relation to this

14    issue?

15         A.  No.

16         Q.  Okay.  And Interrogatory Number 3 -- I'd like

17    you to read it and your response.  Then I'm going to ask

18    you some questions -- that same question.

19         A.  "State with particular" --

20             (Reporter interrupts.)

21             (Pause in the proceedings.)

22             THE WITNESS:  Okay.  I've read it.

23    BY MS. STIER:

24         Q.  So the question is:  I wanted you to state with

25    particularity --

58

```
 1        A.   Yeah.

 2        Q.   -- all actions you or your spouse --

 3             Let's just go with you first.

 4        A.   Okay.

 5        Q.   -- that you took, or your agent --

 6        A.   Yeah.

 7        Q.   -- between April 12, 2013 --

 8        A.   Yeah.

 9        Q.   -- and January 7, 2015, to determine whether or

10   not the IRS had accepted your 2012 tax return --

11        A.   Yeah.

12        Q.   -- filed through TurboTax.

13        A.   Yep.  And I think they're all covered in the

14   complaint.  I mean, I could state verbally what most of

15   those actions were.  But, again, as I mentioned, I don't

16   remember the exact date that I did the TurboTax

17   investigation.  I think it was November or December.

18             At the same time, I went back and looked at my

19   bank statements to see whether or not payment had been

20   actually taken out of my account and realized that it

21   hadn't.  So that was confirmation that at least payment

22   didn't occur.

23        Q.   You called the IRS?

24        A.   Called the IRS.

25        Q.   One or two times?
```

59

1    A.    At least.    Probably more than that.    Probably

2    three or four times.    Couple times prior to the -- I

3    believe I called a couple times prior to the payment on

4    January 7th of 2015, and then I think I called a few

5    more times prior to deciding to send these letters to

6    the department of appeals just trying to figure out what

7    the process is and -- and who I should be communicating

8    with.

9    Q.    But those -- I guess those phone calls -- were

10   any of them having to do with whether or not the return

11   was actually filed?

12   A.    No.

13   Q.    I mean, I understand there were some with

14   payments and how you make payments, but --

15   A.    No.    I think that between looking at my bank

16   account statements and then going into TurboTax and

17   finding these screens that I printed, it became clear to

18   me that my attempt at filing had been rejected and that

19   my payment had not been processed.

20   Q.    Okay.    And did you discuss this with your wife?

21   A.    Yes.

22   Q.    Okay.    Around that time?

23   A.    Yes.

24   Q.    Okay.    Are you aware of any other actions that

25   she took independently?

```
 1        A.   No.   She did not take any actions --
 2        Q.   Okay.
 3        A.   -- that I'm aware.  I'd be very surprised.
 4        Q.   So she may have taken action?
 5        A.   I would say absolutely not.  But, again, I don't
 6   follow her around all day long.  She never told me of
 7   any action she's taken, and I don't believe she's taken
 8   any actions.  It's possible that initially I asked her
 9   to --
10        MR. GREENBERG:  Speculating.
11        THE WITNESS:  That's true.  Speculating.
12   BY MS. STIER:
13        Q.   Okay.  And so then Interrogatory Number 6 -- can
14   you read that to yourself, and I'll ask you the question
15   just to . . .
16        A.   (Reviewing document.)
17             Yeah, I think this needs to be -- this needs to
18   be corrected.
19        Q.   I understand it's a draft, and I'm going to ask
20   you the question again --
21        A.   Okay.  Sure.  Sure.  Yeah.
22        Q.   -- because I think that I understand from your
23   deposition testimony that it might be a little
24   different.
25        A.   Yeah.
```

1        Q.   Okay.   So the question is:   When the IRS first

2   notified you that your 2012 1040 had not been timely

3   filed --

4            And this draft answer says February 16, 2015?

5        A.   Yeah.

6        Q.   But --

7        A.   It was sometime, I believe, in November of 2014.

8        Q.   And to the best of your recollection, that would

9   have been written notification or oral notification on

10   the phone?

11        A.   I believe it was written notification.

12        Q.   Okay.

13            MR. GREENBERG:   The IRS doesn't call people.

14            THE WITNESS:   Yeah.   I'm pretty sure it was

15   written notification.

16            MS. STIER:   I was just asking.

17   BY MS. STIER:

18        Q.   Going back to that 48-hour period.

19        A.   Yeah.

20        Q.   Is it your -- do you have any knowledge,

21   information, or belief that those screenshots would have

22   been available 48 hours after you filed that?

23        A.   I have no knowledge of that.

24        Q.   So -- and you just pulled that 48 hours out of

25   the --

```
1        A.   Yeah, I did.

2        Q.   Did you ever contact TurboTax?

3        A.   I have not.

4        Q.   And Request Number 13 --

5        A.   Yeah.

6        Q.   -- my question is -- I'll read this one.

7        A.   Okay.

8        Q.   [As read]:

9                  "Admit that TurboTax notified

10            Plaintiff John Spottiswood year 2012

11            federal return rejected after fixing

12            errors will help you file your return

13            again."

14       A.   Right.

15       Q.   Do you recall that's one of the screenshots?

16       A.   Yes.

17       Q.   Okay.  And the answer here -- it's a draft

18   answer -- was that it's denied.  It states that

19   [as read]:

20                  "The program did not notify

21            Plaintiff in any meaningful sense.

22            However, the error message would have

23            eventually been accessible to

24            Plaintiff through the TurboTax

25            software typically within a few days
```

63

1            of the e-filing attempt."

2        Do you know where that information came --

3    whether that's accurate or not, "typically within" --

4        A.  I do not.

5        Q.  -- "within a few days of the e-filing attempt"?

6        A.  I do not.

7        MR. GREENBERG:  That's me and my own personal --

8    just experience as a tax preparer and filer.

9        THE WITNESS:  Yeah, I do not know.

10        (Off the record from 10:17 a.m. to 10:18 a.m.)

11        MS. STIER:  That's all I have.

12        (At 10:18 a.m., the proceedings were adjourned.)

13

14

15        _____

16              JOHN SPOTTISWOOD

17

18

19

20

21

22

23

24

25

64

```
 1   STATE OF CALIFORNIA        )

 2                              ) ss.

 3   COUNTY OF SAN MATEO        )

 4

 5         I hereby certify that the witness in the

 6   foregoing deposition, JOHN SPOTTISWOOD, was by me duly

 7   sworn to testify to the truth, the whole truth and

 8   nothing but the truth, in the within-entitled cause;

 9   that said deposition was taken at the time and place

10   herein named; and that the deposition is a true record

11   of the witness's testimony as reported by me, a duly

12   certified shorthand reporter and a disinterested person,

13   and was thereafter transcribed into typewriting by

14   computer.

15         I further certify that I am not interested in

16   the outcome of the said action, nor connected with nor

17   related to any of the parties in said action, nor to

18   their respective counsel.

19         IN WITNESS WHEREOF, I have hereunto set my

20   hand this 21st day of December, 2017.

21   ___x___ Reading and Signing was not requested.

22

23

24   _____

25   CHRISTINE L. JORDAN, CSR NO. 12262

     STATE OF CALIFORNIA
```

65

## LAWYER'S NOTES

| Page | Line | |
|------|------|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |



John Spottiswood
201 Rockridge Road
San Carlos, CA 94070
415-806-8995

Submission Processing

MAY 0 6 2015

FRESNO - ICT

To whom it may concern,

I would like to appeal to the penalties assessed to me for late filing and late payment of my 2012 and 2013
tax returns. I attempted to appeal this over the phone earlier this year and now I am following instructions on
the IRS website.

The fees that I am appealing are the following:



- $89,014.27 Failure to file penalty
- $41,539.99 Failure to pay penalty
- $3428.04 Penalty amount for insufficient funds

Submission Processing

APR 2 7 2015

FRESNO - ICT

The primary reason for my failure to file and failure to pay was that I believed that I had filed and had paid by
taxes in full for 2012. For many years prior to 2012 my taxes had been filed by a tax advisor. The same
advisor had filed both my personal return and the return for Grecipes LLC, a limited liability company of
which I am the manager. For the 2012 tax year I changed tax advisors due to issues I had with my former
advisor, and the new advisor that I brought on for Grecipes LLC would not help file my personal return. On
the advice of a colleague, I decided to file my return myself for the first time using Intuit's Turbo Tax
software.

I completed the return prior to April 15, 2013 and attempted to e-File both my Federal and California state
returns. My California return filed successfully, and my bank statement shows that the Franchise Tax Board
successfully withdrew $238,492 on April 16 based on the taxes that I filed. My Federal Return was
completed and returned with my state return, as is always the case when filing state taxes. I am attaching
my bank statement with proof of the state taxes paid. You will also notice that I had a significant remaining
balance in my account from which I expected my federal taxes would be deducted.

It wasn't until almost 18 months later that I realized that my Federal Tax return had not been successfully
filed via Turbo Tax, and that the payment I had attempted to make had never been cashed by the IRS. I
discovered this in November of 2014, when I was informed by the IRS that they could not process my 2013
Tax Return because my 2012 return had not been completed. I never received a call or email from Turbo
Tax that my 2012 return had not successfully been filed. I also did not receive a call or letter from the IRS,
that I am aware of, prior to my attempted filing of my 2013 return.

When I was investigating the issue, I discovered the following by logging back into my Turbo Tax 2012
software. First, I discovered that my return, which I thought had been successfully e-filed, had actually been
rejected. If I had realized that there was a chance of rejection I would have mailed in my return, but e-filing
seemed like an easier option and it was free with the software. Intuit may have informed me in the fine print
that I needed to log back in to make sure that my return had not been rejected, but if so I did not read this
fine print. Had I logged back in a few days later I would have realized that the return had been rejected. But
I did not log back in until 18 months later.

The rejection message that I found when I logged back in this past November was error R0000-504-02 -
Dependent's Social Security number or name doesn't match. I checked with my wife and she discovered

RECEIVED
04 23 2015
1344
IRS
FRESNO CA
SUI

EXHIBIT ___1___          PLTF.
                         DEFT.
WITNESS  JOHN  SPOTTISWOOD
CONSISTING OF ___6___  PAGES
DATE  12-11-17
BEHMKE REPORTING AND VIDEO SERVICES, INC.

that in the iphone contact card she had shared with me (she keeps our children's social security numbers as a contact card within her iphone) she had mistyped one digit of one of our children's social security numbers. The was our son Jack's ssn. It never occurred to me that such an error could cause my return to be rejected. I certainly wish that I had checked back on Intuit's site 48 hours later to make sure that my return had successfully filed, but it never occurred to me to do so. The Turbo Tax software forced me to correct all issues with my return, so that when I was ready to e-file my return I had every reason to believe that any and all issues had been corrected.

I hope that you will accept my appeal on the basis that an honest mistake was made. If I had realized that my tax return for 2012 had been rejected and that my taxes had not been paid I would definitely have corrected the issue as soon as I discovered it.

There was also a complicating factor with a serious illness that occurred with my father in law, Daniel Miyasaki. My wife learned in late March of 2013 that Dan had pulmonary fibrosis and might be in a state of perpetual decline. This was an extremely challenging period for her and her sister, who were still reeling from the recent loss of their mother. While this family tragedy did not directly impact the rejection of our tax return, I do think it was contributed significantly to the fact that my wife did not notice that the funds for our federal tax return were not withdrawn from our Bank of America account.

If addition to the honesty of the mistake and the tragedy with Nancy's father, I would also ask that you consider that this is my first time not filing taxes since I began filing them in the 1980s. I understand that there is a first time abatement rule, and I hope that you will apply that rule if my appeal is not granted on other grounds.

Finally, I just want to affirm that I do take responsibility for the fact that the US Treasury did not receive my funds on time and that I unintentionally short changed the government of funds they should have received. I realize that the US Treasury had to borrow money to cover these funds that I was unintentionally holding onto. So in addition to paying my 2012 and 2013 taxes in full in February of this year; I also paid the $26,216.81 in interest that was assessed to me for the late payment for both years.

Under the penalties of perjury, I declare that the facts stated in this protest and any accompanying documents are true, correct, and complete to the best of my knowledge and belief.

I sincerely apologize for the confusion that I have caused and will make sure that my future returns are not only filed on time, but also that they are not rejected for any reason including mistyped SSNs.

Thank you for your consideration of this appeal.

Sincerely,
John Spottswood
-8696

1 0 C . 1





USPS CERTIFIED MAIL

PLACE THIS LABEL TO THE LEFT OF THE POSTAGE

John Spottiswood
201 Rockridge Road
San Carlos, CA 94070
415-806-8995
SSN: ███-██-8696

*Abatement request
Rec'd 7-5-15*

To the IRS Office of Appeals,

I would like to appeal the penalties assessed to me for late filing and late payment of my 2012 and 2013 tax returns to the Office of Appeals. My request was considered on a telephone call on March 2, 2015 and I sent an initial request for Appeal later in March 17th. I received a letter dated April 30th that my request had already been considered on the March 2nd call. After calling in and speaking with Agent 1001307162 I was informed that my Appeal had not reached the office of appeals and that I needed to send my letter to this address to request an appeal. I hope you will consider it now.

The fees that I am appealing are the following:
- $89,014.27 Failure to file penalty
- $41,539.99 Failure to pay penalty
- $3428.04 Penalty amount for insufficient funds

The primary reason for my failure to file and failure to pay was that I believed that I had filed and had paid by taxes in full for 2012. For many years prior to 2012 my taxes had been filed by a tax advisor. The same advisor had filed both my personal return and the return for Grecipes LLC, a limited liability company of which I am the manager. For the 2012 tax year I changed tax advisors due to issues I had with my former advisor, and the new advisor that I brought on for Grecipes LLC would not help file my personal return. On the advice of a colleague, I decided to file my return myself for the first time using Intuit's Turbo Tax software.

I completed the return prior to April 15, 2013 and attempted to e-File both my Federal and California state returns. My California return filed successfully, and my bank statement shows that the Franchise Tax Board successfully withdrew $238,492 on April 16 based on the taxes that I filed. My Federal Return was completed and returned with my state return, as is always the case when I file my taxes, but this time I attempted to both file and pay them electronically via e-file through Intuit's Turbo Tax. I am attaching my bank statement with proof of the state taxes paid. You will also notice that I had a significant remaining balance in my account from which I expected my federal taxes would be deducted.

It wasn't until almost 18 months later that I realized that my Federal Tax return had not been successfully filed via Turbo Tax, and that the payment I had attempted to make had never been cashed by the IRS. I discovered this in November of 2014, when I was informed by the IRS that they could not process my 2013 Tax Return because my 2012 return had not been completed. I never received a call or email from Turbo Tax that my 2012 return had not successfully been filed. I also did not receive a call or letter from the IRS, that I am aware of, prior to my attempted filing of my 2013 return. Normally, we would notice if nearly $300,000 were not withdrawn from our account. However, in this instance we were in the middle of a home remodel and had a large balance in our account to cover both our taxes and ongoing remodel expenses. So my wife did not notice that our 2012 federal taxes due were never collected by the IRS.

When I was investigating the issue, I discovered the following by logging back into my Turbo Tax 2012 software. First, I discovered that my return, which I thought had been successfully e-filed, had actually been

09A.008

EXHIBIT _2_    PLTF. ⟨DEFT.⟩
WITNESS _JOHN SPOTTISWOOD_
CONSISTING OF _14_ PAGES
DATE _12-11-17_
BEHMKE REPORTING AND VIDEO SERVICES, INC.

2

rejected. If I had realized that there was a chance of rejection I would have mailed in my return, but e-filing seemed like an easier option and it was free with the software. Intuit may have informed me in the fine print that I needed to log back in to make sure that my return had not been rejected, but if so I did not read this fine print. Had I logged back in a few days later I would have realized that the return had been rejected. But I did not log back in until 18 months later.

The rejection message that I found when I logged back in this past November was error R0000-504-02 – Dependent's Social Security number or name doesn't match. I checked with my wife and she discovered that in the iphone contact card she had shared with me (she keeps our children's social security numbers as a contact card within her iphone) she had mistyped one digit of one of our children's social security numbers. The was our son Jack's ssn. It never occurred to me that such an error could cause my return to be rejected. I certainly wish that I had checked back on Intuit's site 48 hours later to make sure that my return had successfully filed, but it never occurred to me to do so. The Turbo Tax software forced me to correct all issues with my return, so that when I was ready to e-file my return I had every reason to believe that any and all issues had been corrected.

I hope that you will accept my appeal on the basis that an honest mistake was made. If I had realized that my tax return for 2012 had been rejected and that my taxes had not been paid I would definitely have corrected the issue as soon as I discovered it. According to Section 20.1.2.1.4.1 of the Penalty Handbook, I believe that the undiscovered SSN error combined with this being my first time filing with TurboTax provide Reasonable Cause for my failure to pay and I had no wilful intent not to pay my taxes. I really wish the taxes had been paid when I thought they had been.

There was also a complicating factor with a serious illness that occurred with my father in law, Daniel Miyasaki. My wife learned in late March of 2013 that Dan had pulmonary fibrosis and might be in a state of perpetual decline. This was an extremely challenging period for her and her sister, who were still reeling from the recent loss of their mother. While this family tragedy did not directly impact the rejection of our tax return, I do think it was contributed significantly to the fact that my wife did not notice that the funds for our federal tax return were not withdrawn from our Bank of America account.

If addition to the honesty of the mistake and the tragedy with Nancy's father, I would also ask that you consider that this is my first time not filing taxes since I began filing them in the 1980s. I understand that there is a first time abatement rule, and I hope that you will apply that rule if my appeal is not granted on other grounds.

Finally, I just want to affirm that I do take responsibility for the fact that the US Treasury did not receive my funds on time and that I unintentionally short changed the government of funds they should have received. I realize that the US Treasury had to borrow money to cover these funds that I was unintentionally holding onto. So in addition to paying my 2012 and 2013 taxes in full in February of this year, I also paid the $26,216.81 in interest that was assessed to me for the late payment for both years.

Under the penalties of perjury, I declare that the facts stated in this protest and any accompanying documents are true, correct, and complete to the best of my knowledge and belief.

I sincerely apologize for the confusion that I have caused and will make sure that my future returns are not only filed on time, but also that they are not rejected for any reason including mistyped SSNs.

Thank you for your consideration of this appeal.

USA.008

Sincerely,
John Spottiswood
██████-8696

09 A.908



When I notified in
2014 that my 2012 taxes
had not been filed, I
logged back into TurboTax
and found error
R0000-504-02

E-file rejection error R0000-504-02: Dependent's Social Security number or name doesn't match

Asked by TurboTax Employee · Answering FAQ's · TurboTax Employee · 2 months ago

turbotax faq, turbotax classic, dependents, error, social security number

 onts or answers.

+ Me too    R Follow

Recommended answer

TurboTax Employee · Answering FAQ's · TurboTax Employee · 2 months ago

How to fix an e-filed return that was rejected with error R0000-504-02: The dependent's Social Security number and last name on this return do not match what the IRS has in its records.

❓ Have a new question?

Type your question here...

♡ Tip: Ask and we'll first search for similar questions. If there are none, you'll be able to review and add additional details before posting to the community.

Go to TurboTax.com    Sign Out

Health Care

Site Plan with Trees gr...ppt · Topographic Surveying · Topographic Survey-5.....jpg · tutorial_excel_sunpoint.xls · Final Full Returns Fed....pdf · Show All



I found the computer that had my 2012 turbo tax software and investigated the issue



I found that my gov't/tax son Jack's SSN was mistyped — one # was wrong. It was too late to resubmit electronically, so I sent the return + payment by express mail.

Flags  Window  Help

File a Return  Save for Your Records

Topic List  Search Topics  Tax Data  Tax Summary

### Verify Dependent's Social Security Number

The Social Security number or the last name does not match what the IRS has in their records.

The information entered on the return must be exactly how it appears on the child's Social Security card, including middle initial and suffix (if applicable).

Please review the information below. This information entered on the return must be exactly how it appears on the child's Social Security card, including middle initial and suffix (if applicable).

Is there a mistake with the Social Security number or last name for any of your children?

Social Security number of Daniel: ——————7491
Last name of Daniel: Spottiswood

Social Security number of Kyle: ——————0153
Last name of Kyle: Spottiswood

Social Security number of Kira: ——————9568
Last name of Kira: Spottiswood

Social Security number of Jack: ——————5751
Last name of Jack: Spottiswood

○ Yes, there is a mistake.
I'll correct the mistake on the next page.

Flags
Don't know this answer?
Flag this topic and come back later.

No Form

Sun 9:53 PM  John Spottiswood



NANCY A MIYASAKI
JOHN D SPOTTISWOOD



*April 2013 statement*

Combined Statement
Page 7 of 10
Statement Period
03-20-13 through 04-18-13
D-12-E-I-S-H-12

85059

004288

## Regular Savings Subtractions

| ATM and Debit Card Subtractions | Date Posted | Amount($) |
|---|---|---|
| BkofAmerica ATM 03/22 #000004820 To Chkg Savemart 749 San  San Carlos  CA | 03-22 | 3,500.00 |
| H S B C        03/29 #000229181 Withdrwl H S B C   /   Benito Juarez | 03-29 | 245.66 |

Total ATM and Debit Card Subtractions $3,745.66

| Service Charges and Other Fees | Date Posted | Amount($) |
|---|---|---|
| H S B C        03/29 #000229181 Withdrwl H S B C   /   Benito Juarez   Fee | 03-29 | 5.00 |
| H S B C        03/29 #000229181 Withdrwl H S B C   /   Benito Juarez International Transaction Fee | 03-29 | 2.46 |

Total Service Charges and Other Fees $7.46

| Other Subtractions | Date Posted | Amount($) |
|---|---|---|
| Franchise Tax Bo Des:Payments  ID:29053626    Pm Indn:Spottiswood      Co ID:1282532045 Web | 04-16 | 238,492.00 |

Total Other Subtractions $238,492.00

*State taxes paid*

## Daily Balance Summary

| Date | Balance($) | Date | Balance($) | Date | Balance($) |
|---|---|---|---|---|---|
| Beginning 03-22 | 1,273,062.14 1,269,562.14 | 03-29 04-16 | 1,269,309.02 1,030,817.02 | 04-18 | 1,030,827.26 |

*Balance to pay U.S. 2012 taxes*

*This is from my April 2013 Bank of America statement. It shows that 1) I had enough money to pay my U.S. taxes which I thought would be withdrawn. 2) My 2012 CALIFORNIA STATE TAXES were withdrawn.*

09 A.088

https://amscis.enterprise.irs.gov/cis/ViewerContent/lib/client.html?logLevel=all&locale=en-US&client...   5/25/2017