# EXHIBIT 3

1   ALEX G. TSE (CABN 152348)
    Acting United States Attorney
2   THOMAS MOORE (ALBN 4305-O78T)
    Assistant United States Attorney
3   Chief, Tax Division
    CYNTHIA L. STIER (DCBN 423256)
4   Assistant United States Attorney
5       11th Floor Federal Building
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
7       Telephone:   (415) 436-7000
        Fax:         (415) 436-7009
8
    Attorneys for United States of America
9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13  JOHN SPOTTISWOOD and NANCY          )   Case No. 17-CV-00209-MEJ
    MIYASAKI,                           )
14                                      )   DECLARATION OF CYNTHIA STIER IN
        Plaintiff,                      )   SUPPORT OF MOTION FOR SUMMARY
15                                      )   JUDGMENT
                                        )
16      v.                              )
                                        )   Judge: Hon. Maria-Elena James
17  UNITED STATES OF AMERICA,           )   Date:  March 1, 2018
                                        )   Time:  10:00 a.m.
18      Defendant.                      )
                                        )
19

20  I, Cynthia Stier, do hereby declare as follows:

21      1.      I am an Assistant United States Attorney for the Northern District of California, and in

22  such capacity represent the defendant, the United States of America, in this action.  I have personal

23  knowledge of the facts set forth in this declaration and, if called upon to do so, could and would testify

24  competently thereto.

25      2.      As part of my duties, I was the Assistant United States Attorney assigned to this case.

26      3.      As part of my duties, I received the administrative file from the Internal Revenue Service

27  which contains documents pertaining to this refund case.  As part of the administrative file, I received

28

Declaration of Cynthia Stier
C-17-00209-MEJ                          1

1    the following Exhibits which are submitted in support of the Motion for Summary Judgment, and are

2    submitted with this Declaration as Exhibits 3A and 3B:

3        Exhibit 3A, a letter from John Spottiswood to the IRS, with a submission date of April 27, 2015;

4        Exhibit 3B, the Claim for Refund [Form 843] for Plaintiffs for the 2012 tax year.

5        I declare under penalty of perjury that the foregoing is true and correct to the best of my

6    knowledge.

7    Executed on  1-22-18

8                                                    CYNTHIA STIER
9                                                    Assistant U.S. Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Cynthia Stier
C-17-00209-MEJ                          2

EXHIBIT 3A



John Spottiswood
201 Rockridge Road
San Carlos, CA 94070
415-806-8995

Submission Processing

**MAY 0 6 2015**

Received

**FRESNO - ICT**

To whom it may concern.

I would like to appeal to the penalties assessed to me for late filing and late payment of my 2012 and 2013 tax returns. I attempted to appeal this over the phone earlier this year and now I am following instructions on the IRS website.

The fees that I am appealing are the following:

- $89,014.27 Failure to file penalty
- $41,539.99 Failure to pay penalty
- $3428.04 Penalty amount for insufficient funds



Submission Processing

**APR 2 7 2015**

Received

**FRESNO - ICT**

The primary reason for my failure to file and failure to pay was that I believed that I had filed and had paid by taxes in full for 2012. For many years prior to 2012 my taxes had been filed by a tax advisor. The same advisor had filed both my personal return and the return for Grecipes LLC, a limited liability company of which I am the manager. For the 2012 tax year I changed tax advisors due to issues I had with my former advisor, and the new advisor that I brought on for Grecipes LLC would not help file my personal return. On the advice of a colleague, I decided to file my return myself for the first time using Intuit's Turbo Tax software.

I completed the return prior to April 15, 2013 and attempted to e-File both my Federal and California state returns. My California return filed successfully, and my bank statement shows that the Franchise Tax Board successfully withdrew $238,492 on April 16 based on the taxes that I filed. My Federal Return was completed and returned with my state return, as is always the case when filing state taxes. I am attaching my bank statement with proof of the state taxes paid. You will also notice that I had a significant remaining balance in my account from which I expected my federal taxes would be deducted.

It wasn't until almost 18 months later that I realized that my Federal Tax return had not been successfully filed via Turbo Tax, and that the payment I had attempted to make had never been cashed by the IRS. I discovered this in November of 2014, when I was informed by the IRS that they could not process my 2013 Tax Return because my 2012 return had not been completed. I never received a call or email from Turbo Tax that my 2012 return had not successfully been filed. I also did not receive a call or letter from the IRS, that I am aware of, prior to my attempted filing of my 2013 return.

When I was investigating the issue, I discovered the following by logging back into my Turbo Tax 2012 software. First, I discovered that my return, which I thought had been successfully e-filed, had actually been rejected. If I had realized that there was a chance of rejection I would have mailed in my return, but e-filing seemed like an easier option and it was free with the software. Intuit may have informed me in the fine print that I needed to log back in to make sure that my return had not been rejected, but if so I did not read this fine print. Had I logged back in a few days later I would have realized that the return had been rejected. But I did not log back in until 18 months later.

The rejection message that I found when I logged back in this past November was error R0000-504-02 - Dependent's Social Security number or name doesn't match. I checked with my wife and she discovered

1 0 0 1

SUI
RECEIVED
04 2 3 2015
FRES CA
1344



that in the iphone contact card she had shared with me (she keeps our children's social security numbers as a contact card within her iphone) she had mistyped one digit of one of our children's social security numbers. The was our son Jack's ssn. It never occurred to me that such an error could cause my return to be rejected. I certainly wish that I had checked back on Intuit's site 48 hours later to make sure that my return had successfully fited, but it never occurred to me to do so. The Turbo Tax software forced me to correct all issues with my return, so that when I was ready to e-file my return I had every reason to believe that any and all issues had been corrected.

I hope that you will accept my appeal on the basis that an honest mistake was made. If I had realized that my tax return for 2012 had been rejected and that my taxes had not been paid I would definitely have corrected the issue as soon as I discovered it.

There was also a complicating factor with a serious illness that occurred with my father in law, Daniel Miyasaki. My wife learned in late March of 2013 that Dan had pulmonary fibrosis and might be in a state of perpetual decline. This was an extremely challenging period for her and her sister, who were still reeling from the recent loss of their mother. While this family tragedy did not directly impact the rejection of our tax return, I do think it was contributed significantly to the fact that my wife did not notice that the funds for our federal tax return were not withdrawn from our Bank of America account.

If addition to the honesty of the mistake and the tragedy with Nancy's father, I would also ask that you consider that this is my first time not filing taxes since I began filing them in the 1980s. I understand that there is a first time abatement rule, and I hope that you will apply that rule if my appeal is not granted on other grounds.

Finally, I just want to affirm that I do take responsibility for the fact that the US Treasury did not receive my funds on time and that I unintentionally short changed the government of funds they should have received. I realize that the US Treasury had to borrow money to cover these funds that I was unintentionally holding onto. So in addition to paying my 2012 and 2013 taxes in full in February of this year, I also paid the $26,216.81 in interest that was assessed to me for the late payment for both years.

Under the penalties of perjury, I declare that the facts stated in this protest and any accompanying documents are true, correct, and complete to the best of my knowledge and belief.

I sincerely apologize for the confusion that I have caused and will make sure that my future returns are not only filed on time, but also that they are not rejected for any reason including mistyped SSNs.

Thank you for your consideration of this appeal.

Sincerely,
John Spottiswood
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



2ul Berkeley Bvd
San Carks, CA 94070
c/o J. Spotts Gramel

Internal Revenue Service
Submission - Processing Center
Fresno, CA 93888

9507 1000 1340 5106 0002 04

U.S. POSTAGE
$3.79
FCM LETTER
94070
04/18/15
08259360
SSK
B408504 1902 153

------ FOLD HERE ------



USPS CERTIFIED MAIL

PLACE THIS LABEL TO THE LEFT OF THE POSTAGE

EXHIBIT 3B

Form **843**
(Rev. August 2011)
Department of the Treasury
Internal Revenue Service

## Claim for Refund and Request for Abatement

▶ See separate instructions.

OMB No. 1545-0024

Use Form 843 if your claim or request involves:
- **(a)** a refund of one of the taxes (other than income taxes or an employer's claim for FICA tax, RRTA tax, or income tax withholding) or a fee, shown on line 3,
- **(b)** an abatement of FUTA tax or certain excise taxes, or
- **(c)** a refund or abatement of interest, penalties, or additions to tax for one of the reasons shown on line 5a.

Do not use Form 843 if your claim or request involves:
- **(a)** an overpayment of income taxes or an employer's claim for FICA tax, RRTA tax, or income tax withholding (use the appropriate amended tax return),
- **(b)** a refund of excise taxes based on the nontaxable use or sale of fuels, or
- **(c)** an overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.

| | |
|---|---|
| Name(s)<br>JOHN D. SPOTTISWOOD and NANCY A. MIYASAKI | Your social security number<br>█████-8696 |
| Address (number, street, and room or suite no.)<br>887 ALAMEDA DE LAS PULGAS | Spouse's social security number<br>█████-7402 |
| City or town, state, and ZIP code<br>SAN CARLOS, CA 94070 | Employer identification number (EIN)<br>N/A |
| Name and address shown on return if different from above<br>N/A (SAME) | Daytime telephone number<br>█████-6895 |

ICT-AM
RECEIVED
AUG 2 4 2016
#2112

| 1 | Period. Prepare a separate Form 843 for each tax period or fee year.<br>From 01/01/2012  to  12/31/2012 | 2 | Amount to be refunded or abated:<br>$ SEE ATTACHED |
|---|---|---|---|

**3** Type of tax or fee. Indicate the type of tax or fee to be refunded or abated or to which the interest, penalty, or addition to tax is related.
☐ Employment   ☐ Estate   ☐ Gift   ☐ Excise   ☑ Income   ☐ Fee

**4** Type of penalty. If the claim or request involves a penalty, enter the Internal Revenue Code section on which the penalty is based (see instructions). IRC section: **6651**

**5a** Interest, penalties, and additions to tax. Check the box that indicates your reason for the request for refund or abatement. (If none apply, go to line 6.)
- ☐ Interest was assessed as a result of IRS errors or delays.
- ☐ A penalty or addition to tax was the result of erroneous written advice from the IRS.
- ☑ Reasonable cause or other reason allowed under the law (other than erroneous written advice) can be shown for not assessing a penalty or addition to tax.

**b** Date(s) of payment(s) ▶ 01/07/2015

**6** Original return. Indicate the type of fee or return, if any, filed to which the tax, interest, penalty, or addition to tax relates.
☐ 706   ☐ 709   ☐ 940   ☐ 941   ☐ 943   ☐ 945   ☐ 990-PF   ☑ 1040   ☐ 1120   ☐ 4720   ☐ Other (specify) ▶

**7** Explanation. Explain why you believe this claim or request should be allowed and show the computation of the amount shown on line 2. If you need more space, attach additional sheets.

RECEIVED
0472
SEE ATTACHED STATEMENT

0 8 2 2 2016

INTERNAL REVENUE SERVICE

Signature. If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the officer's title must be shown.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature (Title: Attorney/2848 on File)   Date 8/16/16

Signature (spouse, if joint return)   Date

| Paid Preparer Use Only | Print/Type preparer's name<br>DOUGLAS GREENBERG | Preparer's signature | Date<br>8/16/16 | Check ☐ if self-employed | PTIN<br>P01454927 |
|---|---|---|---|---|---|
| | Firm's name ▶ LAW OFFICE OF DOUGLAS GREENBERG, P.C. | | | Firm's EIN ▶ | 45-5326816 |
| | Firm's address ▶ 201 SPEAR ST, STE 1100, SAN FRANCISCO, CA 94105 | | | Phone no. | 415-287-9990 |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.   Cat. No. 10180R   Form **843** (Rev. 8-2011)



## APPEAL / FORMAL PROTEST

**TAXPAYER**

John D. Spottiswood
Taxpayer ID# 5⬛⬛⬛8696
Nancy A. Miyasaki
Taxpayer ID# ⬛⬛⬛-7402
887 Alameda De Las Pulgas
San Carlos, CA 94070-3766

**TAX YEAR** - 2012

**TAX FORM** - 1040

**REPRESENTATIVE**

Douglas A. Greenberg
Law Office of Douglas Greenberg
201 Spear Street, Suite 1100
San Francisco, CA 94105
Ph: (415) 287-9990
Fax: (415) 738-5440
CAF#: 0307-81464R

**APPEALS OFFICE**

Internal Revenue Service
Service Center Penalty Appeals Coordinator
Attn:   Tim Bradshaw
        P.O. Box 24551 (Penalty Appeals)
        Kansas City, MO 64999

### BACKGROUND

- **Power of Attorney** - a signed power of attorney is attached. See **Exhibit A**.

- **Penalties** - Taxpayers incurred late filing and late payment penalties (IRC 6651(a)(1)-

  (a)(2)) for their 2012 Form 1040. See **Exhibit B** (account transcripts).

1

- **Request for Appeal** - Taxpayers requested abatement but were denied. See **Exhibit C** (denial letter).

- **Appeal** - Taxpayers now wish to appeal to the IRS Office of Appeals.

## STATEMENT OF FACTS

### I. E-FILING ERROR

- **E-Filing Error** - Taxpayers timely e-filed their 2012 1040. See **Exhibit D** (IRS E-file transcript).

- **Filing Date** - this was e-filed on or before April 12, 2013. See **Exhibit D**.

- **SSN Typo** - ultimately, the e-filing was rejected because of a typo on a dependent's SSN. See **Exhibit E** (Turbo Tax error message).

- **No Email / Notification** - Taxpayers were using Turbo Tax and received no email or other notification of the rejection.

- **State Returns E-filed Timely** - as can be seen from their state records, Taxpayers' California state returns were timely filed without issue. See **Exhibit F** (FTB account summary).

### II. PAYMENTS

- **Auto-Debit** - Taxpayers originally set their returns up to automatically debit the tax due from their bank account. See **Exhibit G** (copy of tax return).

- **State Tax Auto-Debited** - as their state records show, the California taxes were auto-paid on April 16, 2013. See **Exhibit F** (FTB account summary).

2

- **Estimated Payments Made** – in 2012, Taxpayer husband made estimated tax payments toward the 2012 year. See **Exhibit B** (account transcript).

- **Unusually High Income Due to Sale** – Taxpayers' income was much higher than normal in this year. See **Exhibit H** (transcripts from surrounding years).

- **Business Sale** - this is because a business was sold in which Taxpayer husband had a significant stake. See **Exhibit I** (news article).

- **K-1 Statement** – the K-1 from the sold business is attached as **Exhibit J**.

- **Abnormal Amounts in Bank Accounts** – thus, Taxpayers had abnormally high amounts in their bank accounts and therefore did not notice that the IRS debit had not occurred.

- **Not Tax Professionals** – Taxpayers are not tax professionals and did not clearly understand the tax implications of the sale or how it would impact their underlying liabilities.

- **Self-Prepared Returns** – Taxpayer husband prepared the returns himself to the best of his abilities and set the returns up to auto-pay the balances.

## LAW

- **IRC §6651(a)(1)** - provides a penalty for late filing an income tax return.

- **IRC §6651(a)(2)** - provides a penalty for failure to timely pay the amount shown on the return.

- **IRC §6651** - provides that both penalties do not apply if the failure is due to reasonable cause.

3

- Treasury Regs. §301.6651-1(c)(1) - provides that a delay is due to reasonable cause if the taxpayer exercised ordinary business care and prudence.

- IRC §7502(a) - provides that a return is considered "filed" on the date it is delivered to the IRS.

- Treasury Regs. §301.7502-1(c) - further provide that a timely mailed return is considered timely filed.

- Treasury Regs. §301.7502-1(d)(1) - provides that an e-filed document is deemed to be filed on the date of the electronic postmark. Thus, if the electronic postmark is timely, the document is also considered timely filed.

- Beard v. Commissioner, 82 T.C. 766 (1984) - provides that for a return to be sufficient it must:

    1. Purport to be a return;
    2. Be signed under penalties of perjury;
    3. Show an honest and reasonable attempt to satisfy the requirements of the tax law; and
    4. Contain sufficient data to calculate the tax liability.

- Clear Relationship - to qualify for reasonable cause, the cited events must be directly connected to the taxpayer's failure to comply. See IRM 20.1.1.3.3.4.2.

- E-filing Errors - in analogous cases, IRM 20.1.2.4.1 provides relief for e-filing failures for other types of taxpayers. For instance, IRC §6724(a) and Treasury Regs. §301.6724-1 provide a waiver for failure to file a partnership return on electronic media if the partnership made a reasonable effort to meet the e-file requirement and has taken reasonable steps to prevent a recurrence of the failure in future years.

4

## ANALYSIS

- **Reasonable Cause -** IRC §6651 provides that the late filing and late payment penalties do not apply if the failure is due to reasonable cause. Treasury Regs. §301.6651-1(c)(1) provides that a delay is due to reasonable cause if the taxpayer exercised ordinary business care and prudence.

- **Standard Applied -** in this case, Taxpayers are not tax or finance professionals. They prepared their returns correctly and timely. Taxpayers submitted the returns before the deadline through their consumer tax software. The system gave them a confirmation message. The message reasonably led them to believe that the returns had been properly e-filed. In fact, Taxpayers' state return were actually accepted. The software never sent them any e-mail or notification of the e-filing rejection. Under such circumstances,

- Taxpayers exercised the same ordinary business care and prudence that any normal taxpayer would under the same circumstances.

- **Treasury Regs. §301.7502-1(d)(1) -** provides that an e-filed document is deemed to be filed on the date of the electronic postmark. Thus, if the electronic postmark is timely, the document is also considered timely filed. In this case, Taxpayers e-filed their returns before the filing deadline. See **Exhibit D** (e-filing transcripts)

- **Beard v. Commissioner, 82 T.C. 766 (1984) -** the e-filed return met the requirements of IRC §6011 and Beard to be considered sufficient.

- **Clear Relationship -** to qualify as reasonable cause, the cited events must be directly connected to the taxpayer's failure to comply. See IRM 20.1.1.3.3.4.2. In this case, the

5

events directly connect to Taxpayers failure to comply. If not for the e-filing rejection, Taxpayers would have timely filed and timely paid.

- **E-filing Errors** - IRM 20.1.2.4.1 provides relief for e-filing failures for other types of taxpayers provided they make reasonable efforts to meet the e-file requirement and take reasonable steps to prevent a recurrence of the failure in the future. In this case, Taxpayers made reasonable efforts to e-file their returns timely and will now double check their e-filing status to prevent a recurrence of this issue in the future.

## CONCLUSION

- In light of the above, Taxpayers' penalties should be abated.

As the Taxpayer's representative, I have prepared this statement and accompanying documents and they are true and correct.

Under penalties of perjury, I declare that the facts presented in this written protest, which are set out in the accompanying statement of facts, schedules, and other statements are, to the best of my knowledge and belief, true, correct, and complete.

John D. Spottiswood
Nancy Miyasaki

By: Douglas Greenberg
Title: Attorney (2848 attached)

8/16/16
Date

6

$Ex\ A$

| Form **2848**<br>(Rev. July 2014)<br>Department of the Treasury<br>Internal Revenue Service | **Power of Attorney**<br>**and Declaration of Representative**<br>▶ Information about Form 2848 and its instructions is at *www.irs.gov/form2848*. | OMB No. 1545-0150 |
|---|---|---|
| | | For IRS Use Only |
| | | Received by: |
| | | Name |
| | | Telephone |
| | | Function |
| | | Date   /   / |

**Part I**   **Power of Attorney**
Caution: *A separate Form 2848 must be completed for each taxpayer. Form 2848 will not be honored for any purpose other than representation before the IRS.*

**1**   Taxpayer information. Taxpayer must sign and date this form on page 2, line 7.

| Taxpayer name and address<br>JOHN D. SPOTTISWOOD<br>887 ALAMEDA DE LAS PULGAS<br>SAN CARLOS, CA 94070 | Taxpayer identification number(s)<br>▓▓▓▓8696 | |
|---|---|---|
| | Daytime telephone number | Plan number (if applicable) |

hereby appoints the following representative(s) as attorney(s)-in-fact:

**2**   Representative(s) must sign and date this form on page 2, Part II.

| Name and address<br>DOUGLAS GREENBERG<br>201 SPEAR STREET, SUITE 1100<br>SAN FRANCISCO, CA 94105 | CAF No.    0 3 0 7 - 8 1 4 6 4 R |
|---|---|
| | PTIN    ▓▓▓▓4927 |
| | Telephone No.    4 1 5 - 2 8 7 - 9 9 9 0 |
| | Fax No.    4 1 5 - 7 3 8 - 5 4 4 0 |
| Check if to be sent copies of notices and communications   ☑ | Check if new: Address ☐   Telephone No. ☐   Fax No. ☐ |

| Name and address | CAF No. |
|---|---|
| | PTIN |
| | Telephone No. |
| | Fax No. |
| Check if to be sent copies of notices and communications   ☐ | Check if new: Address ☐   Telephone No. ☐   Fax No. ☐ |

| Name and address | CAF No. |
|---|---|
| | PTIN |
| | Telephone No. |
| | Fax No. |
| (Note. IRS sends notices and communications to only two representatives.) | Check if new: Address ☐   Telephone No. ☐   Fax No. ☐ |

| Name and address | CAF No. |
|---|---|
| | PTIN |
| | Telephone No. |
| | Fax No. |
| (Note. IRS sends notices and communications to only two representatives.) | Check if new: Address ☐   Telephone No. ☐   Fax No. ☐ |

to represent the taxpayer before the Internal Revenue Service and perform the following acts:

**3**   Acts authorized (you are required to complete this line 3). With the exception of the acts described in line 5b, I authorize my representative(s) to receive and inspect my confidential tax information and to perform acts that I can perform with respect to the tax matters described below. For example, my representative(s) shall have the authority to sign any agreements, consents, or similar documents (see instructions for line 5a for authorizing a representative to sign a return).

| Description of Matter (Income, Employment, Payroll, Excise, Estate, Gift, Whistleblower, Practitioner Discipline, PLR, FOIA, Civil Penalty, Sec. 5000A Shared Responsibility Payment, Sec. 4980H Shared Responsibility Payment, etc.) (see instructions) | Tax Form Number<br>(1040, 941, 720, etc.) (if applicable) | Year(s) or Period(s) (if applicable)<br>(see instructions) |
|---|---|---|
| INCOME, CIVIL PENALTY, INTEREST | 1040, 540 | 1980-2015 |
| FOREIGN FINANCIAL ASSET REPORTING MATTERS | FBAR, 8938 | 1980-2015 |
| FTB (CALIFORNIA STATE) MATTERS | FTB FORM 540 | 1980-2015 |

**4**   Specific use not recorded on Centralized Authorization File (CAF). If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for Line 4. Specific Use Not Recorded on CAF . . . . . . . . . . . . . . . . ▶ ☐

**5a**   Additional acts authorized. In addition to the acts listed on line 3 above, I authorize my representative(s) to perform the following acts (see instructions for line 5a for more information):
  ☐ Authorize disclosure to third parties;   ☐ Substitute or add representative(s);   ☐ Sign a return; _____

  _____
  _____
  ☐ Other acts authorized: _____

For Privacy Act and Paperwork Reduction Act Notice, see the instructions.   Cat. No. 11980J   Form **2848** (Rev. 7-2014)

Form 2848 (Rev. 7-2014)                                                                                                    Page **2**

**b**  Specific acts not authorized. My representative(s) is (are) not authorized to endorse or otherwise negotiate any check (including directing or accepting payment by any means, electronic or otherwise, into an account owned or controlled by the representative(s) or any firm or other entity with whom the representative(s) is (are) associated) issued by the government in respect of a federal tax liability.

List any specific deletions to the acts otherwise authorized in this power of attorney (see instructions for line 5b): _____

**6**  Retention/revocation of prior power(s) of attorney. The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same matters and years or periods covered by this document. If you do not want to revoke a prior power of attorney, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.

**7**  Signature of taxpayer. If a tax matter concerns a year in which a joint return was filed, each spouse must file a separate power of attorney even if they are appointing the same representative(s). If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

▶ IF NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THIS POWER OF ATTORNEY TO THE TAXPAYER.

| _(signature)_ | 3.28.16 | |
|---|---|---|
| Signature | Date | Title (if applicable) |
| JOHN SPOTTISWOOD | | |
| Print Name | | Print name of taxpayer from line 1 if other than individual |

### Part II    Declaration of Representative

Under penalties of perjury, by my signature below I declare that:
* I am not currently suspended or disbarred from practice before the Internal Revenue Service;
* I am subject to regulations contained in Circular 230 (31 CFR, Subtitle A, Part 10), as amended, governing practice before the Internal Revenue Service;
* I am authorized to represent the taxpayer identified in Part I for the matter(s) specified there; and
* I am one of the following:

a  Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.

b  Certified Public Accountant—duly qualified to practice as a certified public accountant in the jurisdiction shown below.

c  Enrolled Agent—enrolled as an agent by the Internal Revenue Service per the requirements of Circular 230.

d  Officer—a bona fide officer of the taxpayer organization.

e  Full-Time Employee—a full-time employee of the taxpayer.

f  Family Member—a member of the taxpayer's immediate family (for example, spouse, parent, child, grandparent, grandchild, step-parent, step-child, brother, or sister).

g  Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Internal Revenue Service is limited by section 10.3(d) of Circular 230).

h  Unenrolled Return Preparer—Your authority to practice before the Internal Revenue Service is limited. You must have been eligible to sign the return under examination and have prepared and signed the return. See Notice 2011-6 and *Special rules for registered tax return preparers and unenrolled return preparers* in the instructions (PTIN required for designation h).

i  Registered Tax Return Preparer—registered as a tax return preparer under the requirements of section 10.4 of Circular 230. Your authority to practice before the Internal Revenue Service is limited. You must have been eligible to sign the return under examination and have prepared and signed the return. See Notice 2011-6 and *Special rules for registered tax return preparers and unenrolled return preparers* in the instructions (PTIN required for designation i).

k  Student Attorney or CPA—receive permission to represent taxpayers before the IRS by virtue of his/her status as a law, business, or accounting student working in an LITC or STCP. See instructions for Part II for additional information and requirements.

r  Enrolled Retirement Plan Agent—enrolled as a retirement plan agent under the requirements of Circular 230 (the authority to practice before the Internal Revenue Service is limited by section 10.3(e)).

▶ IF THIS DECLARATION OF REPRESENTATIVE IS NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THE POWER OF ATTORNEY. REPRESENTATIVES MUST SIGN IN THE ORDER LISTED IN PART I, LINE 2. See the instructions for Part II.

Note. For designations d-f, enter your title, position, or relationship to the taxpayer in the "Licensing jurisdiction" column. See the instructions for Part II for more information.

| Designation— Insert above letter (a–r) | Licensing jurisdiction (state) or other licensing authority (if applicable) | Bar, license, certification, registration, or enrollment number (if applicable). See instructions for Part II for more information. | Signature | Date |
|---|---|---|---|---|
| a | CA | 255505 | _(signature)_ | 3/28/16 |
| | | | | |
| | | | | |
| | | | | |

Form **2848** (Rev. 7-2014)

$E \times B$



# Internal Revenue Service
### United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

## Account Transcript

|                    |            |
|--------------------|------------|
| Request Date:      | 04-06-2016 |
| Response Date:     | 04-06-2016 |
| Tracking Number:   | 100280011375 |

FORM NUMBER:     1040

TAX PERIOD:     Dec. 31, 2012

TAXPAYER IDENTIFICATION NUMBER:     ████8696

SPOUSE TAXPAYER IDENTIFICATION NUMBER:     ████7402

JOHN D SPOTTISWOOD & N MIYASAKI

201 ROCKRIDGE RD

SAN CARLOS, CA 94070-3705-014

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | |
|---|---|
| ACCOUNT BALANCE: | 0.00 |
| ACCRUED INTEREST: | 0.00 AS OF: Dec. 28, 2015 |
| ACCRUED PENALTY: | 0.00 AS OF: Dec. 28, 2015 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount)                    0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| EXEMPTIONS: | 06 |
| FILING STATUS: | Married Filing Joint |
| ADJUSTED GROSS INCOME: | 3,799,685.00 |
| TAXABLE INCOME: | 3,432,870.00 |
| TAX PER RETURN: | 553,162.00 |
| SE TAXABLE INCOME TAXPAYER: | 0.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |

RECEIVED
0472

08 2 2 2016

INTERNAL REVENUE SERVICE
KANSAS CITY, MO



TOTAL SELF EMPLOYMENT TAX                    267.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)        Jan. 07, 2015
PROCESSING DATE                                                    Feb. 16, 2015

| TRANSACTIONS | | | | |
| --- | --- | --- | --- | --- |
| **CODE** | **EXPLANATION OF TRANSACTION** | **CYCLE** | **DATE** | **AMOUNT** |
| 150 | Tax return filed | 20150405 | 02-16-2015 | $553,162.00 |
| n/a | 89211-010-07617-5 | | | |
| 806 | W-2 or 1099 withholding | | 04-15-2013 | -$34,646.00 |
| 430 | Estimated tax payment | | 09-18-2012 | $100,000.00 |
| 766 | Credit to your account | | 04-15-2013 | -$22,897.00 |
| 610 | Payment with return | | 01-07-2015 | -$395,619.00 |
| 176 | Penalty for not pre-paying tax | 20150405 | 02-16-2015 | $478.07 |
| 166 | Penalty for filing tax return after the due date | 20150405 | 02-16-2015 | $89,014.27 |
| 276 | Penalty for late payment of tax | 20150405 | 02-16-2015 | $41,539.99 |
| 196 | Interest charged for late payment | 20150405 | 02-16-2015 | $26,216.81 |
| 971 | Notice issued CP 0014 | | 02-16-2015 | $0.00 |
| 670 | Payment | | 03-04-2015 | -$26,216.81 |
| 290 | Disallowed claim | 20153805 | 10-12-2015 | $0.00 |
| n/a | 09254-664-98024-5 | | | |
| 706 | Credit transferred in from 1040 201312 | | 01-07-2015 | -$130,654.13 |
| 197 | Reduced or removed interest charged for late payment | | 10-12-2015 | -$378.20 |
| 971 | Notice issued CP 0055 | | 10-12-2015 | $0.00 |
| 960 | Appointed representative | | 12-08-2015 | $0.00 |

This Product Contains Sensitive Taxpayer Data

 

**IRS** Department of the Treasury
Internal Revenue Service

Kansas City   MO   64999

$Ex$ $C$

In reply refer to: 0933527415
Sep. 28, 2015   LTR 854C   8
8696  201212 30
00007536
BODC: SB

JOHN D SPOTTISWOOD & N MIYASAKI
201 ROCKRIDGE RD
SAN CARLOS   CA   94070-3705



023967

          Taxpayer identification number:    8696
                           Tax periods:   Dec. 31, 2012

                              Form:   1040

                 Kind of Penalty:   Failure to File
                                     Failure to Pay

                                     CISZ8FFCWM

     Dear Taxpayer:

     Thank you for your inquiry dated July 02, 2015.

     The information submitted doesn't establish reasonable cause or show
     due diligence. Therefore, we must deny your request for penalty
     adjustment.

     The duties of filing tax returns and paying taxes may be delegated.
     However, it is the responsibility of the taxpayer to ensure all
     returns are filed and all taxes paid timely and correctly.

     You requested reconsideration by the Appeals Office; however we did
     not find a record that the 853C letter had been issued to you or
     denial of the request for penalty abatement.

     The current balance due for the period Dec. 31, 2012, is
     $133,675.59, which includes penalty of $104,815.52 and interest of
     $28,860.07 figured to Oct. 17, 2015. We'll continue to charge
     penalties and interest until the amount you owe is paid in full.

     We've provided a general explanation of the possible penalties and/or
     interest included in the current balance due on your account. If you
     would like a specific explanation of how the amounts were computed on
     your account, please contact us at the toll-free number shown in this
     letter and we will send you a detailed computation.

     ** Filing and/or Paying Late -- IRC Section 6651 **

     We charge a 5% penalty for filing late, and a 1/2% penalty for paying
     late, when a return is filed late and the tax is not paid by the date
     it was due. When both penalties apply for the same month, the penalty

```
                                                    0933527415
                                Sep. 28, 2015   LTR 854C    0
                                     8696   201212 30
                                                    D0007537
```

JOHN D SPOTTISWOOD & N MIYASAKI
201 ROCKRIDGE RD
SAN CARLOS CA 94070-3705


for filing late is reduced by the amount of the penalty for paying
late for that month.

The penalty for filing late is based on the tax ultimately due, which
was not paid by the original return due date without regard to
extensions.

The penalty for paying late is based on the net unpaid tax at the
beginning of each penalty month following the payment due date for
that tax.

The penalties are charged for each month or part of a month the return
or payment is late; however, neither penalty can be more than 25% in
total.

Income tax returns are subject to a minimum penalty if filed late and
received more than 60 days after the due date. The minimum penalty is
$135 ($100 for returns due before 1/1/2009) or 100% of the tax paid
late, whichever is less.

The penalty for paying late applies when tax is paid late, even if the
return was filed on time. The due date for payment of tax shown on a
return generally is the return due date without regard to extensions.
Increases in tax must be paid within 21 days of our notice demanding
payment (10 business days if the amount in the notice is $100,000 or
more).

If we issue a Notice of Intent to Levy and the balance due isn't paid
within 10 days from the date of the notice, the penalty for paying
late increases to 1% per month.

For individuals who filed on time, the penalty decreases to 1/4% per
month while an approved installment agreement with the IRS is in
effect for payment of that tax.

** Interest -- IRC Section 6601 **

We are required by law to charge interest when you do not pay your
liability on time. Generally, we calculate interest from the due date
of your return (regardless of extensions) until you pay the amount in
full, including accrued interest and any penalty charges. Interest on
some penalties accrues from the date we notify you of the penalty
until it is paid in full. Interest on other penalties, such as failure
to file a tax return, starts from the due date or extended due date of
the return. Interest rates are variable and may change quarterly.

0933527415
Sep. 28, 2015   LTR 854C   0
8696   201212   30
00007558

JOHN D SPOTTISWOOD & N MIYASAKI
201 ROCKRIDGE RD
SAN CARLOS  CA  94070-3705



023967

If you want to appeal or give us more information, the following
will be helpful.

APPEALS PROCEDURES

If you have additional information and want your case to receive
further consideration by the Office of Appeals, provide a detailed
written statement of the dispute issues, along with supporting
documentation, to the Service Center Penalty Appeals Coordinator
within 60 days from the date of this letter.
It must include:

    1. Your name and address;
    2. Your social security number or employer identification number;
    3. A statement that you want to appeal the findings;
    4. A statement of facts supporting your position on the issues
       you are appealing;
    5. If possible, a statement outlining the law or other authority
       on which you rely;
    6. A copy of your original request, if available; and
    7. A copy of this letter.

The statement of facts, in 4 above, should be detailed and complete,
including specific dates, names, amounts, and locations. You must
declare the statement true under penalties of perjury. You may do
this by adding to your statement the following signed declaration:

"Under penalties of perjury, I declare that the facts presented in my
written protest, which are set out in the accompanying statement of
facts, schedules, and other statements are, to the best of my
knowledge and belief, true, correct, and complete."

If your authorized representative sends us the protest for you, he
or she may substitute a declaration stating that he or she prepared
the statement and accompanying documents and whether he or she knows
that the statement and accompanying documents are true and correct.

Please send your response to:

    Internal Revenue Service
    Service Center Penalty Appeals Coordinator
    Attn:  Tim Bradshaw
           P. O. Box 24551 (Penalty Appeals)
           Kansas City  MO  64999

The Service Center Penalty Appeals Coordinator will review your appeal

```
                                           -0933527415
                          Sep. 28, 2015   LTR 854C    0
                          8696  201212 30
                                              00007539
```

JOHN D SPOTTISWOOD & M MIYASAKI
201 ROCKRIDGE RD
SAN CARLOS   CA   94070-3705


information to determine whether the penalty should be removed or
reduced. If your appeal can't be resolved immediately with the
additional information, the coordinator will send your written
statement to the Appeals Office serving your district.

REPRESENTATION

An attorney, certified public accountant, or person enrolled to
practice before the IRS can represent you. To have someone represent
you, attach a Form 2848, Power of Attorney and Declaration of
Representative, (or similar written authorization) to your written
statement.

Forms, instructions, and Treasury Department Circular 230,
Regulations Governing Practice before the Internal Revenue Service,
are available from any IRS office. They are also available by calling
1-800-829-3676 and from our website at www.irs.gov.

OTHER INFORMATION

If taxes are overdue on your account, you'll continue to receive
bills, even if you appeal the penalty. If you decide to appeal, you
can pay the penalty to avoid further interest charges on the penalty
amount. If you appeal the penalty and the Appeals Officer determines
you aren't required to pay it, we'll adjust your account and send you
a refund.

If you don't appeal, you can file a claim for refund after you pay the
penalty. If you want to take your case to court immediately, you
should request, in writing, that your claim for refund be immediately
rejected. Then you'll be issued a notice of disallowance. You have
two years from the date of the notice of disallowance to bring suit in
the United States District Court having jurisdiction or in the United
States Court of Federal Claims.

If you have questions, you can call us toll free at 1-800-829-8374.

If you prefer, you can write to us at the address at the top of the
first page of this letter.

When you write, include this letter and provide in the spaces
below your telephone number with the hours we can reach you.
Keep a copy of this letter for your records.

Telephone Number (    )_____  Hours_____



```
                                                        0933527415
                                    Sep. 28, 2015   LTR 854C    0
                                      8696   201212 30
                                                          00007540
```

JOHN D SPOTTISWOOD & M MIYASAKI
201 ROCKRIDGE RD
SAN CARLOS  CA  94070-3705

023967

Sincerely yours,

Tonya Williams-Wallace

Tonya Williams-Wallace
Operations Manager, AM Ops 1

Enclosures:
Copy of this letter
Envelope



$E \times D$

```
           8696 30201212                      ACCESS CODE:    PAGE 001 OF 001
  2016-05-23  12:16:35
  ACCESS FORM   TAX     TRDB      NAME TXPYR FILING INPUT  CURRENT
  CODE  FAMILY YEAR  DT-RCVD  CNTRL       STATUS SOURCE STATUS
   AA    1040   2012 2015-01-26   DL   P     2     PAPER  ADDITIONAL TAX ASSESSMENT
   AB    1040   2012 2013-04-12   SPOT P           MEFILE MEF REJECTED
```

```
        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 30201212                  AA    ACCESS CODE:AA PAGE 001 OF 001
  2016-05-23 12:16:35 FORM-FAMILY:1040     TAXYR:2012   TRDB-DT-RCVD:2015-01-26
  NAME-CNTRL:  DL TXPYR:P FELING STATUS:2 REFUND:  BAL DUE:  INPUT-SOURCE:PAPER
                              CURRENT-STATUS:ADDITIONAL TAX ASSESSMENT
  ACC-CODE FORM-TYPE   FORM-COUNT            ACC-CODE FORM-TYPE   FORM-COUNT
    IA    1040          1
    IB    SCH-A         1
    IC    SCH-D         1
    ID    SCH-E         1
    IE    SCH-SE        1
    IF    380C          1
    IG    4797          1
    IH    4952          1
    II    6251          1
    IJ    WORK-HIST     1
    IK    CODES         1
    IL    STAT-HIST     1
    IM    SSN-VALDN     1
```

05/23/2016                    Page 1 of 18

████████8696 30201212                    AAIA ACCESS CODE:QA PAGE:001 OF 006
2016-05-23 12:15:00 FORM-FAMILY:1040     TAXYR:2012   TRDB-DT-RCVD:2015-01-26
NAME-CNTRL:  DL TXPYR:P FILING STATUS:2 REFUND:  BAL DUE:  INPUT-SOURCE:PAPER
FORM:1040       OCCURRENCE: 1 CURRENT-STATUS:ADDITIONAL TAX ASSESSMENT
LINE #  ENTITY/ATTRIBUTE                 VALUE                CHANGED VALUE

        INDIVIDUAL NAME              :
        FILER SSN                       ████████8696
        TIN TYPE                        0
        TAXPAYER CODE                   P
        T NAME CONTROL NAME             SPOT
        FIRST NAME                      JOHN
        MIDDLE NAME                     D
        LAST NAME                       SPOTTISWOOD

        INDIVIDUAL NAME              :
        FILER SSN                       ██████-7402
        TIN TYPE                        0
        TAXPAYER CODE                   S
        T NAME CONTROL NAME             SPOT
        FIRST NAME                      N
        LAST NAME                       MIYASAKI



        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 30201212             AAIA ACCESS CODE:QA PAGE:002 OF 006
2016-05-23 12:15:00 FORM-FAMILY:1040     TAXYR:2012   TRDB-DT-RCVD:2015-01-26
NAME-CNTRL:  DL TXPYR:P FILING STATUS:2 REFUND:  BAL DUE:  INPUT-SOURCE:PAPER
FORM:1040       OCCURRENCE: 1 CURRENT-STATUS:ADDITIONAL TAX ASSESSMENT
LINE #  ENTITY/ATTRIBUTE                 VALUE                CHANGED VALUE


        ADDRESS                      :
        STREET ADDRESS                  887 ALAMEDA DE LAS P
                                        ULGAS
        CITY NAME                       SAN CARLOS
        STATE CODE                      CA
        ZIP CODE                        94070
        ZIP PLUS FOUR CODE              3766
        ZIP DELIVERY CHECK POINT CODE   873

        DEPENDENT                    :
        NAME CONTROL NAME               SPOT
6C2     DEPENDENT SSN                   ██████-7491
6C4     ELIGIBLE FOR TAX CREDIT IND     Y

        DEPENDENT                    :
        NAME CONTROL NAME               SPOT
6C2     DEPENDENT SSN                   ██████-0153



05/23/2016                       Page 2 of 18

```
■■■■8696 30201212                    AAIA ACCESS CODE:QA PAGE:003 OF 006
2016-05-23 12:15:00 FORM-FAMILY:1040    TAXYR:2012   TRDB-DT-RCVD:2015-01-26
NAME-CNTRL:  DL TXPYR:P FILING STATUS:2 REFUND:  BAL DUE:  INPUT-SOURCE:PAPER
FORM:1040        OCCURRENCE: 1 CURRENT-STATUS:ADDITIONAL TAX ASSESSMENT
LINE #  ENTITY/ATTRIBUTE                  VALUE              CHANGED VALUE

6C4    ELIGIBLE FOR TAX CREDIT IND    Y

       DEPENDENT                 :
       NAME CONTROL NAME              SPOT
6C2    DEPENDENT SSN                  ■■■■■9588
6C4    ELIGIBLE FOR TAX CREDIT IND    Y

       DEPENDENT                 :
       NAME CONTROL NAME              SPOT
6C2    DEPENDENT SSN                  ■■■■■-5751
6C4    ELIGIBLE FOR TAX CREDIT IND    Y

       INDIVIDUAL RETURN         :
7      WAGES AMOUNT                       $213,481.00
8A     TAXABLE INTEREST INCOME AMOUNT       $7,342.00
9A     ORDINARY DIVIDENDS AMOUNT           $37,214.00
9B     QUALIFIED DIVIDENDS AMOUNT          $28,401.00
13     TOT CAPITAL DISTRIBUTNS AMOUNT    $3,887,092.00


    ■■■■■696 30201212                    AAIA ACCESS CODE:QA PAGE:004 OF 006
2016-05-23 12:15:00 FORM-FAMILY:1040    TAXYR:2012   TRDB-DT-RCVD:2015-01-26 -
NAME-CNTRL:  DL TXPYR:P FILING STATUS:2 REFUND:  BAL DUE:  INPUT-SOURCE:PAPER
FORM:1040        OCCURRENCE: 1 CURRENT-STATUS:ADDITIONAL TAX ASSESSMENT
LINE #  ENTITY/ATTRIBUTE                  VALUE              CHANGED VALUE

17     SUPPLEMNTL INCM OR LOSS AMOUNT       $177.00
21     TOTAL OTHER INCOME AMOUNT          $345,487.00-
22     TOTAL INCOME AMOUNT              $3,799,819.00
27     HALF SELF EMPLOYMNT TAX AMOUNT       $134.00
36     TOT ADJUSTMENTS TO INCM AMOUNT       $134.00
37     ADJUSTED GROSS INCOME AMOUNT    $3,799,685.00
38     COPY ADJUSTD GROSS INCM AMOUNT  $3,799,685.00
40     TOTAL DEDUCTION AMOUNT            $344,015.00
41     AGI LESS DEDUCTION AMOUNT       $3,455,670.00
42     MAXIMUM EXEMPTION AMOUNT           $22,800.00
       GROSS EXEMPTION AMOUNT             $22,800.00
43     TAXABLE INCOME AMOUNT           $3,432,870.00
WK 6   CAPITAL GAIN TAX WRKSHT AMOUNT     $28,401.00
44     TENTATIVE TAX AMOUNT              $504,326.00
       COMPUTED RATE SCH TAX AMOUNT    $1,170,644.00
       COMPUTED ALTMINTAX INCM AMOUNT  $3,757,162.00
45     ALTERNATIVE MINIMUM TAX AMOUNT     $48,643.00


05/23/2016                    Page 3 of 18
```

```
                ▊▊8696 30201212              AAIA ACCESS CODE:QA PAGE:005 OF 006
2016-05-23 12:15:00 FORM-FAMILY:1040    TAXYR:2012   TRDB-DT-RCVD:2015-01-26
NAME-CNTRL: DL TXPYR:P FILING STATUS:2 REFUND: BAL DUE: INPUT-SOURCE:PAPER
FORM:1040      OCCURRENCE: 1 CURRENT-STATUS:ADDITIONAL TAX ASSESSMENT
LINE # ENTITY/ATTRIBUTE              VALUE             CHANGED VALUE


       TOT TAX PRIOR TO CREDIT AMOUNT      $552,969.00
48     FOREIGN TAX CREDIT AMOUNT              $74.00
55     TOTAL CREDIT AMOUNT                    $74.00
56     TOTAL POST CREDIT TAX AMOUNT       $552,895.00
57     SELF EMPLOYMENT TAX AMOUNT            $267.00
       COMPUTED TOTAL TAX AMOUNT          $553,162.00
       TOTAL TAX LIABILITY AMOUNT         $553,162.00
       TOTAL TAX ASSESSMENT AMOUNT        $553,162.00
63     TOTAL TAX AMOUNT                   $553,162.00
64     WITHHLD FEDERL INCM TAX AMOUNT      $34,646.00
65     ESTIMATED TAX PAYMENT AMOUNT       $100,000.00
73     CREDIT AMOUNT                       $22,897.00
       PRIORYEAR MINIMUM TAX AMOUNT        $22,897.00
74     TOTAL PAYMENT AMOUNT               $157,543.00
       T BAL DUE OR REFUND AMOUNT         $395,619.00
       COMPUTED BAL DUE REFUND AMOUNT     $395,619.00
       INTEREST PENALTY DATE              2015-01-07


                ▊▊8696 30201212              AAIA ACCESS CODE:QA PAGE:006 OF 006
2016-05-23 12:15:00 FORM-FAMILY:1040    TAXYR:2012 -  TRDB-DT-RCVD:2015-01-26
NAME-CNTRL: DL TXPYR:P FILING STATUS:2 REFUND: BAL DUE: INPUT-SOURCE:PAPER
FORM:1040      OCCURRENCE: 1 CURRENT-STATUS:ADDITIONAL TAX ASSESSMENT
LINE # ENTITY/ATTRIBUTE              VALUE             CHANGED VALUE


       INTRST RDCTN OVRPYMNT AMOUNT       $395,619.00
```

05/23/2016                        Page 4 of 18

```
             8696 30201212                    AAIB ACCESS CODE:QA PAGE:001 OF 001
2016-05-23 12:15:00 FORM-FAMILY:1040      TAXYR:2012  TRDB-DT-RCVD:2015-01-26
NAME-CNTRL:  DL TXPYR:P FILING STATUS:2 REFUND:  BAL DUE:  INPUT-SOURCE:PAPER
FORM:SCH-A      OCCURRENCE: 1 CURRENT-STATUS:ADDITIONAL TAX ASSESSMENT
LINE # ENTITY/ATTRIBUTE              VALUE          CHANGED VALUE


       IND DEDUCTIONS ITEMIZATION    :
3      AGI TIMES 75PERCENT AMOUNT           $284,976.00
5      STATE AND LOCAL TAXES AMOUNT         $288,965.00
6      REAL ESTATE TAX AMOUNT                 $9,375.00
7      PERSONAL PROPERTY TAXES AMOUNT           $412.00
9      TOTAL TAXES PAID AMOUNT              $298,752.00
10     MRTG INTRST AND PTS RPT AMOUNT        $15,135.00
14     INVSTMNT INTRST EXP DED AMOUNT        $21,358.00
15     TOTAL INTEREST PAID AMOUNT            $36,493.00
16     CASH CHRTBL CONTRIBUTNS AMOUNT         $5,370.00
17     NONCASH CHRTBL CONTRIBS AMOUNT         $3,400.00
19     TOT CHARITABLE CONTRIBS AMOUNT         $8,770.00
24     GROSS LTD MISC DEDUCTNS AMOUNT         $5,886.00
29     TOT ITEMIZED DEDUCTIONS AMOUNT       $344,015.00




             8696 30201212                    AAIC ACCESS CODE:QA PAGE:001 OF 003
2016-05-23 12:15:00 FORM-FAMILY:1040_     TAXYR:2012  TRDB-DT-RCVD:2015-01-26
NAME-CNTRL:  DL TXPYR:P FILING STATUS:2 REFUND:  BAL DUE:  INPUT-SOURCE:PAPER
FORM:SCH-D      OCCURRENCE: 1 CURRENT-STATUS:ADDITIONAL TAX ASSESSMENT
LINE # ENTITY/ATTRIBUTE              VALUE          CHANGED VALUE


       SHORT TERM GAIN OR LOSS       :
I2D    SALES PRICE AMOUNT                 $7,470,692.00
I2E    COST OR OTHER BASIS AMOUNT         $7,428,595.00
I2H    GAIN OR LOSS AMOUNT                    $1,586.00

       SHORT TERM GAIN OR LOSS       :
I3D    SALES PRICE AMOUNT                   $165,835.00
I3E    COST OR OTHER BASIS AMOUNT           $147,278.00

       CAPITAL GAIN OR LOSS SUMMARY  :
I5H    NET SHORT TERM SCHK1 AMOUNT             $551.00

       CAPITAL GAIN OR LOSS SUMMARY  :
I7H    NET SHORT TERM AMOUNT                 $62,791.00

       LONG TERM GAIN OR LOSS        :
II9D   SALES PRICE AMOUNT                   $109,978.00




05/23/2016                      Page 5 of 18
```

```
                8696 30201212              AAIC ACCESS CODE:QA PAGE:002 OF 003
2016-05-23 12:15:00 FORM-FAMILY:1040     TAXYR:2012  TRDB-DT-RCVD:2015-01-26
NAME-CNTRL:  DL TXPYR:P FILING STATUS:2 REFUND:  BAL DUE:  INPUT-SOURCE:PAPER
FORM:SCH-D     OCCURRENCE: 1 CURRENT-STATUS:ADDITIONAL TAX ASSESSMENT
LINE # ENTITY/ATTRIBUTE             VALUE             CHANGED VALUE

II9E   COST OR OTHER BASIS AMOUNT         $110,259.00

       LONG TERM GAIN OR LOSS        :
II10D  SALES PRICE AMOUNT                 $607,303.00
II10E  COST OR OTHER BASIS AMOUNT         $669,760.00
II10H  GAIN OR LOSS AMOUNT                  $1,769.00

       CAPITAL GAIN OR LOSS SUMMARY  :
II12H  NET LONG TERM SCHK1 AMOUNT             $593.00
II13H  CAPITAL GAIN DISTRBTNS AMOUNT        $1,336.00
II15H  NET LONG TERM AMOUNT             $3,824,301.00
       INCLUDED AS INCOME AMOUNT       $3,824,301.00
       MULTI RATE A GAIN AMOUNT        $3,833,574.00
       MULTI RATE C GAIN AMOUNT           $70,700.00
       TAXABLE INCOME TAX AMOUNT         $504,325.50
II119  UNRECAPTURED S1250 GAIN AMOUNT     $19,128.00
       NET TIMES 15PERCENT AMOUNT        $504,325.50
       GROSS PROFIT LOSS AMOUNT        $3,887,092.00


                696 30201212              AAIC ACCESS CODE:QA PAGE:003 OF 003
2016-05-23 12:15:00 FORM-FAMILY:1040     TAXYR:2012  TRDB-DT-RCVD:2015-01-26
NAME-CNTRL:  DL TXPYR:P FILING STATUS:2 REFUND:  BAL DUE:  INPUT-SOURCE:PAPER
FORM:SCH-D     OCCURRENCE: 1 CURRENT-STATUS:ADDITIONAL TAX ASSESSMENT
LINE # ENTITY/ATTRIBUTE             VALUE             CHANGED VALUE
```

05/23/2016                    Page 6 of 18

```
━━━━━━ 8696 30201212                    AAID ACCESS CODE:QA PAGE:001 OF 002
2016-05-23 12:15:00 FORM-FAMILY:1040    TAXYR:2012   TRDB-DT-RCVD:2015-01-26
NAME-CNTRL:  DL TXPYR:P FILING STATUS:2 REFUND:  BAL DUE:  INPUT-SOURCE:PAPER
FORM:SCH-E       OCCURRENCE: 1 CURRENT-STATUS:ADDITIONAL TAX ASSESSMENT
LINE #  ENTITY/ATTRIBUTE                 VALUE              CHANGED VALUE


        RENTAL ROYALTY INCOME OR LOSS :
I23B    TOT ROYALTY PAYMENTS AMOUNT          $133.00
I23E    TOTAL EXPENSES AMOUNT                 $57.00
I24     TOTAL INCOME AMOUNT                   $76.00
I26     TOTAL INCOME OR LOSS AMOUNT           $76.00

        PRTNRSHP AND CORP INCM OR LOSS:
II29AG  TOTAL PASSIVE INCOME AMOUNT        $1,184.00
II29AJ  TOTAL NONPASSIVE INCOME AMOUNT   $382,703.00
II29BF  TOTAL PASSIVE LOSS AMOUNT        $350,499.00
II29BH  TOTAL NONPASSIVE LOSS AMOUNT      $32,835.00
II30    TOTAL INCOME AMOUNT              $383,887.00
II31    TOTAL LOSS AMOUNT                $363,931.00
II32    TOTAL INCOME OR LOSS AMOUNT          $44.00-

        SUPPLMNTL INCM OR LOSS SUMMARY:
IV39    TOT REMIC INCM OR LOSS AMOUNT         $145.00


        ━━━━━━ 8696 30201212                AAID ACCESS CODE:QA PAGE:002 OF 002
2016-05-23 12:15:00 FORM-FAMILY:1040    TAXYR:2012   TRDB-DT-RCVD:2015-01-26
NAME-CNTRL:  DL TXPYR:P FILING STATUS:2 REFUND:  BAL DUE:  INPUT-SOURCE:PAPER
FORM:SCH-E       OCCURRENCE: 1 CURRENT-STATUS:ADDITIONAL TAX ASSESSMENT
LINE #  ENTITY/ATTRIBUTE                 VALUE              CHANGED VALUE
```

05/23/2016                          Page 7 of 18

```
████████8696 30201212                    AAIE ACCESS CODE:QA PAGE:001 OF 001
2016-05-23 12:15:00 FORM-FAMILY:1040     TAXYR:2012  TRDB-DT-RCVD:2015-01-26
NAME-CNTRL:  DL TXPYR:P FILING STATUS:2 REFUND:- BAL-DUE:  INPUT-SOURCE:PAPER
FORM:SCH-SE     OCCURRENCE: 1 CURRENT-STATUS:ADDITIONAL TAX ASSESSMENT
LINE #  ENTITY/ATTRIBUTE               VALUE            CHANGED VALUE

        INDIVIDUAL NAME              :
        FILER SSN                      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
        TAXPAYER CODE                  P

        SELF EMPLOYMENT TAX          :
        TOTAL NET EARNINGS AMOUNT           $9,213.00
        NONFARM PROFIT OR LOSS AMOUNT       $9,977.00
I3      PROFIT OR LOSS AMOUNT               $9,977.00
        TOTAL WAGES COVERED AMOUNT        $110,100.00
I11     MEDICARE TAX AMOUNT                  $267.17
I12     SELF EMPLOYMENT TAX AMOUNT           $267.17
        MEDICARE INCOME AMOUNT              $9,213.00
```

```
████████9696 30201212                    AAIF ACCESS CODE:QA PAGE:001 OF 001
2016-05-23 12:15:00 FORM-FAMILY:1040     TAXYR:2012  TRDB-DT-RCVD:2015-01-26
NAME-CNTRL:  DL TXPYR:P FILING STATUS:2 REFUND:  BAL DUE:  INPUT-SOURCE:PAPER
FORM:3800     OCCURRENCE: 1 CURRENT-STATUS:ADDITIONAL TAX ASSESSMENT
LINE #  ENTITY/ATTRIBUTE               VALUE            CHANGED VALUE

        GENERAL BUSINESS CREDIT      :
I1      GENERAL BUSINESS CREDIT AMOUNT      $6,809.00
I2      PASSIVE ACTIVITY CREDIT AMOUNT        $13.00
IIII    COMBINED PARTIII INDICATOR     Y

        BUSINESS CREDIT              :
IIIICC RESEARCH ACTIVITY CR AMOUNT           $6,822.00
```

05/23/2016                    Page 8 of 18

```
                        8696 30201212              AAIG ACCESS CODE:QA PAGE:001 OF 001
2016-05-23 12:15:00 FORM-FAMILY:1040      TAXYR:2012   TRDB-DT-RCVD:2015-01-26
NAME-CNTRL:  DL TXPYR:P FILING STATUS:2 REFUND:  BAL DUE:  INPUT-SOURCE:PAPER
FORM:4797        OCCURRENCE: 1 CURRENT-STATUS:ADDITIONAL TAX ASSESSMENT
LINE # ENTITY/ATTRIBUTE               VALUE              CHANGED VALUE


     SALES OF BUSINESS PROPERTY   :
17G   GAIN OR LOSS AMOUNT                 $3,883,341.00
I9G   NET GAIN OR LOSS AMOUNT             $3,883,341.00
```

```
                        696 30201212              AAIH ACCESS CODE:QA PAGE:001 OF 001
2016-05-23 12:15:00 FORM-FAMILY:1040      TAXYR:2012   TRDB-DT-RCVD:2015-01-26.
NAME-CNTRL:  DL TXPYR:P FILING STATUS:2 REFUND:  BAL DUE:  INPUT-SOURCE:PAPER
FORM:4952        OCCURRENCE: 1 CURRENT-STATUS:ADDITIONAL TAX ASSESSMENT
LINE # ENTITY/ATTRIBUTE               VALUE              CHANGED VALUE

     INVESTMENT EXPENSE DEDUCTION  :
II4E   SMALLER GAIN AMOUNT                $3,824,301.00
```

05/23/2016                         Page 9 of 18

```
            5█████8696 30201212              AAII ACCESS CODE:QA PAGE:001 OF 001
2016-05-23 12:15:00 FORM-FAMILY:1040    TAXYR:2012   TRDB-DT-RCVD:2015-01-26
NAME-CNTRL:  DL TXPYR:P FILING STATUS:2 REFUND:  BAL DUE:  INPUT-SOURCE:PAPER
FORM:6251       OCCURRENCE: 1 CURRENT-STATUS:ADDITIONAL TAX ASSESSMENT
LINE #  ENTITY/ATTRIBUTE                  VALUE             CHANGED VALUE


      INDIVIDUAL ALTERNATIVE MIN TAX:
I18    POST1986 DEPRECIATION AMOUNT         $1,713.00
I19    PASSIVE ACTIVITIES AMOUNT            $1,027.00
II29   EXEMPTION AMOUNT                   $901,790.50
II31   TAX ON ALT MIN TXB INCM AMOUNT     $552,969.30
II32   FOREIGN TAX CREDIT AMOUNT              $74.00
II33   TENTATIVE ALT MIN TAX AMOUNT       $552,895.30
II35   ALTERNATIVE MINIMUM TAX AMOUNT      $48,643.00




            ████████8696 30201212             AAIJ ACCESS CODE:QA PAGE:001 OF 001
2016-05-23 12:15:00 FORM-FAMILY:1040    TAXYR:2012   TRDB-DT-RCVD:2015-01-26
NAME-CNTRL:  DL TXPYR:P FILING STATUS:2 REFUND:  BAL DUE:  INPUT-SOURCE:PAPER
FORM:WORK-HIST  OCCURRENCE: 1 CURRENT-STATUS:ADDITIONAL TAX ASSESSMENT
LINE #  ENTITY/ATTRIBUTE                  VALUE             CHANGED VALUE

      IRS EMPLOYEE INFORMATION       :
      EMPLOYEE IDENTIFICATION NUMBER C7Q
      EMPLOYEE TYPE                  TRANSCRIPTION
```

```
                  8696 30201212              AAIK ACCESS CODE:QA PAGE:001 OF 002
2016-05-23 12:15:00 FORM-FAMILY:1040    TAXYR:2012  TRDB-DT-RCVD:2015-01-26
NAME-CNTRL: DL TXPYR:P FILING STATUS:2 REFUND:  BAL DUE:  INPUT-SOURCE:PAPER
FORM:CODES     OCCURRENCE: 1 CURRENT-STATUS:ADDITIONAL TAX ASSESSMENT
STATUS-CODE  STATUS-DATE   STATUS

       21   2015-01-26  MF RESEQUENCED
       19   2015-01-26  ERS CORRECTED

STAT STATUS-DATE  FORM      OCCURRENCE CODE TYPE                        CODE
  19  2015-01-26  SCH-A        01    STATE INCOME OR SALES TAX            1
  19  2015-01-26  SCH-B        01    REQUIRED TO FILE FORM 1099           2
  19  2015-01-26  SCH-E        01    UNALLOWED PRIOR LOSS                 1
  19  2015-01-26  1040         01    CHILD TAX CREDIT ELIGIBLE NUM       04
  19  2015-01-26  1040         01    DEPENDENT CHILD 1 TAX CR IND         1
  19  2015-01-26  1040         01    DEPENDENT CHILD 2 TAX CR IND         1
  19  2015-01-26  1040         01    DEPENDENT CHILD 3 TAX CR IND         1
  19  2015-01-26  1040         01    DEPENDENT CHILD 4 TAX CR IND         1
  19  2015-01-26  1040         01    ENTITY                               2
  19  2015-01-26  1040         01    EXEMPTION-1                          1
  19  2015-01-26  1040         01    EXEMPTION-2                          1
  19  2015-01-26  1040         01    EXEMPTION-3                          4
  19  2015-01-26  1040         01    FILING STATUS                        2




                  8696 30201212              AAIK ACCESS CODE:QA PAGE:002 OF 002
2016-05-23 12:15:00 FORM-FAMILY:1040    TAXYR:2012  TRDB-DT-RCVD:2015-01-26
NAME-CNTRL: DL TXPYR:P FILING STATUS:2 REFUND:  BAL DUE:  INPUT-SOURCE:PAPER
FORM:CODES     OCCURRENCE: 1 CURRENT-STATUS:ADDITIONAL TAX ASSESSMENT
STAT STATUS-DATE  FORM      OCCURRENCE CODE TYPE                        CODE

  19  2015-01-26  1040         01    FISCAL MONTH                        12
  19  2015-01-26  1040         01    INPUT SYSTEM SOURCE                  1
  21  2015-01-26  1040         01    RESEQUENCE CODE                     74
  19  2015-01-26  1040         01    RETURNS PROCESSING                   H
  19  2015-01-26  1040         01    RETURNS PROCESSING                   5
  19  2015-01-26  1040         01    TAX COMPUTATION METHOD               1
```

```
               -8696 30201212              AAIL ACCESS CODE:QA PAGE:001 OF 002
2016-05-23 12:15:00 FORM-FAMILY:1040      TAXYR:2012  TRDB-DT-RCVD:2015-01-26
NAME-CNTRL:  DL TXPYR:P FILING STATUS:2 REFUND:  BAL DUE:  INPUT-SOURCE:PAPER
FORM:STAT-HIST  OCCURRENCE: 1 CURRENT-STATUS:ADDITIONAL TAX ASSESSMENT
STATUS-CODE   STATUS-DATE    STATUS

       36    2015-09-24   ADDITIONAL TAX ASSESSMENT
       33    2015-01-29   MF POSTED
       21    2015-01-26   MF RESEQUENCED
       20    2015-01-26   GMF PERFECTED
       19    2015-01-26   ERS CORRECTED
       14    2015-01-20   IN ERS CORRECTION

STATUS    TRANS   CYCLE    CP23    RETURN DUE   ASED       RSED       CSED
CODE      CODE    POSTED   DATE    DATE         DATE       DATE       DATE
36         290    201538 2015-02-16 2013-04-15 2018-01-07 2016-04-15 2025-02-16
33         150    201504 2015-02-16 2013-04-15 2018-01-07 2016-04-15 2025-02-16

STAT            TAX FILING            TRANS            REF BAL
CODE  TIN   MFT  PER  STAT CONTROL DLN  CODE   TRANS DLN  IND DUE  ELF DCN
21 569798696 30 201212    89211010076175 150 89211010076175
20 569798696 30 201212 2               150 89211010076175      Y
19 569798696 30 201212 2               150 89211010076175      Y



               -8696 30201212              AAIL ACCESS CODE:QA PAGE:002 OF 002
2016-05-23 12:15:00 FORM-FAMILY:1040      TAXYR:2012  TRDB-DT-RCVD:2015-01-26
NAME-CNTRL:  DL TXPYR:P FILING STATUS:2 REFUND:  BAL DUE:  INPUT-SOURCE:PAPER
FORM:STAT-HIST  OCCURRENCE: 1 CURRENT-STATUS:ADDITIONAL TAX ASSESSMENT
STAT            TAX FILING            TRANS            REF BAL
CODE  TIN   MFT  PER  STAT CONTROL DLN  CODE   TRANS DLN  IND DUE  ELF DCN
14 569798696 30 201212               150 89211010076175
```

05/23/2016                    Page 12 of 18

```
           -8696 30201212                    AAIM ACCESS CODE:QA PAGE:001 OF 003
2016-05-23 12:15:00 FORM-FAMILY:1040      TAXYR:2012   TRDB-DT-RCVD:2015-01-26
NAME-CNTRL:  DL TXPYR:P FILING STATUS:2 REFUND:  BAL DUE:  INPUT-SOURCE:PAPER
FORM:SSN-VALDN  OCCURRENCE: 1 CURRENT-STATUS:ADDITIONAL TAX ASSESSMENT
LINE # ENTITY/ATTRIBUTE                VALUE              CHANGED VALUE

     SSN VALIDATION              :
        SOURCE TIN TYPE             PRIMARY
        NAP TIN VAL CK REQ COUNT                   6
        NAP TIN VAL CK RSP COUNT                   6
        NAP EIF RESPONSE CODE       S
        AGE COUNT                                  45
        BIRTH DATE                  1967-01-20
        PREVIOUS SPOUSE SSN         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
        PREVIOUS FILING STATUS CODE 2

     SSN VALIDATION              :
        SOURCE TIN TYPE             SPOUSE
        NAME CONTROL UNDERPRINT NAME  MIYA
        NAP EIF RESPONSE CODE       S
        AGE COUNT                                  45
        BIRTH DATE                  1967-06-28




           -8696 30201212                    AAIM ACCESS CODE:QA PAGE:002 OF 003
2016-05-23 12:15:00 FORM-FAMILY:1040      TAXYR:2012   TRDB-DT-RCVD:2015-01-26
NAME-CNTRL:-- DL TXPYR:P FILING STATUS:2 REFUND:  BAL DUE:  INPUT-SOURCE:PAPER
FORM:SSN-VALDN  OCCURRENCE: 1 CURRENT-STATUS:ADDITIONAL TAX ASSESSMENT
LINE # ENTITY/ATTRIBUTE                VALUE              CHANGED VALUE

     SSN VALIDATION              :
        SOURCE TIN TYPE             DEPENDENT
        NAME CONTROL UNDERPRINT NAME  SPOT
        NAP EIF RESPONSE CODE       S
        AGE COUNT                                  14
        BIRTH DATE                  1998-01-06

     SSN VALIDATION              :
        SOURCE TIN TYPE             DEPENDENT
        NAME CONTROL UNDERPRINT NAME  SPOT
        NAP EIF RESPONSE CODE       S
        AGE COUNT                                  12
        BIRTH DATE                  2000-07-25

     SSN VALIDATION              :
        SOURCE TIN TYPE             DEPENDENT
        NAME CONTROL UNDERPRINT NAME  SPOT
        NAP EIF RESPONSE CODE       S




05/23/2016                         Page 13 of 18
```

```
              ███████-8696 30201212              AAIM ACCESS CODE:QA PAGE:003 OF 003
2016-05-23 12:15:00 FORM-FAMILY:1040      TAXYR:2012   TRDB-DT-RCVD:2015-01-26
NAME-CNTRL:' DL TXPYR:P FILING STATUS:2 REFUND:  BAL DUE:  INPUT-SOURCE:PAPER
FORM:SSN-VALDN  OCCURRENCE: 1 CURRENT-STATUS:ADDITIONAL TAX ASSESSMENT
LINE #  ENTITY/ATTRIBUTE              VALUE              CHANGED VALUE


      AGE COUNT                                   10
      BIRTH DATE                      2002-12-19

      SSN VALIDATION              :
        SOURCE TIN TYPE              DEPENDENT
        NAME CONTROL UNDERPRINT NAME SPOT
        NAP EIF RESPONSE CODE        S
        AGE COUNT                               5
        BIRTH DATE                   2007-02-07






              ███████-8696 30201212              ABIM ACCESS CODE:AB PAGE 001 OF 001
2016-05-23 12:16:35 FORM-FAMILY:1040      TAXYR:2012   TRDB-DT-RCVD:2013-04-12
NAME-CNTRL:SPOT TXPYR:P FILING STATUS:  REFUND:  BAL DUE:  INPUT-SOURCE:MEFILE
                          CURRENT-STATUS:MEF REJECTED
ACC-CODE FORM-TYPE   FORM-COUNT      ACC-CODE FORM-TYPE    FORM-COUNT
   IA    REJECTED         1
   IB    RULES            1
   IC    STAT-HIST        1
   ID    SSN-VALDN        1
```

05/23/2016                          Page 14 of 18

```
                    8696 30201212                    ABIA ACCESS CODE:QA PAGE:001 OF 001
2016-05-23 11:52:41 FORM-FAMILY:1040      TAXYR:2012   TRDB-DT-RCVD:2013-04-12
NAME-CNTRL:SPOT TXPYR:P FILING STATUS:  REFUND:  BAL DUE:  INPUT-SOURCE:MEFILE
FORM:REJECTED   OCCURRENCE: 1 CURRENT-STATUS:MEF REJECTED
LINE #  ENTITY/ATTRIBUTE                VALUE                CHANGED VALUE


        FILER                        :
          FILER TIN                      569798696
          T NAME CONTROL                 SPOT
          TAXPAYER CODE                  P

        FILER                        :
          FILER TIN                      555027402
          T NAME CONTROL                 MIYA
          TAXPAYER CODE                  S
```

```
                    8696 30201212                    ABIB ACCESS CODE:QA PAGE:001 OF 001
2016-05-23 11:52:41 FORM-FAMILY:1040    .. TAXYR:2012   TRDB-DT-RCVD:2013-04-12
NAME-CNTRL:SPOT TXPYR:P FILING STATUS:  REFUND:  BAL DUE:  INPUT-SOURCE:MEFILE
FORM:RULES      OCCURRENCE: 1 CURRENT-STATUS:MEF REJECTED
LINE #  ENTITY/ATTRIBUTE                VALUE                CHANGED VALUE

        BUSINESS RULE ERROR          :
          SEQUENCE NUMBER                        1
          ERROR DESCRIPTION            F1040-512

        BUSINESS RULE ERROR          :
          SEQUENCE NUMBER                        2
          ERROR DESCRIPTION            R0000-504-01
```

```
05/23/2016                    Page 15 of 18
```

```
8696 30201212                        ABIC ACCESS CODE:QA PAGE:001 OF 001
2016-05-23 12:15:00 FORM-FAMILY:1040      TAXYR:2012   TRDB-DT-RCVD:2013-04-12
NAME-CNTRL:SPOT TXPYR:P FILING STATUS: REFUND: BAL DUE: INPUT-SOURCE:MEFILE
FORM:STAT-HIST OCCURRENCE: 1 CURRENT-STATUS:MEF REJECTED
STATUS-CODE  STATUS-DATE  STATUS                         SUBMISSION ID

       12    2013-04-12  MEF REJECTED                 44046820131023726491

STAT              TAX FILING           TRANS              REF BAL
CODE  TIN   MFT  PER  STAT CONTROL DLN CODE   TRANS DLN   IND DUE
12 569798696 30 201212
```

```
8696 30201212                        ABID ACCESS CODE:QA PAGE:001 OF 004
2016-05-23 12:15:00 FORM-FAMILY:1040.     TAXYR:2012   TRDB-DT-RCVD:2013-04-12
NAME-CNTRL:SPOT TXPYR:P FILING STATUS: REFUND: BAL DUE: INPUT-SOURCE:MEFILE
FORM:SSN-VALDN OCCURRENCE: 1 CURRENT-STATUS:MEF REJECTED
LINE #  ENTITY/ATTRIBUTE                VALUE            CHANGED VALUE

      SSN VALIDATION                  :
        FK FORM TYPE                  1040
        SOURCE TIN TYPE               PRIMARY
        NAME CONTROL UNDERPRINT NAME  SPOT
        NAP CITIZEN CODE              A
        EITC RECERTIFICATION CODE     0
        NAP ACCESS CODE               S
        NAP EIF RESPONSE CODE         S
        ORIG DUP CHECK UNDRPRT SSN    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
        BIRTH DATE                    1967-01-20
        SELFSELECTPIN ELIGIBILITY CODE Y
        PRIOR YR AGI AMOUNT                 $551,258.00
        PRIOR YR RETURN SIGNATURE PIN 00000
        PRIORYRINSTALLMNTAGREEMENT PIN 0000
        INCOME AMOUNT                     $3,799,819.00
        DUP CHECK PRIORITY ACCESS CODE 0
```

05/23/2016                        Page 16 of 18

```
            8696 30201212                    ABID ACCESS CODE:QA PAGE:002 OF 004
2016-05-23 12:15:00 FORM-FAMILY:1040      TAXYR:2012   TRDB-DT-RCVD:2013-04-12
NAME-CNTRL:SPOT TXPYR:P FILING STATUS:  REFUND:  BAL DUE:  INPUT-SOURCE:MEFILE
FORM:SSN-VALDN  OCCURRENCE: 1 CURRENT-STATUS:MEF REJECTED
LINE #  ENTITY/ATTRIBUTE                  VALUE              CHANGED VALUE

        SSN VALIDATION                :
        FK FORM TYPE                      1040
        SOURCE TIN TYPE                   SPOUSE
        NAME CONTROL UNDERPRINT NAME      MIYA
        NAF CITIZEN CODE                  A
        NAP ACCESS CODE                   S
        NAP EIF RESPONSE CODE             S
        ORIG DUP CHECK UNDRPRT SSN        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
        BIRTH DATE                        1967-06-28
        SELFSELECTPIN ELIGIBILITY CODE Y
        PRIOR YR AGI AMOUNT               $551,258.00
        PRIOR YR RETURN SIGNATURE PIN     0
        PRIOR YR EXTENSION TO FILE PIN 000
        PRIORYRINSTALLMNTAGREEMENT PIN 00000
        DUP CHECK PRIORITY ACCESS CODE 0

        SSN VALIDATION                :
        FK FORM TYPE                      1040


            8696 30201212                    ABID ACCESS CODE:QA PAGE:003 OF 004
2016-05-23 12:15:00 FORM-FAMILY:1040      TAXYR:2012   TRDB-DT-RCVD:2013-04-12
NAME-CNTRL:SPOT TXPYR:P FILING STATUS:  REFUND:  BAL DUE:  INPUT-SOURCE:MEFILE
FORM:SSN-VALDN  OCCURRENCE: 1 CURRENT-STATUS:MEF REJECTED
LINE #  ENTITY/ATTRIBUTE                  VALUE              CHANGED VALUE

        SOURCE TIN TYPE                   DEPENDENT
        NAME CONTROL UNDERPRINT NAME      SPOT
        NAP ACCESS CODE                   S
        NAP EIF RESPONSE CODE             S
        ORIG DUP CHECK UNDRPRT SSN        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
        DUP CHECK PRIORITY ACCESS CODE 0

        SSN VALIDATION                :
        FK FORM TYPE                      1040
        SOURCE TIN TYPE                   DEPENDENT
        NAME CONTROL UNDERPRINT NAME      SPOT
        NAP ACCESS CODE                   S
        NAP EIF RESPONSE CODE             S
        ORIG DUP CHECK UNDRPRT SSN        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
        DUP CHECK PRIORITY ACCESS CODE 0

        SSN VALIDATION                :
        FK FORM TYPE                      1040
```

05/23/2016                    Page 17 of 18

```
8696 30201212                    ABID ACCESS CODE:QA PAGE:004 OF 004
2016-05-23 12:15:00 FORM-FAMILY:1040      TAXYR:2012  TRDB-DT-RCVD:2013-04-12
NAME-CNTRL:SPOT TXPYR:P FILING STATUS:  REFUND:  BAL DUE:  INPUT-SOURCE:MEFILE
FORM:SSN-VALDN  OCCURRENCE: 1 CURRENT-STATUS:MEF REJECTED
LINE # ENTITY/ATTRIBUTE                 VALUE                CHANGED VALUE

       SOURCE TIN TYPE                 DEPENDENT
       NAME CONTROL UNDERPRINT NAME    SPOT
       NAP ACCESS CODE                 S
       NAP EIF RESPONSE CODE           S
       ORIG DUP CHECK UNDRPRT SSN      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
       DUP CHECK PRIORITY ACCESS CODE  0

       SSN VALIDATION           :
       FK FORM TYPE                    1040
       SOURCE TIN TYPE                 DEPENDENT
       NAME CONTROL UNDERPRINT NAME    HOLT
       NAP ACCESS CODE                 S
       NAP EIF RESPONSE CODE           L
       ORIG DUP CHECK UNDRPRT SSN      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
       DUP CHECK PRIORITY ACCESS CODE  5
```



Your E-file Status

When your return is rejected by the government, there's no need to panic. It just means they found an error. We'll help you fix it, and get your return filed again. Explain This

Your 2012 Federal Return

Rejected: Return reviewed

After fixing your errors, we'll help you file your return again.

Review again

Federal Tax Due    $395,619

CA Tax Due    $238,492

Flags

Don't know the answer? Flag this topic and come back later.

Ex E



Chrome File Edit View History Bookmarks Window Help 100% Sun 9:54 PM John Spottiswood

https://ttlc.intuit.com/questions/1899397-e-file-rejection-error-r0000-504-02-dependent-s-social-security-number-or-name-doesn-...

intuit. TurboTax AnswerXchange Go to TurboTax.com Sign Out

ALL ▾ Search the community... Health Care

This post has been closed and is not open for comments or answers.

‹ TurboTax AnswerXchange Home Page

Asked by TurboTaxFAQ, Answering FAQ's TurboTax Employee · 2 months ago

# E-file rejection error R0000-504-02: Dependent's Social Security number or name doesn't match

turbotax faq, turbotax classic, dependents, error, social security number

+ Me too Follow

Have a new question?

Type your question here...

Tip: Ask and we'll first search for similar questions. If there are none, you'll be able to review and add additional details before posting to the community.

Recommended answer

TurboTaxFAQ, Answering FAQ's TurboTax Employee · 2 months ago

How to fix an e-filed return that was rejected with error *R0000-504-02: The dependent's Social Security number and last name on this return do not match what the IRS has in its records.*

Site Plan with Trees gr....pdf Topographic Survey.jpg Topographic Survey-5....jpg tutorial_excel_exponent.xls Final Full Returns Fed....pdf Show All

File  Edit  View  Forms  EasyStep  Flags  Window  Help

taxReturn.tax2012

Topic List  Search Topics  Tax Data  Tax Summary

Help Center  Community

File

**TurboTax**
**Home & Business**

| Federal Tax Due | $395,519 |
|---|---|

| CA Tax Due | $238,492 |

**Flags**

Don't know tha answer?
Flag this topic and come back later.

File a Return   Save for Your Records   Check E-file Status

Personal Info   Business   Personal   State Taxes

## Verify Dependent's Social Security Number

The Social Security number or the last name does not match what the IRS has in their records.

The information entered on the return must be exactly how it appears on the child's Social Security card, including middle initial and suffix (if applicable).

Please review the information below. The information entered on the return must be exactly how it appears on the child's Social Security card, including middle initial and suffix (if applicable).

Is there a mistake with the Social Security number or last name for any of your children?

Social Security number of Daniel:        7491

Last name of Daniel:        Spottiswood

Social Security number of Kyle:        0153

Last name of Kyle:        Spottiswood

Social Security number of Kira:        9588

Last name of Kira:        Spottiswood

Social Security number of Jack:        5751

Last name of Jack:        Spottiswood

○ Yes, there is a mistake.
I'll correct the mistake on the next page.

▲  No Form

7/18/2016                Tax Year Summary | MyFTB Account | California Franchise Tax Board

*Ex. F*

Contact Us | FTB Home | Log Out

Welcome Douglas A. Greenberg, Tax Preparer

Home    Account    Communication    Services

**MyFTB | ACCOUNT**    # Tax Year Summary

John Spottiswood
XXX-XX-8596
Change Client

**Back to previous**

**CalFile**
File your state tax return

[Start My Return]

Contact Us



## Account Summary

| | | | |
|---|---|---|---|
| Tax Year: | 2012 | Tax Return Filed: | Yes |
| Tax Year Balance: | $0.00 | Filing Status: | Married/RDP Filing Jointly |
| Total Debits: | $505,069.89 | | |
| Total Credits: | $505,069.89 | Tax Return Filed Date: | 04/15/2013 |
| | | Notices: | No |

## Tax Year Items

Show Filter

| Date | Description | Debit | Credit |
|---|---|---|---|
| 04/15/2013 | Total Tax Liability | $503,150.00 | $0.00 |
| 04/15/2013 | CA Income Tax Withheld | $0.00 | $15,332.00 |
| 10/01/2012 | Estimate Payment | $0.00 | $250,000.00 |
| 04/15/2013 | Return Payment | $0.00 | $238,492.00 |
| 05/23/2013 | Bill Payment | $0.00 | $33.72 |
| 05/15/2014 | Bill Payment | $0.00 | $604.37 |
| 07/03/2014 | Bill Payment | $0.00 | $606.46 |
| 05/23/2013 | Underpayment of Estimated Tax Penalty | $707.72 | $0.00 |
| | Total Interest | $0.00 | $1.34 |
| 07/17/2014 | Refund Authorized: 07/17/2014* | $605.61 | $0.00 |
| 06/11/2014 | Other Adjustment | $605.71 | $0.00 |
| 07/17/2014 | Other Adjustment | $0.85 | $0.00 |

*Allow 10 business days for direct deposit or 25 business days by check.

Disclaimer | Privacy Policy | Accessibility | Español | Get Adobe Reader
Copyright © 2015 State of California: Build 2016_06_23.2_3.2.4_int

https://webapp.ftb.ca.gov/etfprd1/pit/pit_account_balance_detail.xhtml                1/1

*Ex G*

# Form 1040  U.S. Individual Income Tax Return  2012

Department of the Treasury - Internal Revenue Service (99)    OMB No. 1545-0074    IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2012, or other tax year beginning _____ , 2012, ending _____ , 20 _____    **See separate instructions.**

| | | |
|---|---|---|
| Your first name and initial | Last name | Your social security number |
| John | Spottiswood | ●●●●●-8696 |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| Nancy | Miyasaki | 5●●●●-7402 |

Home address (number and street). If you have a P.O. box, see instructions.    Apt. no.    Make sure the SSN(s) above and on line 6c are correct.

201 Rockridge Road

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).

San Carlos CA 94070

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.    ☐ You    ☐ Spouse

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|

## Filing Status

Check only one box.

1 ☐ Single
2 ☒ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child

## Exemptions

| | | | | | |
|---|---|---|---|---|---|
| 6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a . . . . | | | | | Boxes checked on 6a and 6b: **2** |
| b ☒ Spouse . . . . . . . . . . . . . . . . . . . . . . | | | | | No. of children on 6c who: |

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instructions) | |
|---|---|---|---|---|
| Daniel Spottiswood | ●●●●●-7491 | Son | ☒ | • lived with you: **4** |
| Kyle Spottiswood | ●●●●●-0153 | Son | ☒ | • did not live with you due to divorce or separation (see instructions) |
| Kira Spottiswood | ●●●●●-9588 | Daughter | ☒ | Dependents on 6c not entered above |
| Jack Spottiswood | ●●●●●-5751 | Son | ☒ | |

If more than four dependents, see instructions and check here ▶ ☐

Add numbers on lines above ▶ **6**

d Total number of exemptions claimed . . . . . . . . . . . . . . .

## Income

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . . . | 7 | 213,481. |
| 8a | Taxable interest. Attach Schedule B if required . . . . . . . . . | 8a | 7,342. |
| b | Tax-exempt interest. Do not include on line 8a . . . | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required . . . . . . . . | 9a | 37,214. |
| b | Qualified dividends . . . . . . . . . . . | 9b | 28,401. |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes . | 10 | |
| 11 | Alimony received . . . . . . . . . . . . . . . . . | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ . . . . . . | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | 3,887,092. |
| 14 | Other gains or (losses). Attach Form 4797 . . . . . . . . . . | 14 | |
| 15a | IRA distributions . . 15a | b Taxable amount . . . | 15b | |
| 16a | Pensions and annuities 16a | b Taxable amount . . . | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | 177. |
| 18 | Farm income or (loss). Attach Schedule F . . . . . . . . . . | 18 | |
| 19 | Unemployment compensation . . . . . . . . . . . . | 19 | |
| 20a | Social security benefits 20a | b Taxable amount . . . | 20b | |
| 21 | Other income. List type and amount  See Line 21 Statement | 21 | -345,487. |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | 3,799,819. |

## Adjusted Gross Income

| | | |
|---|---|---|
| 23 | Educator expenses . . . . . . . . . . . . . | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 . | 25 | |
| 26 | Moving expenses. Attach Form 3903 . . . . . | 26 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE . | 27 | 134. |
| 28 | Self-employed SEP, SIMPLE, and qualified plans . . | 28 | |
| 29 | Self-employed health insurance deduction . . . . | 29 | |
| 30 | Penalty on early withdrawal of savings . . . . . | 30 | |
| 31a | Alimony paid  b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction . . . . . . . . . . . . . | 32 | |
| 33 | Student loan interest deduction . . . . . . . | 33 | |
| 34 | Tuition and fees. Attach Form 8917 . . . . . . | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 35 . . . . . . . . . . . . . . . . . | 36 | 134. |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income . . . . . ▶ | 37 | 3,799,685. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.  BAA    REV 02/07/13 TTMac    Form **1040** (2012)

Form 1040 (2012)                                                                                                    Page **2**

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 3,799,685. |
| | 39a | Check { ☐ You were born before January 2, 1948, ☐ Blind. } Total boxes<br>if: { ☐ Spouse was born before January 2, 1948, ☐ Blind. } checked ▶ 39a | | |
| | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b ☐ | | |
| Standard Deduction for— | 40 | Itemized deductions (from Schedule A) or your **standard deduction** (see left margin) | 40 | 344,015. |
| • People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions. | 41 | Subtract line 40 from line 38 | 41 | 3,455,670. |
| | 42 | Exemptions. Multiply $3,800 by the number on line 6d. | 42 | 22,800. |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 3,432,870. |
| | 44 | Tax (see instructions). Check if any from: a ☒ Form(s) 8814 b ☐ Form 4972 c ☐ 962 election | 44 | 504,326. |
| • All others: | 45 | Alternative minimum tax (see instructions). Attach Form 6251 | 45 | 48,643. |
| Single or Married filing separately, $5,950 | 46 | Add lines 44 and 45 ▶ | 46 | 552,969. |
| | 47 | Foreign tax credit. Attach Form 1116 if required . . . | 47 | 74. | |
| Married filing jointly or Qualifying widow(er), $11,900 | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | | |
| | 49 | Education credits from Form 8863, line 19 . . . . | 49 | | |
| Head of household, $8,700 | 50 | Retirement savings contributions credit. Attach Form 8880 | 50 | | |
| | 51 | Child tax credit. Attach Schedule 8812, if required . . . | 51 | | |
| | 52 | Residential energy credits. Attach Form 5695 . . . . | 52 | | |
| | 53 | Other credits from Form: a ☒ 3800 b ☒ 8801 c ☐ | 53 | 0. | |
| | 54 | Add lines 47 through 53. These are your total credits | | 54 | 74. |
| | 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- ▶ | | 55 | 552,895. |
| **Other Taxes** | 56 | Self-employment tax. Attach Schedule SE | | 56 | 267. |
| | 57 | Unreported social security and Medicare tax from Form: a ☐ 4137 b ☐ 8919 | | 57 | |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | | 58 | |
| | 59a | Household employment taxes from Schedule H | | 59a | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required | | 59b | |
| | 60 | Other taxes. Enter code(s) from instructions | | 60 | |
| | 61 | Add lines 55 through 60. This is your **total tax** ▶ | | 61 | 553,162. |
| **Payments** | 62 | Federal income tax withheld from Forms W-2 and 1099 | 62 | 34,646. | |
| | 63 | 2012 estimated tax payments and amount applied from 2011 return | 63 | 180,000. | |
| If you have a qualifying child, attach Schedule EIC. | 64a | Earned income credit (EIC) | 64a | | |
| | b | Nontaxable combat pay election | 64b | | |
| | 65 | Additional child tax credit. Attach Schedule 8812 | 65 | | |
| | 66 | American opportunity credit from Form 8863, line 8 | 66 | | |
| | 67 | Reserved | 67 | | |
| | 68 | Amount paid with request for extension to file | 68 | | |
| | 69 | Excess social security and tier 1 RRTA tax withheld | 69 | | |
| | 70 | Credit for federal tax on fuels. Attach Form 4136 | 70 | | |
| | 71 | Credits from Form: a ☐ 2439 b ☐ Reserved c ☒ 8801 d ☐ 8885 | 71 | 22,897. | |
| | 72 | Add lines 62, 63, 64a, and 65 through 71. These are your **total payments** . . ▶ | | 72 | 157,543. |
| **Refund** | 73 | If line 72 is more than line 61, subtract line 61 from line 72. This is the amount you **overpaid** | | 73 | |
| Direct deposit? See instructions. | 74a | Amount of line 73 you want refunded to you. If Form 8888 is attached, check here . ▶ ☐ | | 74a | |
| | b | Routing number X X X X X X X X X  ▶ c Type: ☐ Checking ☐ Savings | | | |
| | d | Account number X X X X X X X X X X X X X X X X X | | | |
| | 75 | Amount of line 73 you want applied to your 2013 estimated tax ▶ 75 | | | |
| **Amount You Owe** | 76 | **Amount you owe.** Subtract line 72 from line 61. For details on how to pay, see instructions ▶ | | 76 | 395,619. |
| | 77 | Estimated tax penalty (see instructions) . . . | 77 | | |

Bank Info

| | |
|---|---|
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete below. ☒ No |
| | Designee's name ▶ _____ Phone no. ▶ _____ Personal identification number (PIN) ▶ _____ |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

| | | | |
|---|---|---|---|
| Your signature | Date | Your occupation<br>Business | Daytime phone number<br>( ) -5590 |
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation<br>Homemaker | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |

**Paid Preparer Use Only**

| | | | |
|---|---|---|---|
| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed   PTIN |
| Firm's name ▶  SELF PREPARED | | Firm's EIN ▶ | |
| Firm's address ▶ | | Phone no. | |

REV 02/07/13 TTMac                                                                            Form **1040** (2012)

$E_x \ H$

 **Internal Revenue Service**
-United States Department of the Treasury-

This Product Contains Sensitive Taxpayer Data

## Account Transcript

| | |
|---|---|
| Request Date: | 04-06-2016 |
| Response Date: | 04-06-2016 |
| Tracking Number: | 100280011375 |

FORM NUMBER:     1040

TAX PERIOD:     Dec. 31, 2013

TAXPAYER IDENTIFICATION NUMBER:     ▆▆▆8696

SPOUSE TAXPAYER IDENTIFICATION NUMBER:     ▆▆▆-7402

JOHN D SPOTTISWOOD & N MIYASAKI

201 ROCKRIDGE RD

SAN CARLOS, CA 94070-3705-014

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | |
|---|---|
| ACCOUNT BALANCE: | 0.00 |
| ACCRUED INTEREST: | 0.00 AS OF: Dec. 28, 2015 |
| ACCRUED PENALTY: | 0.00 AS OF: Dec. 28, 2015 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount)     0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| EXEMPTIONS: | 06 |
| FILING STATUS: | Married Filing Joint |
| ADJUSTED GROSS INCOME: | 857,227.00 |
| TAXABLE INCOME: | 560,422.00 |
| TAX PER RETURN: | 207,093.00 |
| SE TAXABLE INCOME TAXPAYER: | 0.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |

TOTAL SELF EMPLOYMENT TAX:          770.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)     Jan. 07, 2015

PROCESSING DATE               Feb. 16, 2015

| | TRANSACTIONS | | | |
|---|---|---|---|---|
| **CODE** | **EXPLANATION OF TRANSACTION** | **CYCLE** | **DATE** | **AMOUNT** |
| 150 | Tax return filed | 20150405 | 02-16-2015 | $207,093.00 |
| n/a | 89211-010-07618-5 | | | |
| 806 | W-2 or 1099 withholding | | 04-15-2014 | -$38,639.00 |
| 460 | Extension of time to file tax return ext. Date 10-15-2014 | | 04-14-2014 | $0.00 |
| 670 | Payment | | 04-14-2014 | $170,241.00 |
| 610 | Payment with return | | 10-08-2014 | -$1,161.00 |
| 610 | Payment with return | | 01-07-2015 | $171,402.00 |
| 673 | Payment | | 01-14-2015 | $171,402.00 |
| 170 | Penalty for not pre-paying tax | 20150405 | 02-16-2015 | $2,948.00 |
| 671 | Dishonored payment | | 01-14-2015 | $171,402.00 |
| 280 | Penalty for dishonored payment | 20150605 | 03-02-2015 | $3,428.04 |
| 290 | Additional tax assessed | 20153805 | 10-12-2015 | $0.00 |
| n/a | 09254-661-07007-5 | | | |
| 826 | Credit transferred out to 1040 201212 | | 01-07-2015 | $130,654.13 |
| 971 | Notice issued CP 0049 | | 10-12-2015 | $0.00 |
| 570 | Additional account action pending | | 10-12-2015 | $0.00 |
| 290 | Disallowed claim | 20153905 | 10-19-2015 | $0.00 |
| n/a | 09254-664-98023-5 | | | |
| 571 | Resolved additional account action | | 10-19-2015 | $0.00 |
| 971 | Notice issued CP 0055 | | 10-19-2015 | $0.00 |
| 846 | Refund issued | | 10-19-2015 | $38,147.84 |
| 776 | Interest credited to your account | | 10-19-2015 | -$828.01 |

| 421 | Closed examination of tax return | 11-20-2015 | $0.00 |
| 960 | Appointed representative | 12-08-2015 | $0.00 |

This Product Contains Sensitive Taxpayer Data



**Internal Revenue Service**
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

## Account Transcript

|  |  |
|---|---|
| Request Date: | 04-06-2016 |
| Response Date: | 04-06-2016 |
| Tracking Number: | 100280011375 |

FORM NUMBER: 1040

TAX PERIOD:  Dec. 31, 2011

TAXPAYER IDENTIFICATION NUMBER: ▆▆▆-8696

SPOUSE TAXPAYER IDENTIFICATION NUMBER: ▆▆▆-7402

JOHN D SPOTTISWOOD & N MIYASAKI

201 ROCKRIDGE RD

SAN CARLOS, CA 94070-3705-014

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | |
|---|---|
| ACCOUNT BALANCE: | 0.00 |
| ACCRUED INTEREST: | 0.00 AS OF: Nov. 12, 2012 |
| ACCRUED PENALTY: | 0.00 AS OF: Nov. 12, 2012 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount): 0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| EXEMPTIONS: | 06 |
| FILING STATUS: | Married Filing Joint |
| ADJUSTED GROSS INCOME: | 551,258.00 |
| TAXABLE INCOME: | 377,032.00 |
| TAX PER RETURN: | 118,063.00 |
| SE TAXABLE INCOME TAXPAYER: | 0.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |

TOTAL SELF EMPLOYMENT TAX:                              2,613.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)      Oct. 16, 2012
PROCESSING DATE                                                   Nov. 12, 2012

| | TRANSACTIONS | | | |
|---|---|---|---|---|
| **CODE** | **EXPLANATION OF TRANSACTION** | **CYCLE** | **DATE** | **AMOUNT** |
| 150 | Tax return filed | 20124405 | 11-12-2012 | $118,063.00 |
| n/a | 80221-291-00862-2 | | | |
| 806 | W-2 or 1099 withholding | | 04-15-2012 | -$30,042.00 |
| 460 | Extension of time to file tax return ext. Date 10-15-2012 | | 04-15-2012 | $0.00 |
| 670 | Payment | | 04-15-2012 | -$38,285.00 |
| 610 | Payment with return | | 10-16-2012 | -$53,657.00 |
| 170 | Penalty for not pre-paying tax | 20124405 | 11-12-2012 | $1,677.00 |
| 196 | Interest charged for late payment | 20124405 | 11-12-2012 | $751.92 |
| 276 | Penalty for late payment of tax | 20124405 | 11-12-2012 | $1,492.08 |
| 196 | Interest charged for late payment | 20124405 | 11-12-2012 | $3.86 |
| 606 | Write-off of balance due | | 11-12-2012 | -$3.86 |

This Product Contains Sensitive Taxpayer Data


# Internal Revenue Service
United States-Department of the Treasury

This Product Contains Sensitive Taxpayer Data

## Account Transcript

Request Date:     04-06-2016
Response Date:    04-06-2016
Tracking Number:  100280011375

FORM NUMBER:      1040
TAX PERIOD:       Dec. 31, 2012

TAXPAYER IDENTIFICATION NUMBER:         8696
SPOUSE TAXPAYER IDENTIFICATION NUMBER:  7402

JOHN D SPOTTISWOOD & N MIYASAKI
201 ROCKRIDGE RD
SAN CARLOS, CA 94070-3705-014

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>
    --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                              0.00
ACCRUED INTEREST:                             0.00 AS OF: Dec. 28, 2015
ACCRUED PENALTY:                              0.00 AS OF: Dec. 28, 2015

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):                0.00

        ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                              06
FILING STATUS:                    Married Filing Joint
ADJUSTED GROSS INCOME:            3,799,685.00
TAXABLE INCOME:                   3,432,870.00
TAX PER RETURN:                     553,162.00
SE TAXABLE INCOME TAXPAYER:               0.00
SE TAXABLE INCOME SPOUSE:                 0.00

TOTAL SELF EMPLOYMENT TAX:                                267.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)      Jan. 07, 2015
PROCESSING DATE                                                  Feb. 16, 2015

| | TRANSACTIONS | | | |
|---|---|---|---|---|
| **CODE** | **EXPLANATION OF TRANSACTION** | **CYCLE** | **DATE** | **AMOUNT** |
| 150 | Tax return filed | 20150405 | 02-16-2015 | $553,162.00 |
| n/a | 89211-010-07617-5 | | | |
| 805 | W-2 or 1099 withholding | | 04-15-2013 | -$34,646.00 |
| 430 | Estimated tax payment | | 09-18-2012 | $100,000.00 |
| 766 | Credit to your account | | 04-15-2013 | -$22,897.00 |
| 610 | Payment with return | | 01-07-2015 | $395,619.00 |
| 176 | Penalty for not pre-paying tax | 20150405 | 02-16-2015 | $478.67 |
| 166 | Penalty for filing tax return after the due date | 20150405 | 02-16-2015 | $89,014.27 |
| 276 | Penalty for late payment of tax | 20150405 | 02-16-2015 | $41,539.99 |
| 196 | Interest charged for late payment | 20150405 | 02-16-2015 | $26,216.81 |
| 971 | Notice issued CP 0014 | | 02-16-2015 | $0.00 |
| 670 | Payment | | 03-04-2015 | -$26,216.81 |
| 290 | Disallowed claim | 20153805 | 10-12-2015 | $0.00 |
| n/a | 09254-664-98024-5 | | | |
| 706 | Credit transferred in from 1040 201312 | | 01-07-2015 | $130,654.13 |
| 197 | Reduced or removed interest charged for late payment | | 10-12-2015 | -$378.20 |
| 971 | Notice issued CP 0055 | | 10-12-2015 | $0.00 |
| 960 | Appointed representative | | 12-08-2015 | $0.00 |

| This Product Contains Sensitive Taxpayer Data |
|---|



$E \times I$

April 25, 2012

## Ancestry.com Inc. to Acquire Archives.com

### "Simple and Affordable" Fast-Growing Start-up Adds Complementary Offering to Ancestry.com

PROVO, Utah, April 25, 2012 (GLOBE NEWSWIRE) -- Ancestry.com Inc. (Nasdaq:ACOM) announced today it has entered into a definitive agreement to acquire Archives.com, a family history website, for approximately $100 million in cash and assumed liabilities.

This transaction will enable Ancestry.com to add a differentiated service targeted to a complementary segment of the growing family history category. In addition, Ancestry.com will welcome a team of talented engineers, digital marketers, and family history innovators into the Ancestry.com fold and also gain access to a proprietary technology platform that has supported Archives.com's rapid growth.

Archives.com is owned and operated by Inflection LLC, a Silicon Valley-based technology company. Since Archives.com's launch in January 2010, the site has rapidly grown to more than 380,000 paying subscribers who pay approximately $39.95 a year. Archives.com offers access to over 2.1 billion historical records, including birth records, obituaries, immigration and passenger lists, historical newspapers, and U.S. and U.K. Censuses.

"Archives.com has built a fantastic and fast-growing business that we think is highly complementary to Ancestry.com's online family history offering," said Tim Sullivan, President and Chief Executive Officer of Ancestry.com. "We love their focus on making family history simple and affordable, and we are excited to help the talented Archives.com team continue to grow alongside Ancestry.com, Fold3.com, and Family Tree Maker."

"Family history remains a dynamic and growing online category," added Sullivan. "Archives.com's focus is consistent with our mission to help everyone discover, preserve and share their family history, which will help continue our efforts in delivering amazing discoveries to an even broader audience."

Over the past two years, Archives.com has partnered with multiple well-known family history organizations that have helped build out Archives.com robust collection of family history records. Most recently, Archives.com partnered with the U.S. National Archives to provide free digital access to the recently released 1940 U.S. Federal Census.

"We are proud of the experience we've built with Archives.com and believe strongly in its future potential," said Matthew Monahan, CEO and Co-Founder of Inflection. "Combining with Ancestry.com positions Archives.com to best capitalize on that potential, pairing complementary visions of the marketplace and the opportunity. We've long admired Ancestry.com's content and technology and the innovations that the Ancestry.com team continues to bring to market. We're excited to see how this transaction expands the reach of family history to an even larger audience."

Upon completion of the transaction, which is subject to customary closing conditions, including expiration of the HSR waiting period, Ancestry.com will continue to operate Archives.com separately retaining its brand and website. Multiple Inflection employees, including key product and engineering executives are expected to join the Ancestry.com team.

### About Ancestry.com

Ancestry.com Inc. (Nasdaq:ACOM) is the world's largest online family history resource, with more than 1.8 million paying subscribers. More than 9 billion records have been added to the site in the past 15 years. Ancestry users have created more than 34 million family trees containing approximately 4 billion profiles. In addition to its flagship site, Ancestry.com offers several localized Web sites designed to empower people to discover, preserve and share their family history.

### About Archives.com

Archives.com is a leading family history website that makes discovering family history simple and affordable. The company has assembled more than 2.1 billion historical records all in a single location. Archives also partners with other leading family history websites to provide a comprehensive resource for researching your family history. Archives.com is free to try for seven days, allowing anyone to explore the benefits of membership without risk or obligation. For more information and to start discovering your family history, please visit http://www.archives.com/.

### About Inflection

Inflection is a Big Data and e-commerce startup headquartered in the heart of Silicon Valley. Leveraging its proprietary technology platform, the company has built innovative data services like Archives.com, PeopleSmart.com; and Identity.com. Inflection was founded in 2006 and is backed by tier-one venture capitalists Matrix Partners and Sutter Hill Ventures.

### Forward-looking Statements

This press release contains forward-looking statements. These statements relate to future events or to future financial performance and involve known and unknown risks, uncertainties, and other factors that may cause our actual results, levels of activity, performance, or achievements to be materially different from those anticipated in these forward-looking statements. In some cases, you can identify forward-looking statements by the use of words such as "appears," "may," "designed," "expect," "intend," "focus," "seek," "anticipate," "believe," "estimate," "predict," "potential," "should," "continue" or "work" or the negative of these terms or other comparable terminology. These statements include statements concerning among other things, the proposed transaction between Ancestry.com and Archives.com, including the consummation and anticipated timing of the transaction as well as the expected benefits of the proposed transaction, and the effects of the proposed transaction on Ancestry.com, our subscriber base or reach. These forward-looking statements are based on information available to us as of the date of this press release. Forward-looking statements involve a number of risks and uncertainties that could cause actual results to differ materially from those anticipated by these forward-looking statements. Such risks and uncertainties include a variety of factors, some of which are beyond our control. In particular, such risks and uncertainties include the risk that the transaction does not close when anticipated, or at all; difficulties encountered in integrating acquired businesses and retaining customers, and the additional difficulty of integration when continuing the acquired operation; the adverse impact of competitive product announcements; failure to achieve anticipated revenues and operating performance; changes in overall economic conditions; the loss of key employees; competitors' actions; pricing and gross margin pressures; inability to control costs and expenses; and significant litigation.

Information concerning additional factors that could cause results to differ materially from those projected in the forward-looking statements is contained under the caption "Risk Factors" in our Annual Report on Form 10-K for the year ended December 31, 2011, and in discussions in other of our SEC filings. These forward-looking statements should not be relied upon as representing our views as of any subsequent date and we assume no obligation to publicly update or revise these forward-looking statements for any reason, whether as a result of new information, future events, or otherwise.

CONTACT: Investors:

     Ancestry.com Inc.

     Deborah Crawford

     (801) 705-7942

     dcrawford@ancestry.com

     Media:

     Ancestry.com Inc.

     Heather Erickson

     (801) 705-7104

     herickson@ancestry.com

$Ex \ \ 7$

INFLECTION LLC
555 TWIN DOLPHIN DRIVE, SUITE 200
REDWOOD CITY, CA 94065
(925) 400-8565

April 1, 2013

JOHN SPOTTISWOOD
John@Inflection.com
201 ROCKRIDGE ROAD
SAN CARLOS, CA 94070

RE:
INFLECTION LLC
814
Schedule K-1 from Partnership's 2012 Return of Income

Dear JOHN SPOTTISWOOD:

Enclosed is your 2012 Schedule K-1 (Form 1065) Partner's Share of Income, Deductions,
Credits, Etc. from INFLECTION LLC. This information reflects the amounts you need to
complete your income tax return. The amounts shown are your distributive share of partnership
tax items to be reported on your tax return, and may not correspond to actual distributions you
have received during the year. This information is included in the Partnership's 2012 Federal
Return of Partnership Income that was filed with the Internal Revenue Service.
If you have any questions concerning this information, please contact us immediately.

Sincerely,

INFLECTION LLC

Enclosure(s)

## 2012 Partner's Capital Account Reconciliation

Partnership Name                                          Employer I.D. number

INFLECTION LLC                                            2814
Name of Partner                                           Partner's I.D. number

JOHN SPOTTISWOOD                                          -8696

### I. SCHEDULE K-1, ITEM L:

BEGINNING CAPITAL ACCOUNT .............................................................. | -813,402

CAPITAL CONTRIBUTED DURING THE YEAR ..................................................... | 550,002

PARTNER'S SHARE OF LINES 3, 4 AND 7, FORM 1065, SCH. M-2:

NET INCOME (LOSS) PER BOOKS (line 3) ..................................... | 2,960,806

OTHER INCREASES (line 4) ............................................ | 3,800,049

OTHER DECREASES (line 7) ................................................................ |

TOTAL OF LINES 3, 4, AND 7 ................................................................ | 6,760,855

WITHDRAWALS AND DISTRIBUTIONS ........................................................... | 2,959,672

ENDING CAPITAL ACCOUNT .................................................................. | 3,537,783

### BOOK TO TAX RECONCILIATION:

1. Net income (loss) per books . . . . . . .
2. Income on Sch. K-1 not on books . . . .
3. Guaranteed payments . . . . . . . . . . . . .
4a. Depr. on books not on Sch. K-1 . . . . .
4b. Travel and entertainment . . . . . . . . . .
4c. Other expenses on books not on Sch. K-1 . . . . .
5. Total of lines 1 through 4 . . . . . . . . . . .

6a. Tax-exempt interest . . . . . . . . . . . . . . .
6b. Income on books not on Sch. K-1 . . . .
7a. Depreciation on Sch. K-1 not on books . . . . . . .
7b. Deductions on Sch. K-1 not on books
8. Total of lines 6 and 7 . . . . . . . . . . . . . .
9. Tax income (loss). Line 5 less line 8 .

| M-3: | BOOK INCOME | GUAR. PMTS. | TEMP DIFFS. | PERM. DIFFS. | TAXABLE INC. |
|---|---|---|---|---|---|
| | 2,960,806. | | 1,163,369. | 817. | 4,124,992. |

### II. ANALYSIS OF PARTNER'S TAX INCOME (LOSS) FROM SCHEDULE K-1:

| A. INCOME | | B. DEDUCTIONS | |
|---|---|---|---|
| 1. Ordinary business income or (loss) . . . | 339,098. | 12. Section 179 deduction . . . . . . . . . . . . . | |
| 2. Net rental real estate income (loss) . . . . . . . . | | 13. Charitable contributions . . . . . . . . . . . . . | 1,462. |
| 3. Other net rental income (loss) . . . . . . . | | 13. Investment interest expense . . . . . . . . | |
| 4. Guaranteed payments . . . . . . . . . . . . . | | 13. Section 59(e)(2) expenditures . . . . . . . | |
| 5. Interest income . . . . . . . . . . . . . . . . . . . . | 2,752. | 13. Other deductions . . . . . . . . . . . . . . . . . . | |
| 6a. Dividends . . . . . . . . . . . . . . . . . . . . . . . . | | 16. Total foreign taxes . . . . . . . . . . . . . . . . . | |
| 7. Royalties . . . . . . . . . . . . . . . . . . . . . . . . | | Total deductions . . . . . . . . . . . . . . . . . | 1,462. |
| 8. Net short-term capital gain (loss) . . . . | | | |
| 9a. Net long-term capital gain (loss) . . . . . | | | |
| 10. Net gain (loss) under section 1231 . . . . | 3,784,604. | | |
| 11. Other income . . . . . . . . . . . . . . . . . . . . . | | | |
| Total income . . . . . . . . . . . . . . . . . . . . | 4,126,454. | TAX INCOME (LOSS). Item A less Item B | 4,124,992. |

PARTNER 9                                                            PTPL090IL  05/01/12

| ☐ Final K-1    ☐ Amended K-1 | 651112 |
| --- | --- |

OMB No. 1545-0099

**Schedule K-1**
**(Form 1065)**

**2012**

For calendar year 2012, or tax

Department of the Treasury
Internal Revenue Service

year beginning _____, 2012
ending _____

**Partner's Share of Income, Deductions, Credits, etc.**    ► See separate instructions.

### Part I  Information About the Partnership

**A** Partnership's employer identification number
█████62814

**B** Partnership's name, address, city, state, and ZIP code

INFLECTION LLC
555 TWIN DOLPHIN DRIVE, SUITE 200
REDWOOD CITY, CA 94065

**C** IRS Center where partnership filed return
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E** Partner's identifying number
███-██-8696

**F** Partner's name, address, city, state, and ZIP code

JOHN SPOTTISWOOD
JOHN@INFLECTION.COM
201 ROCKRIDGE ROAD
SAN CARLOS, CA 94070

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H** ☒ Domestic partner    ☐ Foreign partner

**I1** What type of entity is this partner? (see instr) INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc), check here (see instructions). ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
| --- | --- | --- |
| Profit | 3.027274 % | 3.470666 % |
| Loss | 3.027274 % | 3.470666 % |
| Capital | 3.027274 % | 3.470666 % |

**K** Partner's share of liabilities at year end:

Nonrecourse ......................$ _____
Qualified nonrecourse financing........$ _____
Recourse ............................$ _____

**L** Partner's capital account analysis:

Beginning capital account .............$ -813,402.
Capital contributed during the year .....$ 550,002.
Current year increase (decrease).......$ 6,760,855.
Withdrawals and distributions .........$ ( 2,959,672.)
Ending capital account ...............$ 3,537,783.

☐ Tax basis    ☐ GAAP    ☒ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes    ☒ No
If 'Yes', attach statement (see instructions)

### Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| 1 | Ordinary business income (loss) | 339,098. |
| --- | --- | --- |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4 | Guaranteed payments | |
| 5 | Interest income | 2,752. |
| 6a | Ordinary dividends | |
| 6b | Qualified dividends | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | 3,784,604. |
| 11 | Other income (loss) | |

| 15 | Credits |
| --- | --- |
| M | 6,809. |

| 16 | Foreign transactions |
| --- | --- |

| 17 | Alternative minimum tax (AMT) items |
| --- | --- |
| A | 1,713. |

| 18 | Tax-exempt income and nondeductible expenses |
| --- | --- |
| C* | 678. |

| 19 | Distributions |
| --- | --- |
| A | 2,959,672. |

| 12 | Section 179 deduction | A |
| --- | --- | --- |
| 13 | Other deductions | |
| A | 1,462. | |

| 20 | Other information |
| --- | --- |
| A | 2,752. |
| L* | STMT |

| 14 | Self-employment earnings (loss) |
| --- | --- |

*See attached statement for additional information.

BAA For Paperwork Reduction Act Notice, see Instructions for Form 1065.

Schedule K-1 (Form 1065) 2012

PARTNER 9

PTPA0312L 01/02/13

F O R I R S U S E O N L Y



Schedule K-1 (Form 1065) 2012   INFLECTION LLC ████2814                                Page 2

This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040. For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.

| | Report on | | Code | Report on |
|---|---|---|---|---|
| **1** Ordinary business income (loss). Determine whether the income (loss) is passive or nonpassive and enter on your return as follows. | | | J Work opportunity credit | |
| Passive loss | See the Partner's Instructions | | K Disabled access credit | |
| Passive income | Schedule E, line 28, column (g) | | L Empowerment zone and renewal community employment credit | See the Partner's Instructions |
| Nonpassive loss | Schedule E, line 28, column (h) | | M Credit for increasing research activities | |
| Nonpassive income | Schedule E, line 28, column (j) | | N Credit for employer social security and Medicare taxes | |
| **2** Net rental real estate income (loss) | See the Partner's Instructions | | O Backup withholding | |
| **3** Other net rental income (loss) | | | P Other credits | |
| Net income | Schedule E, line 28, column (g) | | **16 Foreign transactions** | |
| Net loss | See the Partner's Instructions | | A Name of country or U.S. possession | |
| **4** Guaranteed payments | Schedule E, line 28, column (j) | | B Gross income from all sources | Form 1116, Part I |
| **5** Interest income | Form 1040, line 8a | | C Gross income sourced at partner level | |
| **6 a** Ordinary dividends | Form 1040, line 9a | | Foreign gross income sourced at partnership level | |
| **6 b** Qualified dividends | Form 1040, line 9b | | D Passive category | |
| **7** Royalties | Schedule E, line 4 | | E General category | Form 1116, Part I |
| **8** Net short-term capital gain (loss) | Schedule D, line 5 | | F Other | |
| **9 a** Net long-term capital gain (loss) | Schedule D, line 12 | | Deductions allocated and apportioned at partner level | |
| **9 b** Collectibles (28%) gain (loss) | 28% Rate Gain Worksheet, line 4 (Schedule D Instructions) | | G Interest expense | Form 1116, Part I |
| **9 c** Unrecaptured section 1250 gain | See the Partner's Instructions | | H Other | Form 1116, Part I |
| **10** Net section 1231 gain (loss) | See the Partner's Instructions | | Deductions allocated and apportioned at partnership level to foreign source income | |
| **11** Other income (loss) | | | I Passive category | |
| Code | | | J General category | Form 1116, Part I |
| A Other portfolio income (loss) | See the Partner's Instructions | | K Other | |
| B Involuntary conversions | See the Partner's Instructions | | Other information | |
| C Section 1256 contracts and straddles | Form 6781, line 1 | | L Total foreign taxes paid | Form 1116, Part II |
| D Mining exploration costs recapture | See Pub. 535 | | M Total foreign taxes accrued | Form 1116, Part II |
| E Cancellation of debt | Form 1040, line 21 or Form 982 | | N Reduction in taxes available for credit | Form 1116, line 12 |
| F Other income (loss) | See the Partner's Instructions | | O Foreign trading gross receipts | Form 8873 |
| **12** Section 179 deduction | See the Partner's Instructions | | P Extraterritorial income exclusion | Form 8873 |
| **13** Other deductions | | | Q Other foreign transactions | See the Partner's Instructions |
| A Cash contributions (50%) | | | **17 Alternative minimum tax (AMT) items** | |
| B Cash contributions (30%) | | | A Post-1986 depreciation adjustment | |
| C Noncash contributions (50%) | | | B Adjusted gain or loss | See the Partner's Instructions and the Instructions for Form 6251 |
| D Noncash contributions (30%) | See the Partner's Instructions | | C Depletion (other than oil & gas) | |
| E Capital gain property to a 50% organization (30%) | | | D Oil, gas, & geothermal — gross income | |
| F Capital gain property (20%) | | | E Oil, gas, & geothermal — deductions | |
| G Contributions (100%) | | | F Other AMT items | |
| H Investment interest expense | Form 4952, line 1 | | **18 Tax-exempt income and nondeductible expenses** | |
| I Deductions — royalty income | Schedule E, line 19 | | A Tax-exempt interest income | Form 1040, line 8b |
| J Section 59(e)(2) expenditures | See the Partner's Instructions | | B Other tax-exempt income | See the Partner's Instructions |
| K Deductions — portfolio (2% floor) | Schedule A, line 23 | | C Nondeductible expenses | See the Partner's Instructions |
| L Deductions — portfolio (other) | Schedule A, line 28 | | **19 Distributions** | |
| M Amounts paid for medical insurance | Schedule A, line 1 or Form 1040, line 29 | | A Cash and marketable securities | |
| N Educational assistance benefits | See the Partner's Instructions | | B Distribution subject to section 737 | See the Partner's Instructions |
| O Dependent care benefits | Form 2441, line 12 | | C Other property | |
| P Preproductive period expenses | See the Partner's Instructions | | **20 Other information** | |
| Q Commercial revitalization deduction from rental real estate activities | See Form 8582 Instructions | | A Investment income | Form 4952, line 4a |
| R Pensions and IRAs | See the Partner's Instructions | | B Investment expenses | Form 4952, line 5 |
| S Reforestation expense deduction | See the Partner's Instructions | | C Fuel tax credit information | Form 4136 |
| T Domestic production activities deduction | See Form 8903 Instructions | | D Qualified rehabilitation expenditures (other than rental real estate) | See the Partner's Instructions |
| U Qualified production activities income | Form 8903, line 7b | | E Basis of energy property | See the Partner's Instructions |
| V Employer's Form W-2 wages | Form 8903, line 8 | | F Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| W Other deductions | See the Partner's Instructions | | G Recapture of low-income housing credit (other) | Form 8611, line 8 |
| **14 Self-employment earnings (loss)** | | | H Recapture of investment credit | See Form 4255 |
| Note. If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE. | | | I Recapture of other credits | See the Partner's Instructions |
| A Net earnings (loss) from self-employment | Schedule SE, Section A or B | | J Look-back interest — completed long-term contracts | See Form 8697 |
| B Gross farming or fishing income | See the Partner's Instructions | | K Look-back interest — income forecast method | See Form 8866 |
| C Gross non-farm income | See the Partner's Instructions | | L Dispositions of property with section 179 deductions | |
| **15 Credits** | | | M Recapture of section 179 deduction | |
| A Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | | | N Interest expense for corporate partners | |
| B Low-income housing credit (other) from pre-2008 buildings | | | O Section 453(I)(3) information | |
| C Low-income housing credit (section 42(j)(5)) from post-2007 buildings | See the Partner's Instructions | | P Section 453A(c) information | |
| D Low-income housing credit (other) from post-2007 buildings | | | Q Section 1260(b) information | See the Partner's Instructions |
| E Qualified rehabilitation expenditures (rental real estate) | | | R Interest allocable to production expenditures | |
| F Other rental real estate credits | | | S CCF nonqualified withdrawals | |
| G Other rental credits | | | T Depletion information — oil and gas | |
| H Undistributed capital gains credit | Form 1040, line 71; check box a | | U Amortization of reforestation costs | |
| I Alcohol and cellulosic biofuel fuels credit | See the Partner's Instructions | | V Unrelated business taxable income | |
| | | | W Precontribution gain (loss) | |
| | | | X Section 108(i) information | |
| | | | Y Other information | |

PARTNER 9:   JOHN SPOTTISWOOD   ████-8696

PTPA0312L  01/02/13                    Schedule K-1 (Form 1065) 2012

INFLECTION LLC ▬▬52814
SCHEDULE K-1 (FORM 1065) 2012        **SUPPLEMENTAL INFORMATION**                                    PAGE   3

**BOX 18**
**OTHER TAX-EXEMPT INCOME AND NONDEDUCTIBLE EXPENSES**

* **DESCRIPTIVE INFORMATION**

C    DISALLOWED TRAVEL AND ENTERTAINMENT ....................................... $        678.

**BOX 20, CODE L**
**DISPOSITION OF ASSETS WITH PRIOR SECTION 179 EXPENSE**

ASSET DESCRIPTION ................. COMPUTERS
TAX YEAR(S) PASSED THROUGH. ... 2007
DATE ACQUIRED ...............................................................................       7/01/2007
DATE SOLD ........................................................................................        VARIOUS
SALES PRICE ......................................................................................            0.
COST OR OTHER BASIS PLUS EXPENSE OF SALE ...............................           29.
DEPRECIATION ALLOWED OR ALLOWABLE .........................................            0.
SECTION 179 EXPENSE DEDUCTION PREVIOUSLY REPORTED .................           29.

**SUPPLEMENTAL INFORMATION**

ITEMS ON K-1 UNRELATED BUSINESS TAXABLE INCOME

LINE 1 - 100%
LINE 5 - 0%
LINE 10 - 100%
LINE 13A - 100%
LINE 15M - 100%
LINE 17A - 100%
LINE 17B - 100%
LINE 17F - 100%

-------------------------------------------------------------------------

THE AMOUNT IN THE BOX L, LINE CURRENT YEAR INCREASE (DECREASE) REPRESENTS YOUR
SHARE OF CURRENT YEAR BOOK INCOME AND AN ADJUSTMENT TO CONVERT YOUR CAPITAL
ACCOUNT FROM GAAP BASIS TO SECTION 704(B) BASIS

PARTNER 9:   JOHN SPOTTISWOOD    ▬▬-8696
                          SPSL1201L  05/21/12

TAXABLE YEAR **2012** **Member's Share of Income, Deductions, Credits, etc.**

CALIFORNIA SCHEDULE **K-1 (568)**

| For calendar year 2012 or fiscal year beginning month _____ day _____ year 2012, and ending month _ - _ day - _ _ year _ _ _ | |
|---|---|
| **Member's identifying number** _____-8696 | **LLC's FEIN** _____62814 |
| Member's name, address, city, state, and ZIP Code | California Secretary of State file number      200715910170 |
| | LLC's name, address, city, state, and ZIP Code |
| JOHN SPOTTISWOOD<br>JOHN@INFLECTION.COM<br>201 ROCKRIDGE ROAD<br>SAN CARLOS, CA 94070 | INFLECTION LLC<br>555 TWIN DOLPHIN DRIVE, SUITE 200<br>REDWOOD CITY, CA 94065 |

A What type of entity is this member? ●

| (1) | X | Individual | (5) | | General Partnership | (9) | | IRA/Keogh/SEP |
|---|---|---|---|---|---|---|---|---|
| (2) | | S Corporation | (6) | | Limited Partnership | (10) | | Exempt Organization |
| (3) | | Estate/Trust | (7) | | LLP | (11) | | Disregarded Entity |
| (4) | | C Corporation | (8) | | LLC | | | |

B Is this member a foreign member?........ ●    Yes    X No

C Enter member's percentage (without regard to special allocations) of:

| | (i) Before decrease or termination | (ii) End of year |
|---|---|---|
| Profit sharing .......... | 3.0273 % ● | 3.4707 % |
| Loss sharing .......... | 3.0273 % ● | 3.4707 % |
| Ownership of capital ... | 3.0273 % ● | 3.4707 % |

D Member's share of liabilities:

Nonrecourse........................● $ _____
Qualified nonrecourse financing........... ● $ _____
Other................................... ● $ _____

E Reportable transaction or tax shelter registration number(s)................

F (1) Check here if this is a publicly traded partnership as defined in IRC Section 469(k)(2).......................... ☐

(2) Check here if this is an investment partnership (R&TC Sections 17955 and 23040.1).......................... ☐

G Check here if this is: ●

(1) ☐ A final Schedule K-1 (568)    (2) ☐ An amended Schedule K-1 (568)

H Is this member a resident of California?..... ● X Yes ▶ No

**CA APPORTIONMENT PERCENT:** 92.2676

I Analysis of member's capital account: Check the box ● (1) ☐ Tax Basis    (2) ☐ GAAP    (3) X Sec 704(b) Book    (4) ☐ Other (explain)

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Member's share of line 3, line 4, and line 7 Form 568, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year, combine column (a) through column (d) |
|---|---|---|---|---|
| ● -813,399. ● | 550,002. ● | 6,930,158. ● ( | 2,959,672.) ● | 3,707,089. |

Caution: Refer to Member's Instructions for Schedule K-1 (568) before entering information from this schedule on your California return.

| | (a) Distributive share items | (b) Amounts from federal Schedule K-1 (1065) | (c) California adjustments | (d) Total amounts using California law. Combine col. (b) and col. (c) where applicable | (e) California source amounts and credits |
|---|---|---|---|---|---|
| 1 | Ordinary income (loss) from trade or business activities | 339,098. | -15,713. ● | 323,385. ▶ | 298,380. |
| 2 | Net income (loss) from rental real estate activities.............. | | | ● | ▶ |
| 3 | Net income (loss) from other rental activities.................. | | | ● | ▶ |
| 4 | Guaranteed payments to members ... | | | ● | ▶ |
| 5 | Interest income ................ | 2,752. | | ● 2,752. ▶ | 2,539. |
| 6 | Dividends..................... | | | ● | ▶ |
| 7 | Royalties..................... | | | ● | ▶ |
| 8 | Net short-term capital gain (loss)...... | | | ● | ▶ |
| 9 | Net long-term capital gain (loss) ...... | | | ● | ▶ |
| 10a | Total gain under IRC Section 1231 (other than due to casualty or theft) .... | 3,784,604. | 58. ● | 3,784,662. ▶ | 3,492,017. |
| b | Total loss under IRC Section 1231 (other than due to casualty or theft) .... | | 70. ● | 70. ▶ | 65. |
| 11a | Other portfolio income (loss). Attach schedule. | | | ● | ▶ |
| b | Total other income. Attach schedule.............. | | | ● | ▶ |
| c | Total other loss. Attach schedule................. | | | ● | ▶ |

Income (Loss)

MEMBER 9

CALA0212L 12/24/12

INFLECTION LLC                                                                    56-2552814

| | (a) Distributive share items | (b) Amounts from federal Schedule K-1 (1065) | (c) California adjustments | (d) Total amounts using California law. Combine column (b) and column (c) | (e) California source amounts and credits |
|---|---|---|---|---|---|
| Deductions | 12 Expense deduction for recovery property (IRC Section 179 and R&TC Sections 17267.2, 17267.6 and 17268) . . . . . . . . . . . . . . . . . . | | | | |
| | 13a Charitable contributions. . . . . . . . . . . . . . PG. 4 | 1,462. | | 1,462. | |
| | b Investment interest expense. . . . . . . . . . | | | | |
| | c 1 Total expenditures to which an IRC Section 59(e) election may apply. . . . . | | | | |
| | 2 Type of expenditures | | | | |
| | d Deductions related to portfolio income Attach schedule. . . . . . . . . . . . . . . . . | | | | |
| | e Other deductions. Attach schedule. . . . . . . . . . . . . . . . . | | | | |
| Credits | 15a Total withholding (equals amount on Form 592-B if calendar year LLC). . . . . | | | • | ► |
| | b Low-income housing credit . . . . . . . . . . | | | | |
| | c Credits other than line 15b related to rental real estate activities. Attach schedule. . . . . . . . . . . . . . . . . . . . . . | | | | |
| | d Credits related to other rental activities. Attach schedule . . . . . . . . . . | | | | |
| | e Nonconsenting nonresident member's tax paid by LLC. . . . . . . . . . . . . . . . . | | | | |
| | f Other credits — Attach required schedules or statements. . . . . . . . . . . PG. 4 | | | 6,498. | 5,996. |
| | g New jobs credit. . . . . . . . . . . . . . . . . | | | | |
| Alternative Minimum Tax (AMT) Items | 17a Depreciation adjustment on property placed in service after 1986. . . . . . . . . | 1,713. | 2,110. | 3,823. | 3,527. |
| | b Adjusted gain or loss. . . . . . . . . . . . . . | | | | |
| | c Depletion (other than oil and gas) . . . . . | | | | |
| | d Gross income from oil, gas, and geothermal properties . . . . . . . . . . . . . | | | | |
| | e Deductions allocable to oil, gas, and geothermal properties. . . . . . . . . . . | | | | |
| | f Other alternative minimum tax items. Attach schedule. . . . . . . . . . . . . . . . . | | | | |
| Tax-exempt Income and Nondeductible Expenses | 18a Tax-exempt interest income. . . . . . . . . . | | | | |
| | b Other tax-exempt income. . . . . . . . . . . . | | | | |
| | c Nondeductible expenses. . . . . . . . . . . . . . . . . PG. 4 | 678. | 28. | 706. | 651. |
| Distributions | 19a Distributions of money (cash and marketable securities). . . . . . . | 2,959,672. | | 2,959,672. | |
| | b Distributions of property other than money. . . . . . . . . . . . . . . . . . . . | | | | |
| Other Information | 20a Investment income . . . . . . . . . . . . . . . | 2,752. | | 2,752. | 2,539. |
| | b Investment expenses. . . . . . . . . . . . . . | | | | |
| | c Other information. See instructions. . . . | | | SEE ATTACHED | |

MEMBER 9:   JOHN SPOTTISWOOD    ████-8696

Side 2  Schedule K-1 (568) 2012    059    7902124    CALA0212L  12/24/12

INFLECTION LLC                                                                                          2814

**Other Member Information**

Table 1 — Member's share of nonbusiness income from intangibles (source of income is dependent on residence or commercial domicile of the member):

| Interest | $ | Sec 1231 Gains/Losses | $ | Capital Gains/Losses | $ |
| Dividends | $ | Royalties | $ | Other | $  - |

FOR USE BY MEMBERS ONLY — See instructions.

**Table 2 — Member's share of distributive items.**

A  Member's share of the LLC's business income. See instructions.................................  $

B  Member's share of nonbusiness income from real and tangible personal property sourced or allocable to California.

| Capital Gains/Losses | $ | Rents/Royalties | $ |
| Section 1231 Gains/Losses | $ | Other | $ |

C  Member's distributive share of the LLC's property, payroll, and sales:  California Sales — Doing Business Test   $

| Factors | | Total within and outside California | Total within California |
|---|---|---|---|
| Property: | Beginning | $ | $ |
| | Ending | $ | $ |
| | Annual rent expense | $ | $ |
| Payroll | | $ | $ |
| Sales | | $ | $ |

MEMBER 9:   JOHN SPOTTISWOOD    -8696

| CALA0212L  12/24/12 | 059 | 7903124 | | Schedule K-1 (568) 2012 Side 3 |

INFLECTION LLC     52814
SCHEDULE K-1 (FORM 568) 2012        SUPPLEMENTAL INFORMATION (CONTINUED)          PAGE   4

**LINE 13A, COLUMN (D)**
**CHARITABLE CONTRIBUTIONS**

CASH CONTRIBUTIONS - 50% LIMITATION............................................ $    1,462.
                                                               TOTAL $    1,462.


**LINE 15F, COLUMN (D)**
**OTHER CREDITS**

CALIFORNIA RESEARCH CREDIT*....................................................... $    6,498.
                                                               TOTAL $    6,498.


*THE CALIFORNIA RESEARCH CREDIT MUST BE REDUCED BY THE
PARTNER'S/MEMBER'S APPLICABLE CREDIT REDUCTION PERCENTAGE.


**LINE 18C, COLUMN (D)**
**NONDEDUCTIBLE EXPENSES**

DISALLOWED TRAVEL AND ENTERTAINMENT............................................. $      678.
FORM 565/568 TAX.................................................................          28.
                                                               TOTAL $      706.


**LINE 20C - COLUMN D**
**OTHER INFORMATION**

PROPORTIONATE INT. OF AGGREGATE GROSS RECEIPTS................................ $  5,954,720.
                                                               TOTAL $  5,954,720.


**SUPPLEMENTAL INFORMATION**
**DISPOSITION OF ASSETS WITH PRIOR SECTION 179 EXPENSE**

ASSET DESCRIPTION................. COMPUTERS
TAX YEAR(S) PASSED THROUGH .... 2007
DATE ACQUIRED.......................................................................   7/01/2007
DATE SOLD............................................................................   VARIOUS
SALES PRICE.........................................................................          0.
STATE COST OR OTHER BASIS PLUS EXPENSE OF SALE.................................         29.
STATE DEPRECIATION ALLOWED OR ALLOWABLE.......................................          0.
STATE SECTION 179 EXPENSE DEDUCTION PREVIOUSLY REPORTED.....................         29.


MEMBER 9:   JOHN SPOTTISWOOD        -8696
                          SPSL1201L 05/21/12

UNITED STATES POSTAL SERVICE. Click-N-Ship®

P

$8.45
US POSTAGE
Flat Rate Env

9405 5036 9930 0376 5650 65 0004 5000 0078 4909

08/16/2016 Mailed from 94105 0602S00000001309

PRIORITY MAIL 2-DAY™

DOUGLAS GREENBERG
LAW OFFICE OF DOUGLAS GREENBERG
201 SPEAR ST STE 1100
SAN FRANCISCO CA 94105-6164

Expected Delivery Date: 08/18/16

0022

Carrier – Leave if No Response

C000

SHIP TO: ATTN: TIM BRADSHAW
IRS APPEALS COORDINATOR
PO BOX 24551 (PENALTY APPEALS)
KANSAS CITY MO 64999-0000

USPS TRACKING #

9405 5036 9930 0376 5650 65

Electronic Rate Approved #038555749

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.

