Douglas Greenberg, CA Bar #255505
Law Office of Douglas Greenberg
201 Spear Street, Suite 1100
San Francisco, CA 94105
Ph: (415) 287-9990
Fax: (415) 534-9441

Attorney for:
John Spottiswood and Nancy Miyasaki

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN SPOTTISWOOD and NANCY MIYASAKI,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | No. CV-17-00209 MEJ<br><br>OPPOSITION TO DEFENDANT UNITED STATES' MOTION FOR SUMMARY JUDGMENT AND CROSS MOTION FOR SUMMARY JUDGMENT<br><br>Judge: Hon. Maria-Elena James<br>Date:　March 1, 2018<br>Time:　10:00 a.m. |

　　　　Plaintiffs, John Spottiswood and Nancy Miyasaki, hereby oppose Defendant United States' Motion for Summary Judgment, filed January 22, 2018.  Plaintiffs simultaneous move this Court pursuant to Rule 56(a) for summary judgment in their favor on the grounds that there is no genuine dispute as to any material fact and that Plaintiffs are entitled to judgment as a matter of law.  In support, Plaintiffs submit Exhibits 1 through 3.  A Memorandum of Law in Support of Plaintiffs' Cross Motion for Summary Judgment is being filed with this Opposition and Cross Motion.

[Motion for Summary Judgment] - 1

Respectfully submitted,

*[signature]*

_____          __01/30/2018_____.
Douglas Greenberg                                    Date
Attorney for Plaintiffs
Law Office of Douglas Greenberg
201 Spear Street, Suite 1100
San Francisco, CA 94105
Ph: (415) 287-9990
Fax: (415) 738-5440

[Motion for Summary Judgment] - 2