# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** April 19, 2018        **Time:** 10:08 am - 10:20 am    **Judge:** Maria-Elena James

**Case No.**: 17-cv-00209-MEJ        **Case Name:**  Spottiswood v. United States

**Attorney for Plaintiff:** Douglas Greenberg, Esq. - Representing Plaintiffs, John Spottiswood and Nancy Miyasaki

**Attorney for Defendant:** Cynthia Stier, AUSA - Representing the Defendant, United States

**Deputy Clerk:** Rose Maher        **FTR Time:**  10:08-10:20

## PROCEEDINGS

Motion Hearing held.  Argument heard. Matter submitted.  Matter taken under  submission.  Court to issue Order.

**Order to be prepared by:**

(  )    Plaintiff            (  )    Defendant            ( X )    Court