

**FILED**

MAY 20 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JOHN SPOTTISWOOD,

    Plaintiff-Appellant,

v.

UNITED STATES OF AMERICA,

    Defendant-Appellee.

No. 18-16103

D.C. No. 3:17-cv-00209-MEJ
Northern District of California,
San Francisco

ORDER

The parties' joint stipulated motion (Docket Entry No. 31) for voluntary dismissal is granted. This appeal is dismissed with prejudice. *See* Fed. R. App. P. 42(b). Costs and fees shall be allocated pursuant to the terms of the stipulation.

A copy of this order sent to the district court shall act as and for the mandate of this court.

Appellee's motion (Docket Entry No. 30) is denied as moot.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Samantha Miller
Deputy Clerk
Ninth Circuit Rule 27-7

SM/Pro Mo 5/6/2019